UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LADDY CURTIS VALENTINE and RICHARD ELVIN KING,  Plaintiffs, VS.  BRYAN COLLIER and ROBERT HERRERA and TEXAS DEPARTMENT OF CRIMINAL JUSTICE,  Defendants. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:20-CV-01115 |

## ORDER

By agreement of the judges, this action is hereby TRANSFERRED to the docket of Judge Keith P. Ellison.

It is so ORDERED.

SIGNED on this 30th day of March, 2020.

_____
Kenneth M. Hoyt
United States District Judge