## Declaration of Joseph C. Gathe, MD

I, Joseph C. Gathe, declare as follows:

### I.   Background and Qualifications

1. I am a physician, and am board-certified in Internal Medicine and Infectious Diseases. I am an infectious disease specialist in Houston, Texas and I am affiliated with multiple hospitals in the Houston area, including HCA Houston Medical Center, Cornerstone Medical Center, and United Memorial Medical Center. I completed my residency in Internal Medicine at Baylor College of Medicine. I completed a fellowship in Infectious Diseases at Baylor College of Medicine.

2. I have worked in private practice as a specialist in infectious diseases since 1987. From 1987 until 2017, I served as a Co-director at the Special Disease Unit in Park Plaza Hospital, Houston, Texas. From 1989 until 1991, I served as a member on the Board of Trustees for the AIDS Foundation of Houston. Since 1997, I have been a Fellow at the Infectious Disease Society of America. From 1997 until 2000, I served on the Advisory Board for the Diocesan AIDS Ministry. From 2001 until 2007, I served on the Board of Directors for the Integrated Minority AIDS Network Incorporated. From 2002 until 2008, I was the Chief of Infectious Diseases at Park Plaza Hospital. From 2006 to 2008, I served on the Board of Directors for IDSA-HIVMA. Through this work over the past decade or more, I have become knowledgeable about infection control procedures and the spread of virus.

3. I have attached, as Exhibit A, a copy of my curriculum vitae, which contains a full listing of my education, experience, publication, and honors.

4. I have reviewed the Declaration of Dr. Jeremy D. Young and I agree with the statements, conclusions, and recommendations contained therein.

5. In addition to the conclusions and recommendations in Dr. Young's declaration, it is imperative to test all the inmates in the Wallace Pack Unit using tests that provide real-time results[1] to determine the scope of the outbreak at the detention facility.

6. As of April 1, 2020, there have been 3 confirmed cases of COVID-19 in Grimes County where the Pack Unit is located, and 171 confirmed cases in the neighboring counties.[2] Additionally, COVID-19 has already infiltrated the Texas Department of Criminal Justice's facilities. Numerous TDCJ inmates, staff, and contractors have already tested positive for COVID-19.[3]

---

[1] These tests are now widely available. https://www.forbes.com/sites/brucejapsen/2020/03/18/us-approves-abbott-labs-coronavirus-test-for-hospital-use/#682928251117 (last accessed on April 2, 2020).

[2] https://txdshs.maps.arcgis.com/apps/opsdashboard/index.html#/ed483ecd702b4298ab01e8b9cafc8b83 (last accessed on April 1, 2020).

[3] https://www.tdcj.texas.gov/covid-19/index2.html (last accessed on April 2, 2020).

7. As an infectious disease expert I conclude that based on the spread of COVID-19 in the surrounding area, and the infiltration of COVID-19 into the TDCJ's facilities, that it is very likely that COVID-19 has already infected the Pack Unit.

8. The failure to test everyone in the Pack Unit will significantly increase the risk of an outbreak in the Pack Unit.

9. As such, I recommend that everyone in the Pack Unit be tested, and once the individuals who test positive are identified, those individuals need to be quarantined and medically isolated from the rest of the Pack Unit population.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of April, 2020.

_____
Joseph C. Gathe, MD

2

# EXHIBIT A

# Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.

**Joseph C. Gathe, Jr., M.D., F.A.C.P.**
**4900 Fannin St.**
**Houston, Texas 77004**
**Tel: 713-526-9821·Fax: 713-526-0614**
**E-mail: drgathe@josephgathe.com**

**BORN**:                          **St. Louis, Missouri**
                                   **Houstonian since 1960**


**EDUCATION**:

| | | |
|---|---|---|
| **High School** | **Strake Jesuit College Preparatory**<br>**August 1970 – May 1974** | |
| **Credits** | **Class Rank – 2** | |
| | **First Rank Science Student** | |
| | **First Rank Foreign Language Student over four year period (Spanish)** | |
| | **Recipient Upjohn Company College Scholarship for Academic Achievement** | |
| **Undergraduate** | **Trinity University, San Antonio, Texas**<br>**August 1974 – May 1977** | |
| **Degree** | **B.A. – Biology, Summa Cum Laude**<br>**May 1978** | |
| | **First Year of medical school was accepted in lieu of the final college year.** | |
| **Research** | **Organic Chemistry: Mode of Synthesis of Primary Amines bypassing the Hell-Volhard-Zelinsky Reaction and Utilizing Phase Transfer Catalysis.** | |
| **Credits** | **Presidential Scholarship Recipient for three years at Trinity for maintenance of 4.0 GPA** | |
| | **Alpha Chi Honor Society**<br>**February 1977** | |
| | **Junior Year Phi Beta Kappa**<br>**May 1977** | |

## *Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

|  |  |
|---|---|
|  | *Selected for medical school after three years of Undergraduate training.* |
| *Graduate* | *Washington University School of Medicine St. Louis, Missouri*<br>*August 1977 – May 1978* |
|  | *Baylor College of Medicine*<br>*Houston, Texas*<br>*July 1978 – June 1981* |
| *Degree* | *M.D. (Honors)*<br>*June 8, 1981* |
| *Achievements* | *Alpha Omega Honor Society*<br>*Henri J. Kaiser Merit Scholar Award* |

*LICENSURE:*     *Texas – F9471*
                 *August 1981*

*POSTGRADUATE:*

|  |  |
|---|---|
| *PGY1 Internship* | *Baylor College of Medicine; St. Luke's Affiliated Hospital; July 1981 – June 1982* |
| *PGY2-3 Residency* | *Baylor College of Medicine; Affiliated Hospitals; July 1982 – June 1984* |
| *Credits* | *Recipient Henry O. McIntosh Award for Outstanding Resident in Internal Medicine.* |
| *PGY4* | *Chief Medical Resident – Baylor College of Medicine; St. Luke's Affiliated Hospitals July 1984 – December 1984* |
| *Credits* | *Diplomate American Board of Internal Medicine September 1984* |
| *PGY4-5* | *Fellowship Infectious Diseases*<br>*Baylor College of Medicine*<br>*The Methodist Hospital*<br>*Infectious Disease Laboratory*<br>*Temple Williams, Jr., M.D.*<br>*January 1985 – December 1986* |
| *Credits* | *Diplomate American Board of Internal Medicine* |

*2*

# *Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

*Subspecialty Infectious Diseases*
*November 1988*

*AFFILIATIONS:*                      *Harris County Medical Society*
                                      *American College of Physicians*
                                      *Houston Society of Internal Medicine*
                                      *Texas Society of Internal Medicine*
                                      *American Society of Internal Medicine*
                                      *Texas Medical Association*
                                      *Houston Medical Forum*
                                      *American Society of Infectious Diseases*
                                      *International AIDS Society*
                                      *American Society of Microbiology*
                                      *Infectious Diseases Society of America*

*RESEARCH AFFILIATIONS:*        *Therapeutic Concepts, P.A.*
                                      *4900 Fannin St.*
                                      *Houston, TX 77004*

*APPOINTMENTS:*

*1997*                      *Fellow Infectious Diseases Society Of America*

*1998*                      *Fellow American College of Physicians*

*1987 -2008*            *Baylor College of Medicine*
                              *Department of Internal Medicine*
                              *Clinical Instructor*

*1987-2017*            *Co-Director, Special Disease Unit*
                              *Park Plaza Hospital, Houston, Texas*

*1989-1991*            *Board of Trustees – AIDS Foundation of*
                              *Houston*

*1997-2008*            *Medical Director - Donald R. Watkins*
                              *Memorial Foundation*
                              *Non-profit organization, provides primary*
                              *healthcare services to indigent population*

*1997-200*        *Advisory Board – Diocesan AIDS Ministry*

*2001-2007*            *Board of Directors- Integrated Minority AIDS Network*
                              *Incorporated*

# *Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

| | |
|---|---|
| *2002-2008* | *Chief of Infectious Diseases-Park Plaza Hospital* |
| *2004* | *Scientific Director-Black Clinical Research Consortium* |
| *2006-2008* | *IDSA-HIVMA Board of Directors* |

*WORK HISTORY*             *Private Practice, Houston, Texas*
                          *Specialist in Infectious Diseases*
                          *1987 – Present*

*HONORS*                   *African-American Health Care Trailblazers Hall Of Fame, 1998, 1999*

                          *J P Morgan Chase – Center for Houston's Future Leadership Award February 27,2003*

                          *Texas Women's Empowerment Foundation, Empowerment Award Recipient, October 23, 2004*

 *JOURNAL ARTICLES*

*PUBLICATIONS:*      *Papers (36)*             *Abstracts (93)*

---

*"First in the World":*

*Pope-Pegram L., Gathe J.C. Jr., et al.  Treatment of Presumed Central Nervous System Toxoplasmosis with Doxycycline.  [Abstract].  VII International Conference on AIDS.  Florence; 1991.*

*Gathe J.C. Jr., et al.  The Effectiveness of Paramomycin in the Treatment of Gastrointestinal Crytosporidiosis. [Abstract].VII International Conference on AIDS. Florence; 1991.*

*Gathe J.C. Jr., et al.  IMANI –1 TC3WP Single Drug-Proof of Concept Study: Pilot Study of the Safety and Efficacy of Kaletra (LPV/r) as Single Drug HAART in HIV+ ARV Naïve Patients Interim Analysis of Subjects Completing a 48 Week Study.  XV IAS, 2004; Oral 1057.*

---

## *Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

### *PAPERS*

*Pharmacokinetic analysis of nevirapine extended release 400 mg QD versus nevirapine immediate release 200 mg BID formulation in treatment-naïve patients with HIV-1 infection C L Yong, J Gathe, G Knecht, C Orrell, J Mallolas, D Podzamczer, B Trottier, W Zhang, JP Sabo, R Vinisko, M Drulak, AM Quinson*

*Graña L, Gathe JC, Varon J: The role of statins in the intensive care unit. Curr Respir Med Rev, 2012;8:1.*

*Espina IM, Gathe JC, Varon J: Pulmonary histoplasmosis in immunocompetent and immunocompromised patients. Curr Respir Med Rev 2012;8:343-344.*

*Pablo S, Gathe J, Varon J: Ethambutol-induced nephrotoxicity: Case report and review of the literature. Crit Care & Shock 2013;16:45-47.*

*Gathe, J, Martin, D, Rawlins, M, Daquioag, B, Fuchs, J, Williams, V, Oie, K, Pakes, G, et al.  for the COL40193 Study Team.  Trizivir (Abacavir/Lamivudine/Zidovudine) Plus Lopinavir/Ritonavir Induction Therapy Followed by Trizivir-Alone Maintenance for HIV-1 Infected Patients: A 96-Week Pilot Treatment Simplification Study.  JAIDS, doi:10.423/wja2012*

*Lalezari, J, Gathe, J et al.  Safety, Efficacy, and Pharmacokinetics of TBR-652, a CCR5/CCR2 Antagonist, in HIV-1 –Infected, Treatment-Experienced, CCR5 Antagonist-Naïve Subjects, J Acquir Immune Defic Syndr; Vol 57, Number 2, June 1, 2011 pps. 118-124.*

*Zajdenverg, R, Podsadecki, T, Badal-Faesen, S, Andrade-Villanueva, J, Gathe, J, et al.  Similar safety and efficacy of once- and twice-daily lopinavir/ritonavir tablets in treatment-experienced HIV-1-infected subjects at 48 weeks.  JAIDS, Vol. 54, Number 2, June 1, 2010; 143-151.*

*Gathe, J et al.  A Once-DailyLopinavir/Ritonavir-Based Regimen Is Noninferior to Twice-Daily Dosing and Results in Similar Safety and Tolerability in Antiretroviral-Naïve Subjects Through 48 Weeks. J Acquir Immune Defic Syndr, Vol 50, Number 5, April 15, 2009.*

*Lisa Ross, Richard Elion, Randall Lanier, Edwin deJesus, Calvin Cohen, Robert R. Redfield, Joseph C. Gathe, et al.  Modulation of K65R Selection by Zidovudine Inclusion-Analysis of HIV Resistance Selection in Subjects with Virologic Failure Receiving Once-Daily Abacavir/ Lamivudine/ Zidovudine and Tenofovir DF (Study COL40263).  AIDS Research and Human Retroviruses.*

*Gathe, J Jr. et al.  Resolution of severe cryptosporidial diarrhea with Rifaximin in patients with acquired immune deficiency syndrome.  J Acquir Immune Defic Syndr. Vol. 48, Number 3, July 1, 2008; pps. 365-366.*

### Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.

*Gathe, J.  Experience with darunavir in HIV-infected adults enrolled in a US expanded access program: results from a single center.  Current Medical Research and Opinion, Vol. 24, No. 3, 2008, p. 769-773.*

*DeJesus, E., Gottlieb, M., Gathe, J. et al.  Safety and Efficacy of Enfuvirtide in Combination with Darunavir/Ritonavir and an Optimized Background Regimen in Triple-Class Experienced HIV-Infected Patients: the BLQ Study.*
**Johnson M, Gathe JC Jr., et al.  A Once-Daily Lopinavir/Ritonavir-Based Regimen Provides Noninferior Antiviral Activity Compared With a Twice-Daily Regimen. JAIDS, Vol 43, Number 2, October 1, 2006.**

**Enron J Jr, Yeni P, Gathe J Jr, et al.  Fosamprenavir/ritonavir versus lopinavir/ritonavir, each given BID in combination with the abacavir/lamivudine tablet for the initial treatment of HIV infection over 48 weeks. Lancet. 2006; 368:476-482.**

**Gathe JC Jr, et al.  Long-term (120-week) antiviral efficacy and tolerability of fosamprenavir/ritonavir once daily in therapy-naïve patients with HIV-1 infection: an uncontrolled, open-label, single-arm follow-up study. Clin Ther. 2006:745-754.**

**Simpson, David A; Estanislao, Lydia,  A; Evans, Scott B; McArthur, Justin C; Marcus, Kendall D; Truffa, Melissa D; Lucey, et al.  HIV-associated neuromuscular weakness syndrome. AIDS 2004, 18:1403-1412.**

**Gathe J.C., Jr. et al.  Solo: 48 week efficacy and safety comparison of once-daily fosamprenavir/ritonavir versus twice-daily nelfinavir in naive HIV-1-infected patients; AIDS 2004, 18:1529.1537**

*Darunavir / Cobicistat/Emtricitabine/TenofovirAlafenamide in rapid initiation model of care for HIV-1 infection: Primary analysis of the DIAMOND Study.Greg D Huhn; Gordon Crofoot; Moti Ramgopal, Keith Dunn*

*887. High rates of virologic suppression achieved in HIV-1 infected adults rapidlystarting antiretroviraltherapy (ART) with single tablet regimen (STR) of Darunavir/Cobicistat/Emtricitabine/Tenofovir Alafenamide (D/C/F/TAF) 800/150/200/10 mg Regardless of baseline disease characteristics: Week 48 subgroup analysis from Phase 3 DIAMOND Trial. Greg Huhn, Moti Ramgopal, Crofoot, Joseph Gathe et al.*

*Week 96 Efficacy and safety results of the phase 3 randomized EMERALD trial to evaluate switching from boosted- protease inhibitors pluse*

## *Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

*emtricitabine/tenofovir disoproxil fumarate regimens to the once daily, single-tablet regimen of darunavir cobicistat/emtricitabine/tenofovir alafenamide (D/C/F/T/A/F) in treatment experienced virologically-suppressed adults living with HIV-1. Joseph Enron, Chloe Orkin, Douglas Cunningham, J De Vente, Joseph Gtahe et al*

*Fatal Relapse of Myelodysplastic Syndrome in a Patient with HIV/Hepatitis C Coinfection Treated with Simeprevir/Sofosbuvir*
*Efemena Michael Diejomaoh, Joseph Clayton Gathe Jr, Carl Craig Mayberry, PA-C1, John Benjamin Clemmons Jr, Bernie Miguel, Alan Glombicki, and Benjamin Daquioag,  J Int Assoc Provid AIDS Care 2017,*

*Dual Therapy Treatment Strategies for the Management of Patients Infected with HIV: A Systematic Review of Current Evidence in ARV-Naive or ARV-Experienced, Virologically Suppressed Patients*
 *Jean-Guy Baril , Jonathan B. Angel, M. John Gill, Joseph Gathe, Pedro Cahn, Jean van Wyk, Sharon Walmsley*

*Fecal Transplantation for Clostridium Difficile ''All Stool May Not Be Created Equal'' Joseph C. Gathe Jr, MD, FACP, FIDSA, Efemena M. Diejomaoh, Carl C. Mayberry, John B. Clemmons, MD Journal of the International Association of Providers of AIDS Care 2016 Mar-Apr;15(2):107-8.*

*JAIDS Ms. No.: QAIV16172R1*
*Title: Switching to tenofovir alafenamide, coformulated with elvitegravir, cobicistat, and emtricitabine, in HIV-infected patients with renal impairment: 48 week results from a single-arm, multi-center, open-label, Phase 3 study Journal: The Patient: Patient-Centered Outcomes Research*

*Title: Patient-Reported Symptoms over 48 Weeks in a Randomized, Open-Label, Phase 3b Non-inferiority Trial of Adults with HIV Switching to Coformulated Elvitegravir, Cobicistat, Emtricitabine, and Tenofovir DF*
*Versus Continuation of Ritonavir-Boosted Protease Inhibitor with Emtricitabine and Tenofovir DF*

*Mark S. Sulkowski, Joseph J. Eron, David Wyles, Roger Trinh, Jay Lalezari, Jihad Slim, Joseph Gathe, Peter J. Ruane, Chia Wang, Richard Elion, Fritz Bredeek, Robert Brennan, Gary Blick, Amit Khatri, Krystal Gibbons, Yiran B. Hu, Linda Fredrick, Tami Pilot-Matias, Barbara Da Silva-Tillmann, Barbara McGovern, Andrew L. Campbell, Thomas Podsadecki.  TURQUOISE-I: SAFETY AND EFFICACY OF ABT-450/R/OMBITASVIR, DASABUVIR, AND RIBAVIRIN IN PATIENTS CO-INFECTED WITH HEPATITIS C AND HIV-1*

*Robin Wood, Joseph Gathe, Naomi Givens, Sangeeta Sedant, Katharine Cheng, and Jorg Sievers et al. A long-term safety study of fosamprenavir-containing*

*Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

regimens in HIV-1 infected patients HIV Clinical Trials; Ref.:  Ms. No. HCT-D-13-00025R1.

E. Lefebvre, J. Enejosa, M. Béliveau, C. Jomphe, J.F. Marier, C.R. Rayner, P.F. Smith, J. Gathe et. al. Exposure-Response Relationship of Cenicriviroc with Week 24 Virologic Outcomes in Treatment-Naïve HIV-1-Infected Adults with CCR5-Tropic Virus.

J. Feinberg, M. Thompson, J. Cade, E. DeJesus, J. Gathe, J. Lalezari, A. Scarsella, M. Saag, J. Enejosa, E. Lefebvre et. al. Final Week 48 Analysis of Cenicriviroc (CVC) Compared to Efavirenz (EFV), in Combination with Emtricitabine/Tenofovir (FTC/TDF), In Treatment-Naïve HIV-1-Infected Adults with CCR5-Tropic Virus (Study 652-2-202;NCT0133883).

DeJesus E, Rockstroh JK, Henry K, Molina JM, Gathe J, Ramanthan S, et al. Co-formulated elvitefravir, cobicistat, emtricitabine, and tenofovir disoproxil fumarate versus ritonavir-boosted atazanavir plus co-formulated emtricitabine and tenofovir disoproxil fumarate for initial treatement of HIV-1 infection:  a randomised, double-blind, phase 3, non-inferiority trial.  Lancet 2012;379:2429-2438.

Gathe, Joseph Jr.  Adherence and Potency with Antiretroviral  Therapy:  A Combination For Success.  JAIDS, 2003;34 (Suppl 2):S118-S122.

Nadler JP, Gathe JC Jr., et al.  Twice-daily Amprenavir 1200mg versus Amprenavir 600mg/Ritonavir 100mg, in combination with at least 2 other antiretroviral drugs in HIV-1 infected patients.  BMS Infectious Diseases 2003, 3:10 (10 Jun 2003).

Scally MC, Kovacs JA, Gathe JC, and Hodge AL.  Uncontrolled case study of medical treatment for elimination of hypogonadism after androgen cessation in a man with Human Immunodeficiency Virus positively and secondary polycythemia related to continuous testosterone treatment for 2 years. Endocrine Practice.  2003 March/April; 9 (Supp 1): 13.

Shelburne SA III, Hamill RJ, Rodriguez-Barrada MC, et al.  Immune reconstitution inflammatory syndrome: emergence of a unique syndrome during highly active antiretroviral therapy. Medicine (Baltimore). 2002, 81:213-227.

Gathe JC Jr., Chu A, Yen A,  Petersen A.   Durability of Nelfinavir  combinationtherapy after four years: three year extension data from  Agouron study 511 8th European Conference on Clinical Aspects and Treatment of HIV-infection, October 28-31, 2001

## *Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

*Gathe JC Jr. et al Minimal Pharmacokinetic Interaction between amprenavir and lopinavir.  11th Symposium on HIV Infection  Toulov, France June 14 – 16, 2001 ABS E-18*

*Schlomo S, Philip K, Montaner J, Raffi F, Gathe JC Jr., et al. Abacavir-Lamivudine-Zidovudine vs Indinavir-Lamivudine Zidovudine in Antiretroviral Naïve HIV – Infected Adults  A Randomized Equivalence Trial JAMA. 2001; 285: 1155- 1163*

*Staszewski S, Philip K, Montaner J, Raffi F, Gathe JC Jr., et al. Abacavir-Lamivudine-Zidovudine vs Indinavir-Lamivudine Zidovudine in Antiretroviral Naïve HIV – Infected Adults  A Randomized Equivalence Trial JAMA. 2001; 285: 1155- 1163*

*Gildenberg PL, Gathe JC Jr., and Kim Hae Hyoo Stereotactic Biopsy of Cerebral Lesions in AIDS.  Clinical Infectious Diseases.  2000;30:491-499*

*Pollard RB, Peterson D, Hardy D, Pottage J, Murphy R, Gathe JC Jr., et al. Safety and Antiretroviral Effects of Combined Didanosine and Stavudine Therapy in HIV Infected Individuals With CD4 Counts of 200 to 500 cell/mm3. Journal of Acquired Immune Deficiency Syndromes.  22:39-48.*

*Gathe J.C. Jr., Improving Patient Adherence with Antiretroviral Therapy Evaluation of Once-Daily Administration of Didanosine. AIDS Vol. 12,  Supp 8. 1998*

*Lalezari, J. Schacker, T. Feinberg, J, Gathe JC Jr, Lee, S, Cheung, T, Kramer, Kessler, H, Corey, L, Drew, L, Boggs, J, McGuire, B, Jaffe, H, Safrin, S.  A Randomized, Double-Blind, Placebo-Controlled Trial of Cidofovir Gel for the Treatment of Acyclovir-Unresponsive Mucocutaneous Herpes Simplex Virus*

*Leiva, J, Etter, E.L, Gathe  JC Jr, Bonefas, E, Melartin, R. Surgical Therapy for 101 Patients with Acquired Immunodeficiency Syndrome and Symptomatic. The American Journal of Surgery.  1997; Vol. 174.*

*Spruance S.L., Pavia A.T., Mellors J.W., Murphy R., Gathe J.C. Jr., Stool E.W., Jemsek J.G., Dellamonica P., Cross A., Dunkle L., for Bristol-Myers Squibb Stavudine/019 Study Group.  Clinical Efficacy of Monotheraphy with Stavudine Compared with Zidovudine in HIV – Infected, Zidovudine-Experience Patients.  A Randomized, Double-Blind, Controlled Study. Annals of Internal Medicine. 1997; 126:355-63.*

*Gathe J.C. Jr.   AIDS Patient with Bilateral CMV Retinitis.  Case and Commentary, A Forum  for The Management of CMV Retinitis.1997;Vol.1, Number 2.*

## Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.

Rodriguez-Barradas M., Stool E.W., Musher D., Gathe J.C. Jr., Goldstein J., Genta R., Yoffe B.  Diagnosing and treating Cytomegalovirus Pneumonia in Patients with AIDS.  Clinical Infectious Diseases.  1996;23:76-81

Dohn M., Weinberg W., Torres R., Follansbee S., Caldwell P., Scott J., Gathe J.C. Jr., et al.  Oral Atovaquaone Compared to Intravenous Pentamidine for Pneumocystis carinii Pneumonia in AIDS, Annals of Internal Medicine. 1994;121:174-88.

Gathe J.C. Jr., Harris R.L., Garland B., Bradshaw M., Williams T. Jr. Candida Osteomyelitis.  Report of five Cases and Review of the Literature. American Journal of Medicine.  1987;82:927-37.

Harris R.L., Musher D.M., Bloom K., Gathe J.C. Jr., Rice L., Sugarman B., Williams T. Jr., Young E.J.   Manifestations of Sepsis.  Archives of Internal Medicine. 1987;147:1985-1906.

### ABSTRACTS

PREZENT – Pilot Study of Darunavir/Cobicistat in combination with rilpivirine in HIV positive naive subjects – Final 96 week results Gathe J, Letendre S, Quing M, Woods S, Mayberry C, Davis V, Swindle C, Diejomaoh E. 22nd International AIDS Conference Amsterdam.

PREZENT – Pilot Study of Darunavir/Cobicistat in combination with rilpivirine in HIV positive naive subjects – 48 week results Gathe J, Letendre S, Quing M, Woods S, Mayberry C, Davis V, Swindle C, Diejomaoh E. 16th European AIDS Conference Milan.

Cerebrospinal  Fluid (CSF) Concentration, Efficacy and Neurocognitive Effects of the combination of Darunavir /Cobicistat and Rilpivirine in HIV -1 Naive adults. 16th European AIDS Conference Milan.

"Durability of Dual Therapy (DT) with Lopinavir/Ritonavir (LPV/r) and Lamivudine (3TC) in Comparison to Standard Triple Drug Therapy (TT): 96-week Results of the GARDEL Study" has been accepted for an Oral Presentation at the 15th European AIDS Conference.

D. Hardy, J. Gathe, K. Wowrkowski, J. Stephens, I. Brar, G. Crofoot, J. DeMorin, K Patel, H. Liu, K. White, D. McColl, and J. Szwarcberg.  Long-Term Efficacy and Safety of E/C/F/TDF (STB) versus EFV/FTC/TDF (ATR) in HIV-1-Infected Treatment Naïve Black and Non-Black Subjects.

### STRATEGY-PI (US-GS-236-0115) study

*Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

*Part 1a of the M14-004 TURQUOISE-I study will be presented at the 8th IAS Conference on HIV Pathogenesis, Treatment and Prevention (IAS 2015) on 19-22 July 2015 in Vancouver, British Columbia, Canada*

*Exposure-response Relationship of Cenicriviroc with Week 24 Virologic Outcomes in Treatment-naïve HIV-1-infected Adults with CCR5-tropic Virus*

*Moti Ramgopal, 1 Fritz Bredeek, 2 Joseph Gathe, 3 Robert Ryan, 4 Bruce Coate, 5 David Anderson. Metabolic, Bone, Renal, Inflammatory, and Lipodystrophic Marker Analysis in INROADS, a Multicenter, Single-Arm, Open-Label Study of Once-Daily Etravirine (ETR) and Darunavir/Ritonavir (DRV/r) as Dual Therapy in Early Treatment-Experienced Subject*

*J Gathe, J Cade, E DeJesus, J Feinberg, J Lalezari, J Morales-Ramirez, A Scarsella, M Saag, M Thompson, E Lefebvre. Week 24 Primary Analysis of Cenicriviroc Vs Efavirenz in Combination With FTC/TDF, in Treatment- Naïve HIV-A Infected Adults With CCR5-TROPIC Virus.  CROI 2013 Atlanta March 4-7,2013*

*C Brinson, J Bogner, M Nelson, J Gathe, A Quinson, M Drula.  Verxve 144 Week Results: Nevirapine Extended-Release (NVP XR) QD Versus NVP Immediate-Release (IR) BID With FTC/TDF in Treatment- Naïve HIV-1 Patients*

*J Rockstroh, E DeJesus, K Henry, J Molina, J Gathe, X Wei, M Fordyce, M Rhee, J Szwarcberg. Elvitegravir/Cobicistat/Emtricitabine/Tenofovir DF (QUAD) has Durable Efficacy and Differentiated Safety Compared to Atazanavir Boosted by Ritonavir Plus Emtricitabine/Tenofovir DF at Week 96 in Treatment-Naive HIV-1-Infected Patients.*

*Gathe, J, Mayberry, C, Pakes, G, et al. Effect on CD4+ Cell Count of Switching from Tenofovir to Abacavir/Lamivudine in Tenofovir-treated HIV-infected Patients with Persistently Low CD4+ Counts.  HIV Dart 2012 San Diego, CA Poster presentation December 4-7, 2012.*

*Gathe, J et al.  Antiviral Effect of Vicriviroc (VCV) plus Ritonavir-Boosted Atazanavir (ATV/r) Similar to Tenofovir/emtricitabine (TEM) + ATV/r but Efficacy (%<50c/mL) Inferior as Initial Therapy.  ICAAC September 12-15, 2010, Boston, MA; Poster H-938a.*

*Gathe, J.  et al.  48 Week Efficacy, Pharmacokinetics, and Safety of Once a Day 400 mg Nevirapine (Viramune) Extended Release Formulation for Treatment of Antiretroviral  Naïve HIV-1 Infected Patients, ICAAC September 12-15, 2010; Boston, MA.*

## Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.

*Palleja S, Cohen C, Gathe J, et al. Safety and efficacy of TBR 652, a CCR5 antagonist, in HIV 1 infected, ART-experienced, CCR5 antagonist- naïve patients. CROI 2010, Oral #53.*

*Gathe, J et al. Phase 3 Trials of Vicriviroc in Treatment-experienced Subjects Demonstrate Safety but Not Significantly Superior Efficacy over Potent Background Regimens Alone. CROI 2010; Oral K-1008.*

*Zajdenverg, R, Badal-Faesen, S, Andrade-Villanueva, J, Gathe, J et al. Lopinavir/ritonavir (LPV/r) tablets administered once (QD) or twice-daily (BID) with NRTIs in antiretroviral-experienced HIV-1 infected subjects: Results of a 48-week randomized trial (Study M06-802). 5th IAS Conference on HIV Pathogenesis, Treatment and Prevention, Cape Town, South Africa, 19-22 July 2009; Oral #TUAB104.*

*Gathe JC et al. Switching HIV-infected, suppressed patients from ABC/3TC to FTC/TDF improves lipids – the SETTLE study. 10th International Workshop on Adverse Drug Reactions and Lipodystrophy in HIV London, UK, November 6-8, 2008; #37.*

*Gathe JC, et al. Single Agent Therapy with Lopinavir/Ritonavir Suppresses HIV-1 Viral Replication in ARV Naïve Patients: IMANI II - 96 Week Final Results.48th Annual ICAAC/IDSA 46th Annual, Washington, DC, October 25-28, 2008; # H-1241.*

*William Towner, MD, FACP, Jacob Lalezari, MD, Michael G Sension, MD, Michael Wohlfeiler, MD, Joseph Gathe, MD et al. Efficacy, Safety and Tolerability of Etravirine With and Without Darunavir/ritonavir and/or Raltegravir in Treatment-experienced Patients: Analysis of the Etravirine Early Access Program in the United States. 17th International AIDS Conference (AIDS 2008) in Mexico City, Mexico, August 3–8, 2008.*

*Gathe JC, et al. Study M05-730 Primary Efficacy Results at Week 48: Phase 3, Randomized, Open-Label Study of Lopinavir/ritonavir (LPV/r) Tablets Once Daily (QD) versus Twice Daily (BID), Co-Administered with Tenofovir DF (TDF) + Emtricitabine (FTC) in Antiretroviral-Naïve (ARV) HIV-1 Infected Subjects. 15th Conference on Retroviruses and Opportunistic Infections (CROI), February 3-6, 2008, Boston, MA; Poster 775.*

*Yeh RF et al. Single Agent Therapy (SAT) with Lopinavir/ritonavir (LPV/r) Controls HIV-1 Viral Replication in the Female Genital Tract. 11th European AIDS Conference (EACS) - Madrid, Spain - October 24-27, 2007; #7.70/2.*

*DeJesus, E., Gottlieb, M., Gathe, J. et al. Safety and Efficacy of Enfuvirtide in Combination with Darunavir/Ritonavir and an Optimized Background Regimen in Triple-Class Experienced HIV-Infected Patients: the BLQ Study. 47th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), September 17-20, 2007, Chicago, Il.*

*Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

DeJesus, E. et al.  Response to Darunavir/Ritonavir (DRV/r) combined with Enfuvirtide Containing ARV in Triple-Class Experienced Patients Was Not Predicted by Baseline DRV sensitivity: the BLQ Study Final Results. 47th Interscience Conference on Antimicrobial Agents and Chemotherapy, 17-20 September 2007, Chicago, IL; ABS H-367.

Gathe JC Jr, Yeh RF, Mayberry C, et al. Single-agent therapy with lopinavir/ritonavir suppresses plasma HIV-1 viral replication in HIV-1 naive subjects: IMANI-2 48-week results. Program and abstracts of the 4th IAS Conference; July 22-25, 2007; Sydney, Australia. Abstract WEPEB034.

Yeh RF, Letendre S, Novak I et al. Single-agent therapy with lopinavir/ritonavir controls HIV-1 viral replication in the central nervous system. 14th Conference on Retroviruses and Opportunistic Infections. February 25-28, 2007; Los Angeles, California.

Gathe, JC et al.  Neurocognitive Dysfunction:  Immunologic Mechanisms, Biomarks, and CNS Drug Penetration.  14th Conference on Retroviruses and Opportunistic Infections, Feb. 2007; ABS 381.

Campo R, et al.  Predictors of Loss of Virologic Response in Subjects Who Detintensified in Subjects Who Deintensified to Lopinavir/Ritonavir Monotherapy after Achieving Plasma HIV-1 RNA <50 copies/ml on LPV/r plus Zidovudine/Lamivudine.  14th Conference on Retroviruses and Opportunistic Infections, Feb. 2007; ABS 514.

Gathe Jr., J. et al.  IMANI-1 A 48 week pilot study of the safety and efficacy of lopinavir/riotonavir (LPV/r) as single agent therapy in ARV naïve patients post study follow-up.  The 8th International Congress on Drug Therapy, Glasgow, UK, Nov. 12-16, 2006; ABS 950521.

Gathe JC, et al.  Tolerability and Therapy Preference of Lopinavir/ritonavir (Kaletra) Soft-gel Capsules and Tablets as Single Agent in a Cohort of HIV Positive Adult Patients (IMANI-2).  8th International Congress on Drug Therapy in HIV Infection, Glasgow, UK, November 12-16, 2006; Poster P62.

Richard Elion, MD, Calvin Cohen, MD, Edwin deJesus, MD, Robert Redfield, MD, Joseph Gathe, MD et al.  Once-Daily Abacavir/Lamivudine/Zidovudine plus Tenofovir for the Treatment of HIV-1 Infection in Antiretroviral-Naïve Subjects: A 48-Week Pilot Study, HIV Clinical Trials, Vol. 7, Number 6; Nov-Dec 2006.

Norris D, Morales, Gathe J Jr., et al.  Phase 2 Efficacy and Safety of the Novel Entry Inhibitor, TNX355 in Combination with Optimized Background Regimen XVI IAS, Aug 2006, ABS TuPE0058.

### Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.

Gathe Jr. J, Martin, D et al.  Simplification from Trizivir/Kaletra to Trizivir provides a durable treatment regimen for AZT naive patients COL 40193. XVI IAS, Aug 2006; ABS CPB0480.

Eron J, Yeni P, Gathe Jr. J, et al.  The Klean Study: Fosamprenavir + Ritonavir vs. Lopinavir/Ritonavir in ART naïve adults over 48 weeks.  XVI IAS, Aug 2006; THLB0205.

Gathe J.C. Jr., et al.  Sustained Virologic and Immunologic Response over 120 Weeks in Antiretroviral Therapy (ART)-Naïve Subjects Receiving Fosamprenavir/Ritonavir (FPV/r) Q. HIV DART 2004, Poster 61.

DeJesus,  Gathe J.C. et al.  Week 24 Analysis of Once-Daily (QD)Trizivir (TZV) and Tenofovir DF (TDF) in antiretroviral  naïve subjects (COL40263), ICAAC 2004; Pos 2950.

Gathe J.C., Jr. et al.  Long term follow-up on GW43390/ ritonavir (908/r) QD: sustained virologic and immunologic response in antiretroviral treatment naïve subjects over 96 weeks.  15th IAC, 2004; Poster 4507.

Gathe J.C., Jr. et al.  IMANI-1 TC3WP single drug HAART- proof on concept study.  Pilot study of the safety and efficacy of Kaletra (LPV/r) as single drug HAART in HIV+ ARV-naïve patients interim analysis of subjects completing final 48 week data, 15th  IAC 2004;Oral 1057.

Gathe J.C., Jr. et al.  IMANI-1 TC3WP Single drug HAART proof of concept study pilot study of the safety and efficacy of Kaletra (LPV/r) as single drug HAART in HIV+ ARV naïve patients interim analysis of subjects completing at least 24 weeks of a 48 week study, The 43rd Annual ICAAC Conference, 2003; ABS 2608.

Gathe J.C., Jr. et al.  LPV/r Qd vs Bid Study 48 Week Regimen, 11th CROI, 2004; ABS 418.

Sax PE, Gathe JC, Jr.  Beyond Efficacy:  The Impact of Combination Antiretroviral Therapy on Quality of Life. AIDS Patient Care STDS. 2005; 19:563-576.

Kohlbrenner, V, Gathe, J et al.  Tipranivir/Ritonavir demonstrates potent efficacy in multiple protease inhibitor experienced patients at 24 week, BI 1182.52, 9th European AIDS Conference, Oct 2003; ABS 7.2/2.

Podzamcer, D, Gathe J et al.  Efficacy and safety of once daily Lopinavir/Ritonavir vs. twice daily Lopinavir/Ritonavir in antiretroviral – naïve patients: 24 week results. 9th European AIDS Conference, Oct 2003; ABS F1/3.

### *Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

*Chiu, Y-L, Gathe, J et al.  Multiple-Dose Pharmacokinetics (PK) and Initial Antiviral Effect of Once Daily (QD) Lopinavir/Ritonavir (LPV/r) In Combination With Tenofovir (TDF) and Emtricitabkine (FTC) In HIV-Infected Antiretroviral (ARV)-Naïve Subjects, IAS Conference, July 2003; ABS .*

*Gathe Jr., J, Kolbrenner, V et al.  Tripanavir/Ritonovir Demonstrates Potent Efficacy In Multiple Protease Inhibitor Experienced Patients BI 1182.52, 10th CROI, Feb 2003; Oral Abstract 179.*

*Yeni, P, MacGregor, T, Gathe, J et al.  Correlation of Viral Load Reduction and Plasma Levels In Multiple Protease Inhibitor Experienced Patients Taking Tipranavir/Ritonavir In A Phase II B Trial, BI1182.52, 10th CROI, Feb 2003; ABS 528.*

*Scally, M., Gathe, J. et al. Uncontrolled Case Study of Medical Treatment for Elimination of Hypogonadism  after Androgen Cessation in an HIV + Male with Secondary Polychythemia Treated 2 Years Continuously with Testosterone, AACE 2003.*

*Haubrich, R., Miller, C., Gathe, J., et al.  The Effect of NFV versus EFV on FastingLipid Levels:  Interim Analysis from a Prospectiver Randomized Study in Treatemt Naïve Patients (AG1127), 42nd ICAAC, September 2002;Garg V, Brill M, Beeler L, Khanlou H, Gathe JC Jr., Gharakhanian S, et al. Interactions Amprenavir (APV) / Lopinavir (LPV/r):  r ■sultats d' ■tudes et revue de la lett ■rature.  JNI-Genoble, June 13-14, 2002; ABS 075.*

*Nadler, J, Gathe, JC Jr., et al.  Efficacy and Safety of APV/RTV 600/100 mg Bid compared to APV 1200 mg Bid in ART Experienced and Naïve Subjects: ESS 40011. 14th WAC, July 2002; ABS 4463.*

*Pallela, F., Gathe, JC  Jr. et al.  Gender Comparisons in Long Term Responses Among Patients Receiving Nelfinavir and Dual Nucleosides as First Ever HAART.  14th WAC, July 2002; ABS WePe 5968.*

*Gathe JC Jr., Chu A, Yen A,  Petersen A. Durability of Nelfinavir combination therapy after four years: three year extension data from  Agouron study 511 8th European Conference on Clinical Aspects and Treatment of HIV-infection, October 28-31, 2001*

*Bardaro R, Gathe JC Jr., Grimwood A, et al.  Evaluation of a triple combination regimen containing enteric coated didanosine administered once daily. 1st IAS conference on HIV pathogenesis and treatment.
 July 8, 2001 ABS 57*

*Rostella F, Gathe JC Jr., et at.  Long term responses among patients receiving Nelfinavir and  dual  NRTI's as first ever HAART. 1st IAS conference on HIV pathogenesis and treatment.  July 8, 2001 ABS 227*

### *Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

*Pallella F, Gathe JC Jr., et at.  Long term responses among patients receiving Nelfinavir and  dual  NRTI's as first ever HAART. 1st IAS conference on HIV pathogenesis and treatment.  July 8, 2001 ABS 227*

*Rice H, Young B, Vamonde C, Smith P, Henry K, Hawkins T, Gallant J, Gathe JC Jr. et al.  RTV Boosting as IDV in Clinical Practice Effectiveness, safety and exploration of phenotypic breakpoints.  1st IAS conference on HIV pathogenesis and treatment  July 8, 2001 ABS 678*

*Gathe JC Jr. et al Minimal Pharmacokinetic Interaction between amprenavir and lopinavir.  11th Symposium on HIV Infection  Toulov, France June 14 – 16, 2001 ABS E-18*

*Gathe JC Jr., Hamill RJ, Rodriguez-Barradas  M, Greenberg B, Trautner B, Visnegarwala F, Atmar RL.  Immune reconstitution inflammatory syndrome: Emergence of a unique syndrome during highly active antiretroviral therapy(HAART).  IDSA 2001 39th Annual meeting of Infectious disease society of America October 25-28, 2001 {Abstract 660}*

*Gathe J.C. Jr., Baden R., Grimwald A., Abstract et m, Comparison of a Triple Combivir Regimen containing an enteric coated formulated of Didanosine administered once daily versus a regimen of combivir plus Nelfinavir. 8th Conference on Retroviruses and Opportunistic Infections Feb 2001 ABS 319*

*McClernon, D.R., Gathe, J.C. Jr., et al.  Genotypic Patterns After Virologic Failure Following 24 Weeks Of Triple Nucleoside Therapy In Underrepresented And Incarcerated Populations (NZTA 4006, 4007). Glasgow October 2000.*

*Thompson,  M., Gold, M., Sathasivan, K., Gathe, J.C. Jr., et al.  Adherence And Relationship To Antiretroviral Efficacy In The H.E.A.R.T. (NZT4006) Study 13th WAC 2000 (Abstract 1129)*

*Gathe J.C. Jr.   AIDS Patient with Bilateral CMV Retinitis.  Case and Commentary, A Forum  for The Management of CMV Retinitis. 1997;Vol.1, Number 2.*

*Gathe Jr., J.C., Chu, A, Koss, Pharm D, Paxton Madup, Durability and Immunologic Effects of Long Term Nelfinavir Combination Therapy 13th World AIDS Conference Durbin 2000 ABS*

*Thompson, M., Gold, M., Sathoslvam, K., Gathe Jr., J.C., etal Adherence and relationship to antiretroviral effects in the H.E.A.R.T. (NZR 4006) Study 13th International AIDS Conference Durbin 2000 ABS 1129*

*Gathe J.C. Jr., Benetucci J., Lupo S., Cunnaughton E., Kelleher F., Mc Laren C., Comparison of a Triple Regimen Containing Once- Daily Didanosine vs a Regimen of ZDV/3TC/NLF.  ICAAC 1999 ABS 1973.*

*16*

## *Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

*Staszewski S., Keiser P, Gathe J.C. Jr., Haas D., Montaner J., Johnson M., Delfraissy J.F., Cutrell A., Lafon S., Thorborn D., Spreen A.W., Tortell S., Pearce G. Comparison of Antiviral Response with Abacavir/Combivir to Indinavir/Combivir in Therapy~naïve Adults at 48 weeks(CNA3005) ICAAC 1999 Abstract 505*

*Zolopa A., Tebas P., Gallant J., Keiser P., Sension M., Smith P., Gathe J.C. Jr., Flamm J., Hawkins T., Nadler R., Shafer R., Henry K. The Efficacy of Ritonavir (RTV)/Saquinavir (SQV) Antiretroviral Therapy (ART) in Patients who failed Nelfinavir ( NFV): A Multi-Center clinical Cohort Study. ICAAC 1999 Abstract 2065*

*Staszewski S., Keiser P., Gathe J.C. Jr., Hass D., Montaner J., Hammer S., Delfraissy F., Cutrelll A., Lafon S., Thornborn D., Pearce G., Spreen W., Tortell S. Ziagen/Combivir is Equivalent to Indinavir/Combivir in Antiretroviral Therapy (ART) Naïve Adults at 24 weeks (CNA3005) CROI 1999-Retrovirus Conf. [Abstract 20]*

*Gathe J.C. Jr., Shapiro C., Schrader S., Mayberry C., Dahl T., Wong T. Safety and Efficacy of FP-21399 a Novel Fusion Inhibitor- Results of a 48 week Phase II Study. Houston Clin. Res. Network, Houston, Texas, Lexigen Pharm, Lexington MA. 6th Retrovirus Conference 1999 [Abstract 614]*

*Schrader S., Gathe J.C. Jr., Burkhardt B., Houston Clin. Res. Network, Houston, Tx. and Therapeutic Concepts, Houston, Tx. Open-label observational study. Rapid Viral Load Reduction with a Regimen of Nelfinavir, Stavudine, Didanosine, and   Hydroxyurea. ICAAC 1998 [Abstract I-249]*

*Gathe J.C. Jr., Piot D., Schrader S., Mayberry C., Stool E.W.   Accelerated opportunistic infection/neoplasia syndrome after haart initiation. 12th Annual World AIDS Conference 1998 (Abstract 60999)*

*Gathe, J.C. Jr., Piot D., Stool E.W., Mayberry C.   Long-term suppression of plasma viremia despite antiviral discontinuation for 14 months. 12th Annual World AIDS Conference 1998 (Abstract 61000)*

*Cohen, C., Hellinger J.A., Stein A.J., Gallant J., Gathe, JC Jr., Keiser, P. Ongoing experience with nelfinavir substitution for indinavir or ritonavir/saquinavir in HIV+ suppressed below 400 copies/ml. 12th Annual World AIDS Conference 1998 (Abstract 12332)*

*Stagg R.J., Gathe J.C. Jr., Liberman R.M., et al. The Vistide (Cidofovir Infection) Treatment IND for relapsing Cytomegalovirus Retinitis [Abstract]. In: Program and Abstracts – 4th Conference on Retroviruses and Opportunistic Infections. Washington, DC: Infectious Disease Society of America; 1997:306.*

### *Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

*Piot D., Gathe J.C. Jr., Bonefas E., Clemmons J., Garland J.   Zygomycosis of the Colon  [Abstract].  VI International Conference on AIDS.  Vancouver; 1996.*

*Gathe J.C. Jr., Stool E.W., Neil S., Garland J., Agbara E.   Pulmonary Infections with Adenovirus in Patients with AIDS].  International Conference on AIDS.  Vancouver; 1996.*

*Goldstein J., Frazier R., Gathe J.C. Jr., Gustafson P., Anthony K., Brown N., Dodds W., Nelson S., Pendarvis K., David J., Goetz A., Benz P., Esler R.   The Development of HIV/AIDS Clinical Pathways].  XI International Conference on AIDS.  Vancouver; 1996.*

*Gathe J.C. Jr., et al.   A Randomized Phase II Study of VIRACEPT TM, A Novel HIV Protease Inhibitor, Used in Combination with Stavudine (d4t) vs. Stavudine (d4t) Alone  [Oral Presentation].  XL International Conference on AIDS.  Vancouver; 1996.*

*Bernal A, Frazier R, Del Junco G., Gathe J.C. Jr., Piot D.  Endoscopy Studies of AIDS: the 90's Versus the 80's.  X International Conference on AIDS [Abstract}.  Yokohama; 1994.*

*Gathe J.C. Jr., Garland J., Stool E.W., Piot D., Stenoien R., Frazier R., Bockmon K.W.  The Value of Bronchoscopy Versus Sputum Cultures in Evaluation of HIV-Infected Patients: A Retrospective Study  [Abstract] [Oral Presentation].  X International Conference on AIDS.  Yokohama; 1994.*

*Gildenberg P., Gathe J.C. Jr., Kim J.H.   Results of Cerebral Biopsy in AIDS Patients [Abstract].  X International Conference on AIDS.  Yokohama; 1994.*

*Manner C., Gildenberg P., Gathe J.C. Jr.   Delayed Hemorrhage After Brain Biopsy in AIDS Patients [Abstract].  X International Conference on AIDS.  Yokohama; 1994.*

*McNamara P., Garland J., Gathe J.C. Jr., Bernal A., Clemmons J., Bockmon K.W., Piot D.   Clinical Implications of Cytomegaloviral Vasculitis in ADIS Patients with Colitis [Abstract].  X International Conference on AIDS.  Yokohama; 1994.*

*Piot D., Gathe J.C. Jr., Bernal A., Stool E.W., Clemmons J., Stenoien R., Goldstein J.,  Impaired Gastric Emptying in Patients with HIV Infection [Abstract].  X International Conference on AIDS.  Yokohama; 1994.*

*Stenoien R., Stool E.W., Gathe J.C. Jr., Frazier R., Najjar A., Piot D., Gustafson P.   Utility of Gallium Lung Scanning as a Predictor of Bronchoscopy Proven Pulmonary Disease [Abstract].  X International Conference on AIDS.  Yokohama; 1994.*

### Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.

Stool E.W., Piot D., Gathe J.C. Jr., Najjar A., Edwards S.   Opportunistic Infections in Patients with CD4 Counts Above 300 [Abstract].  X International Conference on AIDS.  Yokohama; 1994.

Pope-Pegram L., Mitcheletti G., Stool E.W,, Gathe J.C. Jr., Mabrie H. III, Garland J.   Management of Molluscum Contagious of the Eyelids by Retroauricular Skin Graft in a Patient with AIDS [Abstract].   IX International Conference on AIDS.  Berlin;  1993.

Frazier R., Gathe J.C. Jr., Stool E.W., Lebanc M, Nicols M, Flaitz C.   Head and Neck Zygomycetes/Aspergillus Infections in Patients with AIDS [Abstract].  IX International Conference on AIDS.  Berlin; 1993.
Bockmon K.W., Gathe J.C. Jr., Stool E.W., Frazier R., Najjar A., Piot D. Utility of Tetracycline Derivatives in Treatment of CNS Toxoplasmosis [Abstract].  IX International Conference on AIDS.  Berlin; 1993.

Gathe J.C. Jr., Stool E.W., Frazier R., Stenoien R., Najjar A., Piot D. Diagnosis, Management and Outcome of Symptomatic Gallbladder Disease in AIDS Patients [Abstract].  IX International Conference on AIDS. Berlin; 1993.

Manner C., Gathe J.C. Jr., Novak I., Sawyer G., Holder P., Stool E.W. Thrombotic Thrombocytopic Purpura (TTP) in a Man with AIDS and Prior Idiopathic Thrombocytopenic Purpura (IPA) [Abstract].  Berlin; 1993.

Cross A., Messina M., Sudilovsky A., Devlin R., Gathe J.C. Jr., Dunkle L., and the Bristol AI455-019 Group.  Baseline Quality of Life Determinations in Double-Blind Study of D4T Versus ZDV [Abstract].  IX International Conference on AIDS Berlin; 1993

Bernal A., Gathe J.C. Jr., Piot D., Stenoien R., Clemmons J., Frazier R. Delayed Gastric Emptying in Persons with AIDS [Abstract].  VIII International C Conference on AIDS.  Amsterdam; 1992.

Garland J., Stool E.W., Gathe J.C. Jr., Micheletti G., Oliphant J., Renaldi M. Disseminated Scedoporiumn Inflatum Infection in a Patient with AIDS [Abstract].  VIII International Conference on AIDS. Amsterdam; 1992.

Gathe J.C. Jr., Glass H., Etter E.L., Bernal A., Clemmons J., Garland J., Piot D.,  Gallbladder Disease in AIDS patients:  Diagnosis, Medial/Surgical Management, Pathology and Outcome [Abstract].  VIII International Conference on AIDS. Amsterdam; 1992.

Manner C., Gathe J.C. Jr., Piot D., Glass H., Clemmons J., McNeely R., Stool E.W., Cryptococcal Splenitis [Abstract].  VIII International Conference on AIDS.  Amsterdam; 1992.

### Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.

Micheletti G., Adams A. Jr., Clemmons J., Stool E.W., Gathe J.C. Jr., Manner C.   Topical Treatment of Cutaneous Kaposi's Angiosarcoma with DNCB [Abstract].   VIII International Conference on AIDS.  Amsterdam 1992.

Stool E.W., Gathe J.C. Jr., Garland J., Piot D., Frazier R., Najjar A. Cytomegaloviral Pneumonia in Patients with AIDS [Abstract].  VIII International Conference on AIDS.  Amsterdam; 1992.

Brillhart T., Gathe J.C. Jr., et al.  Symptomatic Cytomegalovirus Rhinosinusitis in Patients with AIDS [Abstract].   VII International Conference on AIDS. Florence; 1991.

Stool E.W., Gathe J.C. Jr., et al.   Fusariosis with Endocarditis in a Patient with AIDS [Abstract].  VII International Conference on AIDS. Florence; 1991.

Najjar A., Gathe J.C. Jr., et al.   Fatal Disseminated Histoplasmosis in AIDS Patients on Fluconazole [Abstract].   VII International Conference on AIDS. Florence; 1991.

Bernal A., Piot D., Gathe J.C. Jr., et al.   Heliobacter Pylori Infection in Patients with AIDS [Abstract].   VII International Conference on AIDS. Florence; 1991.

Ussery F. III, Redding K., Rulewski N., Marti-Munly S., Conklin R., Gathe J.C. Jr., Stool E.W., et al.  The Indication, Use Efficacy and Safety of Foscarnet in the Treatment of CMV Retinitis [Abstract].   VII International Conference on AIDS.  Florence; 1991

Bernal A., Del Junco G., Piot D., Gathe J.C. Jr., et al.  Gastrointestinal Endoscopy and the Diagnosis of AIDS [Abstract].  VII International Conference of AIDS.   Florence; 1991.

Piot D., Gathe J.C. Jr., Del Junco G., Stool E.W.   Splenic Pneumocystosis [Abstract]. V International Conference on AIDS. 1989.

Ussery F. III, Karol C., Conklin R., Gathe J.C. Jr.   Preliminary results from a Ongoing Prospective Evaluation of Foscarnet in the Treatment of AIDS Associated Cytomegalovirus Retinitis [Abstract].  V International Conference on AIDS.  1989.

*Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

**RESEARCH**                    *(Total Protocols 182)*

**BI 1100-1486**                *A randomized, double blind, double dummy, parallel group, active controlled trial to evaluate the antiviral efficacy of 400mg QD nevirapine extended release formulation in comparison to 200 mg BID nevirapine immediate release in combination with Truvada in antiretroviral therapy naïve HIV-1 infected patients.*

**NP303-101 (ADVENT)**  *Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Two-Stage Study to Assess the Efficacy and Safety of Crofelemer 125mg, 250mg, and 500mg Orally Twice Daily for the Treatment of HIV-Associated Diarrhea (ADVENT Trial)*

**TMC125-C238**                *A randomized, exploratory, open-label 48-week trial with a 2 week pre-treatment phase to investigate the pharmacokinetics, safety, tolerability and antiviral activity of etravirine (ETR) in combination with ritonavir-boosted atazanavir (ATV/rtv) and 1 NRTI in treatment-experienced HIV-1 infected subjects.*

**KD 1002**                     *A Study of the Safety, Tolerability, Pharmacokinetics of KD-247, A Humanized Monoclonal Antibody that Recognizes the Principal Neutralizing Determinant of HIV-1, in Asymptomatic HIV-1 Seropositive Individuals Who Are Not Receiving Concurrent Antiretroviral Therapy.*

**Tobira 652-2-201**            *A Proof of Concept, Multiple Dose-Escalating Study to Evaluate the Antiviral Activity, Safety, and Pharmacokinetics of the CCR5 Antagonist TAK-652 in HIV-1-Infected, Antiretroviral Treatment-Experienced, CCR5 Antagonist-Naïve Patients*

**M10-336**                     *A Randomized, Open-label, Study of Lopinavir/Ritonavir 400/100mg Tablet Twice Daily + Co-formulated Emtricitabine/Tenofovir Disoproxil Fumarate 200/300 mg Once-Daily Versus Lopinavir/Ritonavir 400/100 mg Tablet Twice-Daily + Raltegravir 400 mg Twice-Daily in Antiretroviral-Naïve, HIV-1 Infected Subjects*

## *Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

*BMS AI424-376*     *A Multicenter, Randomized, Open-Label, Active-Controlled Pilot Study to Evaluate the Safety and Antiretroviral Activity of Unboosted Atazanavir BID Plus Raltegravir BID and  Boosted Atazanavir QD in Combination with Tenofovir/Emtricitabine QD in Treatment Naïve HIV-Infected Subjects*

*IMPACT AI424-128  A Phase IV, Multicenter, Cross-Sectional Study to Evaluate 150L Substitution among Subjects Experiencing Virologic Failure on a HAART Regimen Containing Atazanavir (ATV)*

*MK518-07*     *A Phase III Multicenter, Double-Blind, Randomized, Active Comparator-Controlled Clinical Trial to Study the Safety and Efficacy of Once Daily Raltegravir (MK-0518) Versus Twice Daily Raltegravir, Each in Combination With TRUVADA™, in Treatment-Naïve HIV Infected Patients*

*MK518-055*     *A Phase III Open-Label Single Arm Study to Evaluate the Safety, Tolerability, and Efficacy of MK-0518/Raltegravir in a Diverse Cohort of HIV-Infected Patients*

*GS US 216-0105*     *A Phase 2, Randomized, Double-Blinded Study of the Safety and Efficacy of GS-9350-boosted Atazanavir (ATV/GS-9350) compared to Ritonavir-boosted Atazanavir (ATV/r) in Combination with Emtricitabine/Tenofovir Disoproxil Fumarate (FTC/TDF) in HIV-1 Infected, Antiretroviral Treatment-Naïve Adults*

*GS US 236-0104*     *A Phase 2, Randomized, Double-Blinded Study of the Safety and Efficacy of Elvitegravir/Emtricitabine/Tenofovir Disoproxil Fumarate/GS-9350 Versus Atripla®(Efavirenz 600 mg/Emtricitabine 200 mg/ Tenofovir Disoproxil Fumarate 300 mg) in HIV-1 Infected, Antiretroviral Treatment-Naïve Adults*

*GS US 183-0144*     *A Multicenter, Randomized, Double-Blind, Double-Dummy, Phase 3 Study of the Safety and Efficacy of Ritonavir-Boosted Elvitegravir (EVG/r) Versus Raltegravir (RAL) Each Administered With a Background Regimen in HIV-1 Infected, Antiretroviral Treatment-Experienced Adults*

### Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.

**GS US 183-0145**      *A Multicenter, Randomized, Double-Blind, Double-Dummy, Phase 3 Study of the Safety and Efficacy of Ritonavir-Boosted Elvitegravir (EVG/r) Versus Raltegravir (RAL) Each Administered With a Background Regimen in HIV-1 Infected, Antiretroviral Treatment-Experienced Adults*

**GS US 164-0216**      *(SWIFT) A Prospective, Randomized, Open-Label Phase IV Study to Evaluate the Rationale of Switching from Fixed-Dose Abacavir (ABC)/Lamivudine (3TC) to Fixed-Dose Tenofovir DF (TDF)/Emtricitabine (FTC) in Virologically-Suppressed, HIV-1 Infected Patients Maintained on a Ritonavir-Boosted Protease Inhibitor-Containing Antiretroviral Regimen*

**GS US 01-934**      *A Phase 3, Randomized, Open-Label, Multicenter Study of the Treatment of Antiretroviral-Naïve, HIV-1 Infected Subjects Comparing Tenofovir Disoproxil Fumarate and Emtricitabine in Combination with Efavirenz Versus Combivir® (lamivudine/zidovudine) and Efavirenz*

**TMB 202**      *A Phase 2b, Randomized, Double-Blinded, 48-Week, Multicenter, Dose-Response Study if Ibalizumab Plus an Optimized Background Regimen In Treatment-Experienced Patients Infected With HIV-1*

**TMC278-TiDP6-C215:**  *(Thrive) A Phase III, randomized, double-blind trial of TMC278 25 mg q.d. versus efavirenz 600 mg q.d. in combination with a background regimen consisting of 2 nucleoside/nucleotide reverse transciptase inhibitors in antiretroviral-naïve HIV-1 infected subjects.*

**APV30005**      *An Open Label Phase III Study to Assess the Longterm Safety Profile of GW433908 Containing Regimens With HIV Infected Subjects.*

**A1455-110**      *A Long Term Safety and Tolerability.  Stavudine (D4T) Extended Release (ER) Versus Conventional (Immediate Release, IR)  Formulation , Each in as Part of Potent Antiretroviral Combination Therapy.*

**1182-52**      *Double-Blind Randomized, Dose Optimization Trial of Three Dose of Tipranavir Boosted with Low Dose Retonavir in Multiple Antiretroviral Drug-Experienced Subject.*

# *Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

| | |
|---|---|
| *1182-17* | *A Long-Term Open-Label Rollover Trial Assessing the Safety and Tolerability of Combination Tipranivir and Retonavir use in HIV-1 Infected Subjects.* |
| *AI424-900 Amendment #3* | *Atazanavir Early Access Program for HIV Infected Individuals.* |
| *P00738* | *Phase 3 Study of PEG-Intron in Heavily Treatment-Experienced Infected Patients.* |
| *ESS-30008* | *Open-Label Randomized Study of the Safety & Efficacy of Abacavir/Lamivudine Fixed Dose Combination Tablet Versus Abacavir + Lamivudine Administered Bid As Part of a Potent Antiretroviral Regimen.* |
| *ESS-30005* | *Phase IV Open-Label Treatment with Trizivir Twice Daily and Tenofovir Once Daily in Subject Experiencing Early Virologic Failure.* |
| *M02-418* | *Randomized Open-Label Study Lopinavir QD Versus Lopinavir Bid In Combination with a Potent Antiretroviral Background.* |
| *MV-16812B* | *Fuzeon early access program.* |
| *CAN-30032* | *Retrospective Case Control Study to Investigate Polymorphesims in Subject Who Developed Hypersensitivity Following Treatment with Abacavir.* |
| *PR01-29-024* | *Open-Label to Evaluate the Effect of Every Other Week Procrit Dosing on Maintaining Quality of Life and Target Hemoglobin Levels in Anemic HIV Infected Subjects.* |
| *COL40263* | *Open-Label to Evaluate to Efficacy and Safety of a Once Daily Regimen of Trizuvir in Combination with Terofovir in Antiretroviral Therapy in Naïve Subject with Viral Loads Greater Than or Equal 30,000 copies.* |
| *CAN-30021* | *Phase III Randomized Double-Blind Study to Evaluate the Safety and Efficacy of Abacavir 600mg Once Daily Versus Abacavir 300mg in Combination with Lamivudine 300mg Once Daily and Efavirenz 600mg Once Daily in Naïve HIV Infected Subjects.* |
| *ACH-443-006* | *Phase II Trial of 4 Week of ACH-126, 443 in Comparison with Continued Lamivudine in Stable Triple Antiretroviral Combination Therapy in HIV-Infected Subject with Detectable Viral Loads.* |

## *Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

*ACH-443-902*  *Open-Label Rollover Study form ACH-443-006 Open-Label to Provide Continued ACH-126, 443 to Subject.*

*ESS40013*  *Phase IV 48 Week Induction Treatment with Trizivir +_ Efavirenz followed by 48 week Randomized Open-Label Maintenance Treatment With Trezivir + Efavirenz  in HIV Antiretroviral Therapy in Naïve Subjects.*

*COL20069*  *Investigation to Determine Agenerase and Kaletra Plasma Trough Levels.*

*CBIG*  *Retrospective Study Reviewing Viral Load and Genotypes in Subject Receiving Lopinavir/Retonavir.*

*100-99004*  *Vigilance II Study.  Use of Genotyping in HIV-1 Therapy.*

*AI424067*  *Phase IIIB Open-Label Randomized Multi-Center Study Evaluating the Effect on Serum Lipids Following a switch to Protease Inhibitor (PI) Atozaravir in HIV-1 Infected Subject Experiencing Virologic Suppression on Their first PI Based Regimen.*

*ITG-20001*  *Phase II Randomized, Placebo-Controlled Study to Compare Antiviral Effect, Safety, Tolerability and Pharmacokenetics of Four Oral Doses of S-1360 Versus Placebo for 10 days in Antiretroviral Naïve HIV-1 Infected Subjects.*

*0104T0523*  *Phase I/II to Evaluate the Safety, Tolerability, Pharmacokenetics, and Efficacy of S-1360 Given Open-Label Monotherapy Administered to Treatment Experienced HIV-1 Infected Subjects.*

*COL40193*  *"A phase IV Multi-Center Study of the Efficacy and Safety of 48-week InductionTreatment with TRIZIVIR †(Abacavir 300 mg/Lamivudine 150 mg/Zidovudine 300 mg Combination Tablet BID) + KALETRA (Lopinavir 400 mg/Ritonavir 100 mg Combination Capsules BID) Followed by 48- Maintenance Treatment with TRIZIVIR in HIV-1 Infected Antiretroviral Therapy Naïve Subjects"*

*FTC-301*  *"A Randomized, Double –Blind, Equivalence Trial Comparing Emtricitabine to Stavudine within a Triple Drug Combination Containing Didanosine Plus*

*Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

*Efavirenz, in Antiretroviral-Drug Naïve HIV-1 Infected Patients"*

A1424-037          *"A Phase III Study Comparing the Antiviral Efficacy and Safety of Atazanavir with Nelfinavir; Each in combination with dual Nucleoside Therapy in HIV-Infected subjects who have failed a regimen not containing a protease inhibitor"*

COL 20069          *"An investigation to determine Agenerase™ and Kaletra™ Plasma Trough Levels"*

Tenofovir          *"Expanded access program for Tenofovir Disoproxil Fumarate (Tenofovir DF) in the treatment of HIV-1 infected patients who have limited treatment options-Protocol GS-00-955"*

APV30003
Amendment #1       *"A phase III, Randomized, Multicenter, Parallel group, open-label, three arm study to compare the efficacy and safety of two dosing regimens of GW433908/ritonavir (700mg/100mg twice daily or 1400 mg/200mg once daily) versus lopinavir/ritonavir (400mg/100mg twice daily) for 48 weeks in Protease Inhibitor experienced HIV-infected adults experiencing Virological failure"*

APV30002
Amendment #2       *"A randomized, open label two arm trail to compare the safety and antiviral efficacy of GW433908/Ritonavir QD to Nelfinavir BID when used in combination with Abacavir and Lamivudine BID for 48 weeks in antiretroviral therapy naïve HIV-1 infected subjects"*

ORTHO-BIOTECH      *"Prevalence of Anemia in HIV-Infected Patients"*
PR99-29-032

APV30002           *"A Randomized, Open-Label, Two Arm Trial to compare the safety and Antiviral Efficacy of GW433908/Ritonavir QD to Velfinavir BID when used in combination with Abacavir and Lamivudine BID for 48 weeks in Antiretroviral Therapy Naire HIV-1 Infected Subjects".*

NR15720            *"An Open-Label, Randomized, Multicenter study to evaluate Fortarase*

*26*

*Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

| | |
|---|---|
| *ROCHE* | *(Saquinavir) SGC QD, Vonir (Ritonavir) QD plus two NRTI's vs Sustival (Efavirenz) QD plus two NRTI's in HIV Infected Patient's"* |
| *AG1549-529* | *"A long-term extension of studies AG1549-503 and AG1549-504: A long-term study of the safety and efficacy of Capravirine when used in combination with Viracept ™and Combivir ™in Antiretroviral-treatment-naire patients"* |
| *AG1343-1127* | *"A Randomized, Open-Label, study of Velfinavir or Efavirenz in HIV-1 Infected Patient's"* |
| *AG1549-505* | *"A Phase II, Open-label study of Efavirenz in combination with protease inhibitors and 2 nucleoside reverse transcriptase inhibitors in HIV-Infected patients who have experienced virologic failure in study AG1549-303 or AG1549-504"* |
| *HE2000-005* | *"A Phase I/II, Open-label study of the Safety, Tolerance, Pharmacokinetics, Drug-interaction and Anti-HIV activity of Intramuscularly administered α-Epi-BR (HE2000) in HIV-Infected Patients on Salvage Therapy.* |
| *CS-MM-9901 IL2* | *A Bridging Dose Escalation Study of The Safety And Pharmacokinetic Properties Of Subcutaneous L-7001 (Recombinant Human Interleukin-2) in patients infected with HIV and CD4 + Tcell counts 300-500 and viral burden under 10,000 on HAART.* |
| *P00737 PEG-Intron* | *Antiviral Activity and Tolerability of PEG-Intron in HIV infected subjects failing HAART.* |
| *TARHEEL ESS40010* | *Trial To Assess The Regression Of Hyperlactatmeia And To Evaluate The Regression Of Established Lipodystrophy In HIV Positive Subjects.  A multi-center,  Phase IV, open label switch study designed to assess the regression of Lipodystrophy Syndrome and Hyperlactatmeia in HIV-1 positive subjects currently treated with (d4T) when Abacavir (Ziagen), Abacavir/Lamivudine, or Combivir is substituted.* |
| *ZORRO ESS40009* | *A Phase IV open-label study to assess the safety and tolerability of Abacavir in HIV-1 infected individuals and to investigate the effect of Baseline Genotype with virtual phenotype on the response to Abacavir in therapy experienced subjects in the clinical setting* |
| *430* | *Open Label Phase IV Pilot Study of the use of RTV/Amprenavir* |

## *Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

| | |
|---|---|
| *VERTEX* | *following Nelfinavir failures.* |
| *AG1549-504* | *A Randomized, Double Blind, Placebo-Controlled Study of AG1549 in combination with Viracept and Combivir in treatment Naïve HIV infected patients.* |
| *BMS AI455-099* | *The Safety and Antiviral Efficiency of Stavudine Extened Release Formulation as composed to Stavudine immediate release formulation each as part of potent Antiretroviral Combination Therapy.* |
| *ESS40005* | *A Phase IIIB Randomized, Multi-Center Study of the Efficiency and Safety of Combivir tablet BID + Ziagen vs combination  tablet (Trizivr) administered for 24 weeks in subjects with HIV-1 infection.* |
| *ESS40011 STARR* | *A 24 week Randomized, Open-label, Multi-center Trial to compare the Safety and Efficiency of Licensed Agenerase dose (1200mg BID) to a lower Agenerase dose (600mg BID) in the presence of Norvir (100mg BID) when combined with other background Antiretroviral drugs in HIV-1 infected subjects.* |
| *PR98-29-002* | *The effects of a weekly dosing regimen of procrit (Epoetin Alfa) on the quality of life in the treatment of anemia in HIV- Infected patients on antiviral therapy.* |
| *Protocol Salvage Zolopa* | *HIV-1 Virologic Response to Saquinavir/Ritonavir Therapy after Nelfinavir Failure:  A Multicenter Clinic-Based Study.* |
| *PR100-98002* | *Study Effectiveness of Antiretroviral Regimens Chosen by HIV Genotype:  the SEARCH Study* |
| *HE2000-0022* | *A phase I/II, open label study of the safety, tolerance, pharmacokinetics, drug interaction and anti HIV activity of subcutaneously administered ~ Epi-Br (HE2000) in HIV infected patients on salvage therapy.* |
| *RCV00105* | *Method of treating HIV positive (AIDS) Patient with Indium    (Targeted Biological Therapy) 111 Chelated gp 120/41 Antibiotics* |
| *Protocol M98-888* | *A Ramdomized, Open-Label, Phase III Study of ABT-378 Ritonavir in Combination with Nevirapine and Two Nucleoside Revers Transcriptase Inhibitors (NRTI's) vs Investigator Selected Best Protease Inhibitor(s) In* |

## *Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

*Combination with Nevirapine and Two NRTIs in Antiretroviral-Experienced HIV-Infected Subjects.*

| | |
|---|---|
| *Protocol FTC-303* | *A Randomized, Open-Label Equivalence Study of FTC Versus Lamivudine in Patients on a Stable Triple Anti-Retroviral Therapy Regimen Containing Lamivudine, Stavudine ot Zidovudine, and a Protease Inhibitor or Non-Nucleoside Reverse Transcriptase Inhibitor.* |
| *Protocol M98-863* | *"A Randomized, Double-Blind, Phase III Study of ABT-378/Riton Plus Stavudine and Lamivudine vs Nelfinavir PlusStavudine and Lamivudine in Antiretroviral – Naive HIV Infected Subjects".* |
| *Protocol* | *Evaluation of HIV RNA Suppression Produced by a Triple* |
| *AI454-152-004* | *Combination Regimen Containing An Enteric Coated Formulation of Didanosine (ddi EC) Administered Once-Daily To A Reference Combination Regimen.* |
| *NZTA-4006* | *A Phase IIIb, Open-Label, Randomized Study of the Effect of an Education Intervention on Virologic Outcomes, Adherence, Immunologic Outcome, and health Outcomes in HIV-Infected Subjects from Under-Represented Populations Treated with Triple Nucleoside Therapy (Combivir, Lamivudine 150 mg/ Zidovudine 300 mg, PO BID Plus Abacavir 300 mg PO BID) for Twenty Four weeks.* |
| *BMS-005* | *An Open-Label, Ramdomized study, Randomized study, Ramdomized of the additive effect of Hygroxyurea (DROXIA,HU) in combination with Stavudine (ZERIT, d4T) + Didanosine (VIDEX, ddI) + Efavirenz (SUSTIVA, EFV) in Protease Inhibitor- Experienced subjects.* |
| *W-003* | *Open Label Study of the effects of Thaldomide on Body Composition in Adults with HIV – Associated Wasting.* |
| *37,554-210* | *A Double-Blind Randomized, Placebo-Controlled multi – center study to assess the Efficacy and Safety of Orally Administered SP-303 for the treatment of Diarrhea in Acquired Immunodeficiency Syndrome (AIDS)Patients.* |
| *AI454-148* | *A Randomized Study of the long-term Suppression of Plasma HIV-RNA Levels by Triple Combination Regimens in Treatment Naïve Subjects.* |

## *Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

| | |
|---|---|
| **GS97-423** | **PREVEON (Adefovir Dipivoxil) Expanded Access Program** |
| **DMP-266-903** | **Sustiva (Efavirenz) Expanded Access Program** |
| **CNAA/B3005** | **A Phase III Randomized, Double-Blind, Multi-Center Study to Evaluate The Safety and Efficacy of 3TC/ZDV/1592U89 and 3TC/ZDV/IDV in HIV –1 infected Antiretroviral Therapy Naive Subjects** |
| **NRI5520** | **A Phase III B, Open-Label Protocol to Evaluate Saquinavir Soft Gel Capsules, in Treatment in Combination with other Antiretrovirals in HIV-1 Infected Antiretroviral Experienced Patients.** |
| **NR1553** | **A Phase III B, Open-Label Protocol to Evaluate Saquinavir Soft Gel Capsules (SGC), in Treatment in Combination with other Antiretrovirals In HIV-1 Infected Antiretroviral Naive Patients.** |
| **AI455-056** | **A Randomized Blinded Study of the Antiretroviral Effect and Safety of Didanosine (ddi) + / -Stavudine (d4T) + / -Indinavar (IDV) in Treatment Naive HIV-Infected Subjects.** |
| **GS-96-307** | **Open-Label Study of Cidofovir Gel for Acyclovir-Unresponsive Mucocutaneous Herpes Simplex Disease in Patients with AIDS.** |
| **ALRT1057** | **A Phase III Trial to Evaluate the Safety and Efficacy of PARENTINTM Topical Gel in the treatment of HIV-Infected Patients with Kaposi's Sarcoma.** |
| **AG1343-511** | **A Phase III Randomized, Double-Blind, Placebo-Controlled, Study of VIRACEPT in Combination with Zidovudine (AZT) pleu lamivudine (3TC) Versus AZT plus 3TC Alone in HIV Positive Patients with <I Month or No  Prior  Antiretroviral Treatment.** |
| **AG1343-515** | **VIRACEPT Expanded Access Program** |
| **A1455-048** | **A Randomized Double-Blind Study of Safety, Virologic and Immunological Effects of Stavudine plus 3TC versus Zidovudine plus 3TC in HIV-Infected Subjects Following At Least Six (6) Months of Zidovudine Therapy.** |
| **Protocol** | **Multi-Center Phase III Trial to Evaluate the Efficacy of** |

## *Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

| | |
|---|---|
| *001.002* | *Recombinant Human Granulocyte-Macrophage Colony Stimulating Factor (rhu Gm-CSF) in Patients with Acquired Immune Deficiency Syndrome (AIDS).* |
| *GS-95-120* | *Vistide (Cidofovir Intravenous) Treatment IND Protocol For Relapsing Cytomegalovirus Retinitis in Patients with AIDS.* |
| *Ampligen 101* | *A Multi-Center Controlled Study of the Efficacy and Safety of Ampligen in Patients with AIDS-Related Immune Dysfunction.* |
| *89-FOS-09* | *Foscarnet Treatment of Serious Herpes Infections in Patients with AIDS.* |
| *Ganciclovir 1967* | *A Randomized, Controlled Study of Intravenous Ganciclovir Therapy for Peripheral Cytomegalovirus Retinitis Patients with AIDS.* |
| *Ganciclovir TX303* | *Open-Label Protocol for Patients with Sight Threatening Cytomegalovirus Retinitis.* |
| *Ganciclovir 1691* | *Open-Label Protocol for Immunocompromised Patients with Life Threatening Cytomegalovirus Disease.* |
| *BW566-02* | *A Pilot Study of 566c80 for the Salvage Treatment of Toxoplasnosis Encephalitis in Patients Infected with the Immunodeficiency Virus (HIV) Who Have Failed or are Intolerant of Pyrimethamine Sulfadiazine.* |
| *A1455-019* | *A Double-Blind Comparison Zidovudine (ZDV) versus Stavudine (d4t) (BMY27857) for the Treatment of Patients with HIV Infection who have Received at Least Six (6) Months of Zidovudine Therapy and who have Absolute CD4 counts Between 50 and 500 Cell/mm3.* |
| *A1455-900* | *A Randomized, blinded Evaluation of Two Doses of Stavudine (2'3' – Didehydro-3' – Deoxythymidine, d4t) to Make Treatment Available to Severely Immunocompromised Patients with HIV Infection who have failed or are Intolerant of Alternative Antiretroviral therapy.* |
| *NV14147* | *An Open-Label Program of Dideixyxytidine (DD C) to be Used in Combination with Zidovudine (ZDV) for Treatment of Advanced HIV Disease.* |
| *COO41T20* | *Centocor: HA-1A Efficacy in Septic Shock Trial.* |

## *Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

| | |
|---|---|
| *TLC G-65* | *Multi-Center Open-Label of TKC G-65 (Liposomal Gentamicin) Single Agent Loading Dose with Subsequent Combination Therapy in the Treatment of Disseminated MAI in AIDS Patients.* |
| *IX 100-058* | *Phase I/II Study of IVX-E-59 (AZT-O-ddI) Dimer in Patients with Asymptomatic HIV Disease.* |
| *M/330/0018* | *Randomized, Double-Blind, Placebo-Controlled Comparative Dose response Study of Two Doses of Atevirdine Mesylate in Combination with Fixed Doses of Zidovudine (ZDV) In HIV+ Patients.* |
| *M/3331-0017* | *A Double-Blind, Randomized, Comparative Study of Delavirdine Mesylate (U90-152S) in Combination with Didanosine (ddI) Versus ddI Alone in HIV-1 Infected Individuals with CD4 Counts of <300/mm3.* |
| *33384-10* | *Open-Label Oral 566c80 for the Treatment of Patients with Severe PCP who are Intolerant and/or Unresponsive to Therapy with Trimethoprim/Sulfamethoxazole and Parenteral Pentamidine.* |
| 566.501 | *A Treatment IND for 566c80 Therapy of Pneumocystis carinii pneumonia.* |
| *M/3331-0023* | *Optional, Open-Label, Extended Use Delavirdine Mesylate (DLV) Treatment in Triple Combination for HIV-1+ Patients who Participated in Other Delavirdine Mesylate (DLV) Protocols.* |
| *CDC* | *Fungal infections and CD4+Lmphocyte Depletion.* |
| *HPMPC* | *A Phase I/II Study of the Safety and Efficacy of Topical (s)-l[3-Hydroxy-2-(Phosphonylemethoxy) Propyl] Cytosine (HPMPC) in the Treatment of Refractory Mucocutaneous Herpes Simplex Disease in Patients with AIDS.* |
| 1038 | *A Multi-Center, Placebo-Controlled, Double-Blind, Randomized Trial Comparing the Activity, Safety and Tolerance of: 1) 400 mg Nevirapine in Combination with 500-600mg/day of Zidovudine vs. Zidovudine Alone in Asymptomatic HIV-1 Infected Patients with 4-12 Months Prior Zidovudine Therapy and 200-5—CD4+ Cells/mm3* |

### *Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

|  |  |
|---|---|
|  | *And,2)400mg Nevirapine vs Nevirapine Placebo in Asymptomatic HIV-1 Nucleoside Naïve Patients with 200-5—CD4+ Cells+Cells/mm3.* |
| **SS-GB-L-01** | *The Effectiveness of Minocycline for Prophylaxis of Toxoplasmosis in Individuals with Advanced HIV Infection.* |
| **DATRI-002** | *Zidovudine Treatment in Patients with Primary (Acute) Human Immunodeficiency Virus Type 1 Infection:  A Randomized, Double-Blind, Placebo-Controlled Trial.* |
| **Ranitidine** | *A Pilot, Randomized, Double-blind, Placebo-Controlled, Parallel Designed Multi-Center Trial to Evaluate the Effect of Ranitidine on Immunologic Indicators in Asymptomatic HIV-1 Infected Subjects with a CD4 Count Of Between 400-700/mm3.* |
| **006-189/189B** | *A Randomized, Double-Blind Comparative Study of Azithromycin vs. Clarithromycin in Combination with Ethambutol for the Treatment of Disseminated Mycobacterium Avium Complex (MAC) Infection in AIDS Patients.* |
| **A1460-001** | *A Pilot, Randomized, Double-Blind, Study to Compare The Safety and Biological Effects of Combinations of Didanosine and Stavudine in HIV-Infected Subjects with CD4 Cell Counts of 200-500/mm3 and With No Prior Antiretroviral Therapy.* |
| **028574-PR003** | *A Randomized, Double-Blind, Active-Controlled, Dose-Ranging Study of the Safety and Efficacy of Chronically Administered MDL 28,574A in the Treatment of HIV-Infected Patients.* |
| **AG1343-510** | *A Phase I/II Study of VIRACEPT (AG1343) in Combination with Stavudine (d4t) Versus Stavudine (d4t) Alone in HIV Positive Patients.* |
| 95.0.10.1 | *Compassionate Use of Ambisome for Treatment of Invasive Fungal Infections in Patients Intolerant to or With Disease Unresponsive to Standard Antifungal Therapy Retinitis.* |
| **GCVI-601-CMV** | *A Multi-Center, Randomized Controlled Study to Evaluate the Safety and Efficacy of an Intravitreal Ganciclovir Implant in Patients with Newly-Diagnosed Cytomegalovirus Retinitis.* |

*Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

| | |
|---|---|
| **GCVI-603-CMV** | **A Multi-Center, Randomized Study to Evaluate the Safety Of an Intravitreal Ganciclovir Implant in Patients with Newly-diagnosed Cytomegalovirus Retinitis.** |
| **GCVI-605-COM** | **A Multi-Center, Open-Label Protocol to Evaluate the Use Of an Intravitreal Ganciclovir Implant in Patients with Sight-Threatening Cytomegalovirus Retinitis and No Central Venous Access.** |
| **Protocol 1l00.1090** | **An International, Double-Blind, Randomized, Phase III Study to Evaluate the Tolerance, Safety and Effectiveness of Viramune (Nevirapine) in Preventing Clinical AIDS Progression Events of Death when Used in Combination With lamivudine (3TC) and stable(>four weeks) Background Nucleoside Therapy.** |
| **M93-069** | **A Randomized, Open-Label Study of Tolerability and Efficacy of Clarithromycin and Ethambutol in Combination with or without Clofazimine for the Treatment of DMAC in Patients with AIDS.** |
| **Foscarnet 88-FOS-01** | **An Open-Label Study of Foscarnet Treatment of First Episode CMV Retinitis in AIDS Patients.** |
| **Foscarnet 88-FOS-02** | **An Open-Label Study of Foscarnet Treatment of CMV Retinitis in AIDS Patients Not Eligible for Ganciclovir Treatment Failures.** |
| **E90-527-00** | **Open-Label Safety Study with Sch39304 in Patients with Systemic Fungal Infections.** |
| **CIFN-9002** | **Recombinant-Methlonyl Human Interferon-Concensus (r-metHulCon).  Phase I/II Randomized, Open-Label Study in Patients with AIDS-Associated Kaposi's Sarcoma to Determine the maximum Tolerated Dose (MTD) of f-meetHulFN-CON and Interon-A when Each is Administered in Combination with Zidovudine.** |
| 102.109.1.1 | **A Multi-Center Randomized Blind Comparative Study of Zidovudine Alone Versus Zidovudine with Acyclovir as Treatment for Patients with AIDS.** |
| **BW29, 102-04** | **A Multi-Center Randomized Blind, Comparative Study of Zidovudine Alone Versus Zidovudine with Acyclovir as Treatment for Patients with AIDS.** |

## *Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

| | |
|---|---|
| *Clarithromycin* | *An Open-label Trial to Evaluate the Safety and Efficacy of Clarithromycin in the Treatment of Disseminated MAC Infection in AIDS Patients (Compassionate Plea Basis).* |
| *M90-978* | *A Phase II Study and Efficacy Study of Clarithromycin In the Treatment of Disseminated Mycobacterium Avium Complex (MAC) in Patients with AIDS.* |
| *Intraconazole* | *Randomized, comparative Study of Intraconazole Versus Fluconazole for the Treatment of AIDS-Related Crytococcal Meningitis.* |
| *GCSF-9116* | *A Phase III Trial of Neupogen (Recombinant-methionyl Human Granulocyte Colony Stimulating Factor) as an Adjunct to Ganciclovir Therapy for Cytomegalovirus* |
| 103.9 | *A Randomized Phase III Clinical Trial of DaunoXome Versus Combination Chemotherapy with Adriamycin, Bleomycin, and Vincristine (ABV in the Treatment of HIV-Associated Kaposi's Sarcoma).* |
| 103.14 | *DaunoXome 60mg/m2, in Patients with Advanced Kaposi's Sarcoma.* |
| *N3663* | *A Treatment Protocol for the Use of Dideoxycytidine (ddc) in Patients with AIDS or Advanced ARC who Cannot Be Maintained on Zidovudine (ZDVZ) Therapy.* |
| *Ns8-91-02-009* | *Phase II Study of Safety and Surrogate Marker Efficacy Of SC-48834 and AZT in Symptomatic HIV-1 Infected Patients with >200 - <500 CD4+ cells/mm3.* |
| *087085-999* | *Rifabutin Therapy for the Prevention of Mycobacterium Avium Complex (MAC) Bacteremia in HIV Positive Patients with CD4 Counts <200 Treatment IND.* |
| *GS-01-934* | *A Phase 3, Randomizes, Open-Label, Multicenter Study Of the Treatment of Antiretroviral-Naïve, HIV-1-Infected Subjects Comparing Tenofovir Disoproxil Fumarate and Emtricibatine in Combination with Efavirenz Versus Combivir and Efavirenz* |
| *TMC 125-C223* | *A Randomized, Controlled, Partially Blinded Phase IIb Dose-finding trial of TMC 125, in HIV-1 infected subjects With Documented Genotypic Evidence of Resistance to Currently Available NNRTIs and with at least three* |

## *Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

*Primary PI Mutations*

| | |
|---|---|
| *TMC 125-C229* | *An open-label trial with TMC 125 in HIV-1 infected Subjects, who were randomized to a TMC 125 treatment Arm in a sponsor-selected TMC 125 trial and were treated For at least 48 weeks.* |
| *TMC 125-C211* | *An open-label trial of TMC 125 in HIV-1 infected Subjects who were randomized in any sponsor-selected TMC125 trial to an active control arm and either Virologically failed or complete the entire treatment Period, or to placebo arm and were treated for at least 48 weeks.* |
| *IMANI 2* | *A Phase II, Open Label, Single Arm Study of the 48-week Virologic and Immunologic Response to Lopinavir / Ritonavir (Kaletra) as a Single Agent in a Cohort of HIV Positive Adult Patients* |
| *BI 1182.12* | *Randomized, open-label, comparative safety and efficacy Study of tipranavir boosted with low-dose ritonavir (TPV/ RTV) versus genotypically-defined protease inhibitor/ Ritonavir (PI/RTV) in multiple antiretroviral drug-experienced patients ( RESIST 1: Randomized Evaluation of Strategic Intervention in Muli-Drug Resistant Patients with Tipranavir)* |
| *BI 1182.58* | *An open Label Safety Study to Evaluate the Safety of Tipranavir plus Ritonavir When Used in Combination With Other Agents for the Treatment of Patients with HIV Infection Who Have Failed and/or Are Intolerant to Combination Antiretroviral Therapy and Have Limited Treatment Options.* |
| *BI 1182.70* | *An Open Label, Non-randomized Treatment Protocol of Tipranavir Co-administered with Low-dose Ritonavir (TPV/r) in Protease Inhibitor-experienced Patients with HIV-1 Infection(the Tipranavir Expanded Access Program)* |
| *ML 18021* | *A 48-Week, Open-Label, Multicenter, Prospective Study Comparing Treatment with Double-Boosted Saquinavir Mesylate + Lopinavir/Ritonavir in Combination with Enfuvirtide HAART versus Double-Boosted Saquinavir Mesylate + Multiple Nucleoside Combination to evaluate Efficacy in HIV-1 Positive Patients.* |

**Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.**

| | |
|---|---|
| *ML 18413* | *A 48- Week, Randomized,Open-Label, 2-Arm Study to Compare the Efficacy of Saquinavir/Ritonavir BID plus Emtricitabine/Tenofovir QD in Treatment- Naïve HIV-1 Infected Patients (Gemini Study)* |
| *M03-613* | *A Randomized, Open Label Study Assessing Safety, Tolerability, Efficacy, and Metabolic Effects of a Simplified Lopinavir/ritonavir-based Induction/Maintenance Therapy in Antiretroviral- Naïve HIV- Infected Subjects* |
| *NV 17751* | *Observational Cohort Study of Pneumonia in Fuzeon-Exposed and Non-exposed Patients* |
| *COL 101310* | *Virologic and Immunologic Outcomes in Patients Form A Clinical Practice Switched from AMPENAVIR ( AGENERASE ) to FOSAMPRENAVIR ( LEXIVA )* |
| *INCB 8721 RVT-203* | *A Placebo-Controlled, Double-Blinded, Parallel Dose Group Study Exploring the Safety, Tolerability and Virological Effect of 50, 100 and 200 mg of Reverset (RVT) in HIV Infected Antiretroviral Therapy Experienced Subjects When Used in Combination with Other Antiretroviral Agents.* |
| *INCB 8721 RVT-901* | *A Long-Term Open-Label Non-Randomized Study to Evaluate the Safety of 100 and 200 mg Reverset (RVT) in HIV-Infected Antiretroviral Therapy- Experienced Subjects When Used in Combination with Other Antiretroviral Agents.* |
| *TNX- 355.03* | *A Phase 2, Multicenter, Randomized, Double- Blinded, Placebo- Controlled, Three-Arm Study of the Anti-CD 4 Monoclonal Antibody TNX- 355 with Optimized Background Therapy in Treatment- Experienced Subjects Infected with HIV-1* |
| *ESS 100732* | *A Phase IIIB, Randomized, Open-Label, Multicenter Study of the Safety and Efficacy of GW433908 (700 mg BID) plus Ritonavir (100mg BID) Versus Lopinavir/ Ritonavir (400mg/ 100mg BID) When Administered in Combination with the Abacavir/Lamivudine (600mg/ 300mg) Fixed-Dose Combination Tablet QD in Antiretroviral-Naïve HIV-1 Infected Adults Over 48 Weeks* |

37

## *Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

| | |
|---|---|
| **M05-730** | ***A Phase 3, randomized, Open-Label Study of Lopinavir/ Ritonavir tablets versus Soft Gel capsules and Once Daily Versus Twice Daily Administration, when Coadministered With NRTIs in Antiretroviral Naïve HIV-1 Infected Subjects*** |
| **ML 18596(ENF-404)** | ***A Randomized, Open_Label, Two-Way Crossover Study to Assess the Tolerability of the B2000 needle-free Injection Device (NFID) for Administration of Enfuvirtide (ENF).*** |
| **TMC114-C229** | ***Early Access of TMC114 in Combination with Low-Dose Ritonavir (RVT) and other Antoretrovirals (ARVs) in highly Treatment Experienced HIV-1 Infected Subjects with limited To No Treatment Options.*** |
| **GS-US-164-0115** | ***Boosted Atazanavir and Truvada Given Once-Daily- the BATON Study: A Phase 4, Prospective, Open Label, Multi Center Study of the Safety, Efficacy, and Adherence in HIV Infected, Antiretroviral Naïve Subjects Treated with a Simple Once- daily Regimen.*** |
| **P03672** | ***Vicriviroc (SCH 417690) in Combination Treatment With Optimized ART Regimen in Experienced Subjects (Victor E-1)*** |
| **AI424-131** | ***A Phase IV, Open-Label, Randomized, Multicenter Trial Assessing A Reyataz-Based Substitution Approach in the Management of Lipodystrophy Syndrome (The REAL Study)*** |
| **ML 19712** | ***A Multicenter, Open-Label Study Evaluating the Safety and Efficacy of a New Investigational Protease Inhibitor (PI) with FUZEON (Enfuvirtide) Plus Optimized Background in HIV-1 Infected Triple-Class Treatment-Experienced, Enfuviritide- Naïve Patients (BLQ Study).*** |
| **TMC114-C226** | ***Early Access of TMC114 in Combination with Low-Dose Ritonavir (RVT) and Other Antiretrovirals (ARVs) in Highly Treatment Experienced HIV-1 Infected Subjects with Limited To No Treatment Options.*** |
| **GS-US-183-0105** | ***A Phase 2, Randomized Study of the Treatment of Antiretroviral Treatment-Experienced HIV-1 Infected Subjects Comparing Ritonavir-Boosted (GS9137/r) Versus A Comparator Ritonavir-Boosted Protease Inhibitor(CPI/r) In Combination with Background Antiretroviral Therapy.*** |
| **GS-US-380-1490** | ***A Phase 3, Randomized Double_Blind study to Evaluate the Safety and Efficacy of GS-9883/Emtricitabine/ Tenofovir Alafenamide Versus Dolutegravir + Emtricitabine? Tenofovir*** |

### *Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

*Alafenamide in HIV-1 Infected , Antiretroviral Treatment –Naïve Adults.*

*GS-US-380-1489*    *A Phase 3, Randomized , Double Blind Study to Evaluate the safety and Efficacy of GS-9883/Emtricitabine/Tenofovir Alafenamide Versus Abacavir/Dolutegravir/Lamivudine in HIV-1 Infected, Antiretroviral Treatment –Naïve adults*

*GS-US-380-1844*    *A phase 3, Randomized, Double –Blind Study to Evaluate the Safety and Efficacy of Switching from a Regimen of Dolutegravirand ABC/3TC, or a Fixed Dose Combination (FDC) of ABC/DTG/3TC to a FDC of GS-9883/F/TAF in HIV-1 Infected Subjects who are virologically suppressed.*

*GS-US-292-0111*    *A phase 3 Randomized , Double blind Study to evaluate the safety and efficacy of Elvitegravir /Cobicistat/ Emtricitabine/Tenofovir Alafenamide versus Elvitegravir /Cobicistat/ Emtricitabine/Tenofovir Diproxilfumarate in HIV- Positive, Antiretroviral- naïve adults.*

*GS-US-337-0115*    *A phase 3 Multicenter, Open label study to Investigate the efficacy and safety of Sofosbuvir/Ledispavir Fixed –dose combination for 12 weeks in subjects with Chronic Genotype 1 or 4 Hepatitis C Virus (HCV) and Human Immunodeficiency virus (HIV)-1 Co-infection*

*M14-222*    *An Open label Multicenter study to evaluate Long term Outcomes with ABT-450/Ritonavir?ABT-267 (ABT-450/r/ABT-267) and ABT-333 with or without Ribavirin (RBV) in adults with Genotype 1 Chronic Hepatis C Virus (TOPAZ II)*

*GS-US-292-104*    *A Phase 3, Randomized , Double-Blind study to evaluate the safety and efficacy of Elvitegravir/Cobicistat/Emtricitabine/Tenofovir/Tenofovir Alafenamide versus Elvitegravir/Cobicistat/Emtricitabine/Tenofovir Disoproxilfumarate in HIV-1 positive antiretroviral treatment-naïve adults.*

*GS-US-311-1089*    *A phase 3 Randomized Double blind Switch study to Evaluate the emtricitabine/tenofovir alafenamide (F/TAF) in HIV-1 Positive subjects who are virologically suppressed on regimens containing (FTC/TDF)*

*TMC1141FD3013*    *A phase 3 randomized, active controlled open label study to evaluate the efficacy, safety and tolerability of switching to a darunavir/Cobicistat/emtricitabine/tenofovir alafenamide (D/C/F/TAF) once daily single-tablet regimen versus continuing*

*Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

*the current regimenconsisting of a boosted protease inhibitor (bpi) combined with emtricitabine/ tenofovir disoproxilfumarate (FTC/TDF) in virologically suppressed , human immunodeficiency virus type 1 (HIV-1)infected subjects.*

**TMC278HIV4003:**   *A phase IV 48 week , Open label , Pilot study of Darunavir Boosted by Cobicistat inn Combination with Rilpivirine to treat HIV+ Naïve subjects (PREZENT)*

**GS-US-183-0130**   *A phase 3 Randomized , Open label study of Lopinavir /ritonavir tablets  800/200mg  once daily versus 400/100mg twice daily when Coadministered with Nucleotide reverse Transcriptase Inhibitors in Antiretroviral Experienced, HIV-1 Infected subjects  (Abbott MO6-802*

**PRO 140_CD02**   *A multi-center , Randomized , Double –blind , Placebo Controlled Trial , followed by Single arm Treatment of PRO 140 in Combination with Optimized background therapy in treatment Experienced HIV-1 Subjects*

**GS-US-366-1992**   *A Phase 3b Randomized Open-label, Controlled study of the Efficacy , Safety and Tolerability of 12 weeks Ledispavir/Sofusbuvir (LDV/SOF) Treatment for HIV/HCV Co-Infected subjects who  switch to Elvitegravir/Cobicistat?Emtricitabine?Tenofovir Alafenamide (E/C/F/TAF) or Emtricitabine /Rilpivirine/Tenofovir Alafenamide (F/R/TAF)prior to LDV?SOF HCV treatment , the HCV/HIV Co-STAR study (Co-infection treatment with single tablet antiretroviral regimen*

**M15- 464**   *A randomized Double –blind , Placebo controlled , multicenter study to evaluate the Efficacy of ABT-493/ABT-530 in adults with Chronic Hepatitis C virus  Genotype 2 Infection (ENDURANCE-2)*

**M14-730**   *A multicenter , Open label study to Evaluate the efficacy and safety of ABT-493/ABT 530 in Adults with chronic Hepatitis C virus (HIV) Genotype 1-6 infection and Human Immunodeficienncy Virus-1 (HIV-1 Co Infection (EXPEDITION-2)*

**PRO 140_CD03**   *A phase 2b/3, Multicenter Study to assess the treatment stategy of using PRO 140 SC as a  Long Acting Single Agent Maintenance Therapy for 48 Weeks in Virologically Suppressed Subjects with CCR5tropic HIV1 infection.*

**PRO 140_CD 02 Extension**   *An Extension Protocol for Subjects who successfully completed PRO_140CD02 study .*

**GS-US-380-4030**   *A phase 3, randomised double blind study to evaluate the safety and efficacy of switching from a regimen of dolutegravir and either emtricitabine/tenofovir*

## *Joseph Clayton Gathe, Jr., M.D., F.A.C.P., F.I.D.S.A.*

*alafenamide or emtricitabine/tenofovir disoproxilfumarate to fixed dose combination of bictegravir/emtricitabine/tenofovir alafenamide in HIV-1 infected subjects who are virologically suppressed.*

*GS-US-380-4580    A phase 3b, multicenter, opemnlabel study to evaluate switching from a regimen of two nucleos(t)ide reverse transcriptase inhibitors (NRTI) + a third agent to a fixed dose combination (FDC) of bictegrvir/emtricitabine/tenofovir alafenamide(B/F/TAF) in virologically-suppressed, HIV-1 infected African American participants.*

*3152-301-002    AURORA : A phase 3, multicenter , Randomized Double- Blind, Placebo-Controlled study to Evaluate the Efficacy and Safety of Cencriviroc for the Treatment of Liver Fibrosis in Adult Subjects with Nonalcoholic Steatohepatitis.*