# Exhibit 3

## Division 4.  Parties and Actions

## Chapter 1.  [Reserved]

## Chapter 2.  Joinder of Parties [Reserved]

## Chapter 3.  Related Cases

*Rule 3.300.  Related cases*

**Rule 3.300.  Related cases**

**(a)**     **Definition of "related case"**

A pending civil case is related to another pending civil case, or to a civil case that was dismissed with or without prejudice, or to a civil case that was disposed of by judgment, if the cases:

(1)     Involve the same parties and are based on the same or similar claims;

(2)     Arise from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact;

(3)     Involve claims against, title to, possession of, or damages to the same property; or

(4)     Are likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

*(Subd (a) adopted effective January 1, 2007.)*

**(b)**     **Duty to provide notice**

Whenever a party in a civil action knows or learns that the action or proceeding is related to another action or proceeding pending, dismissed, or disposed of by judgment in any state or federal court in California, the party must serve and file a Notice of Related Case.

*(Subd (b) amended and relettered effective January 1, 2007; adopted as part of subd (a) effective January 1, 1996; previously amended effective January 1, 2007.)*

**(c)**     **Contents of the notice**

The Notice of Related Case must:

(1)     List all civil cases that are related by court, case name, case number, and filing date;