**UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS**

### HOUSTON DIVISION

Laddy Curtis Valentine, et al.
    *Plaintiff(s),*

v.                                                                   Case No. 4:20−cv−01115

Bryan Collier, et al.
    *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Telephone Conference**

DATE:   **4/13/2020**

TIME:   **11:00 AM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3−A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL−IN NUMBER AT 713−250−5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

**David J. Bradley, Clerk**                                                 Date: April 7, 2020

By Deputy Clerk, A. Rivera