UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LADDY CURTIS VALENTINE and RICHARD ELVIN KING, individually and on behalf of those similarly situated,<br>　　　　Plaintiffs,<br>　　v.<br><br>BRYAN COLLIER, in his official capacity, ROBERT HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>　　　　Defendants. | Case No. 4:20-cv-01115 |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:　Bryan Collier, Executive Director & Robert Herrera, Warden

　　Texas Department of Criminal Justice

　　You are hereby commanded to deliver the witness, Laddy Curtis Valentine, TDCJ #01782033, under safe and secure conduct into a place with an operational telephone and to dial the Court's conference number no later than 1:30 pm on April 16, 2020. **The Court's conference number may be reached by dialing 713−250−5238. Enter conference: 45238, followed by the password: 13579.** This telephone call is for the purpose of having Mr. Valentine available to serve as witness and appear at a hearing in the above captioned matter on April 16, 2020. The witness will remain at the phone until the conclusion of said hearing, at which time the effect of this writ shall cease.

　　WITNESS the signature of the Honorable Keith Ellison, United States District Judge, for the Southern District of Texas, and the seal of the Court on the __14th__ day of __April__, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KEITH ELLISON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE