

**April 14, 2020**

## COVID-19 TDCJ Update

The Texas Department of Criminal Justice (TDCJ) is saddened to learn of the death of an offender that may be related to the COVID-19 virus.

An offender death from the Pack Unit in Navasota is under investigation to determine if it is connected to COVID-19. Early Saturday morning April 11, 2020, 62-year-old Leonard Clerkly had difficulty breathing and was transported by EMS to Grimes County Hospital where life saving measures continued. Clerkly was pronounced dead at 5:25 a.m. Preliminary autopsy results suggest a preliminary cause of death of viral pneumonia due to COVID-19 with other contributing factors. Like all in-custody deaths, this death is under investigation, and the cause of death is pending final autopsy results. Clerkly had served 5 years, 7 months and 11 days of a life sentence for Aggravated Sexual Assault of a Child under 14 out of Tarrant County.

No other offenders or staff at the Pack Unit have tested positive for COVID-19 at this time.

In all there have been 97 TDCJ employees, staff or contractors and 236 offenders in custody who have tested positive for COVID-19.

A complete list of data is available at www.tdcj.texas.gov/covid-19/offender_mac.html.



**Helpful Links:**

Texas Department of State Health Services (DSHS) - News Updates COVID-19
Texas Department of State Health Services (DSHS) - Texas Case Counts Map
Centers for Disease Control and Prevention (CDC)- Coronavirus (COVID-19)
CDC Coronavirus Disease 2019 (COVID-19) - World Map
Facebook
Instagram
Twitter
YouTube

**Texas Department of Criminal Justice | PO Box 99 | Huntsville, Texas 77342-0099 | (936) 295-6371**