## Declaration of Richard King
*Valentine et al. v. Collier et al. (TXSD 4:20-cv-1115)*

1. My name is Richard King. I am over the age of 18 and of sound mind. The following is based on my personal knowledge.

2. I am currently incarcerated in the TDCJ Pack Unit (TDCJ # 00516700).

3. I am very concerned for my health and safety because of the COVID-19 virus at the Pack Unit.

4. I am 73 years old. My date of birth is August 1, 1946.

5. I have high blood pressure and hyperlipidemia, and I take medications to manage my heart problems.

6. I have diabetes mellitus with neuropathy and take daily insulin.

7. The prison is denying me and other inmates at the Pack Unit protections from COVID-19.

8. The prison does not allow me or other prisoners to use waterless hand sanitizer.

9. I work as an "SSI" with janitorial duties in my dormitory. I am not allowed to use waterless hand sanitizer when performing these duties.

10. The prison has not adjusted my housing area so that I can sleep at least 6 feet away from other people. There are ~~48~~ 8 [RK] men in my dorm.

11. Though many of the officers started wearing face masks this week, there are other staff members who are still not wearing masks. ~~Some of the officers do not have proper masks, and are only wearing bandanas.~~ [RK]

12. There has been no oral instruction for inmates about how washing hands can prevent spreading the virus. We were given handouts last week, but many prisoners are illiterate and cannot read them. I have not seen a video about how to prevent catching the virus, and

1

there has not been an officer, nurse, or peer educator teaching us how to stay safe. A true and correct copy of the handouts we were given is attached to this declaration as Exhibit 1.

13. The prison does not require me or other inmates to maintain a physical distance of 6 feet or more from others during group activities like meals, recreation, and the "pill line" which forms outside the infirmary when inmates pick up their medications.

14. During my work as an inmate janitor, the prison does not give me protective equipment to use when I am cleaning. I have to share the same pair of gloves with two other inmates.

15. ~~I do not see other inmate workers, like the food servers and laundry workers, wearing masks or gloves, even though they interact with many prisoners each day as part of their jobs. They also~~ PER INMATE WORKERS ∧ do not have access to hand sanitizer to use while doing their jobs.

16. I filed a Step 1 grievance asking to get protection from COVID-19, but to the best of my knowledge the grievance has not yet been answered.

17. I see many elderly people every day at the Pack Unit.

18. I have seen long lines of prisoners waiting at the "pill window" to get medications and at the infirmary to receive insulin, so I believe there are many chronically ill people at the Pack Unit.

19. I understand that I am a named Plaintiff in a class action lawsuit about the virus seeking to protect me and other Pack Unit inmates.

20. I have spoken on the telephone with my attorneys many times about the virus, and how the prison is responding to COVID-19.

21. I was ready to testify at the telephone hearing on April 2, 2020, if the judge wanted to hear from me.

2

22. I am familiar with Edwards Law, where some of my attorneys for this lawsuit work, because I also worked with these same attorneys as a client, witness, and a class representative in a different class action lawsuit. I am confident in my attorneys' representation of me and other inmates for this issue.

23. My attorneys have explained the nature of the lawsuit to me by telephone.

24. It is my understanding the all visitors are barred from the Pack Unit, including my attorneys.

25. ~~I received the complaint in this lawsuit and read it~~. I talked with my lawyers about the allegations in the complaint before they filed it. *[initialed REK]*

26. I understand this is a lawsuit asking the Court to order the prison to protect me and other Pack Unit inmates by minimizing the spread of COVID-19.

27. I understand that the lawsuit claims violations of the Constitution and of laws protecting people with disabilities.

28. I understand that the lawsuit is supposed to help inmates at the Pack Unit to protect them from COVID-19.

29. I am ready and willing to continue working closely with my attorneys to help protect myself and other inmates at the Pack Unit from the virus.

30. I am ready and willing to cooperate in the ongoing litigation about the virus, including by testifying to the Court, participating in a deposition, assisting my lawyers in responses to written questions, or any other tasks my attorneys advise me I need to do.

31. I understand that my lawyers and I are asking for this to be a class action case on behalf of all Pack Unit prisoners, and we are asking for the Court to order that everyone be protected from the virus.

3

32. I am committed to serving as a class representative in this case, and will stay informed about the case, work with my attorneys to pursue the case, appear in court, and give testimony for the case as needed. I am willing to continue as a class representative to help others even if TDCJ takes steps to protect me personally without helping other Pack Unit inmates.

33. I am not expecting to receive any money from serving as a class representative in this case. I am asking only that I, and everyone else at the Pack Unit, receive the protection they need from the virus. I am not asking for damages for myself or the class in this case.

34. All of the prisoners here need the same protections. I do not see how these protections would harm any prisoners, and the protections would be better if everyone at the prison was safe.

35. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

4-15-2020
Executed on this Day

Richard King
TDCJ # 00516700