United States District Court
Southern District of Texas
**ENTERED**
April 17, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LADDY CURTIS VALENTINE, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-1115 |
| | § | |
| BRYAN COLLIER, *et al*, | § § | |
| Defendants. | § | |

# **ORDER**

Before the Court is Defendants' Emergency Motion to Stay. (Doc. No. 46). Defendants request a stay of the Court's Preliminary Injunction Order (Doc. No. 40) pending appeal to the Fifth Circuit.

The Court issues a five-day stay of its Preliminary Injunction, until 5:00 pm on Wednesday, April 22, 2020, in order to, among other reasons, allow for issuance of the Court's accompanying Memorandum and Order laying out the factual and legal basis for the Court's Preliminary Injunction Order. The Court will entertain requests for extension of the length of the stay if needed.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 17th day of April, 2020.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE