United States Courts
Southern District of Texas
FILED
4/17/2020
David J. Bradley, Clerk of Court

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 20-20207

---

4:20-CV-1115

LADDY CURTIS VALENTINE; RICHARD ELVIN KING,

    Plaintiffs - Appellees

v.

BRYAN COLLIER; ROBERT HERRERA; TEXAS DEPARTMENT OF CRIMINAL JUSTICE,

    Defendants - Appellants

---

Appeal from the United States District Court
for the Southern District of Texas

---

Before JONES, HIGGINSON, and OLDHAM, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that plaintiffs-appellees be directed to file a response to the emergency motion for stay no later than Sunday, April 19, 2020, at 8:00 p.m. Any reply by appellants is due no later than Monday, April 20, 2020, at 8:00 p.m.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

April 17, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-20207    Laddy Valentine, et al v. Bryan Collier, et al  
                      USDC No. 4:20-CV-1115

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Melissa B. Courseault, Deputy Clerk  
504-310-7701

Mr. David J. Bradley  
Mr. Brandon W. Duke  
Mr. Jeff S. Edwards  
Mr. Kyle Douglas Hawkins  
Mr. John R. Keville  
Mr. Christin Cobe Vasquez