United States District Court
Southern District of Texas
**ENTERED**
April 28, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LADDY CURTIS VALENTINE, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-1115 |
| | § | |
| BRYAN COLLIER, *et al*, | § | |
| | § | |
| Defendants. | § | |

# **ORDER**

Within ten days from this Order, the parties shall complete required disclosures under Rule 26(a) of the Federal Rules of Civil Procedure and confer telephonically as required by Rule 26(f).

As contemplated by the Rules, the parties shall confer about settling or resolving the case, and developing a discovery plan and an expedited schedule. If parties are unable to agree on a discovery plan and schedule, the Court will schedule a hearing for May 8, 2020.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 27th day of April, 2020.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE