**UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

Laddy Curtis Valentine, et al.
  *Plaintiff(s),*

v.                                                                Case No. 4:20−cv−01115

Bryan Collier, et al.
  *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Status Conference**

DATE:  **5/8/2020**

TIME:  **11:00 AM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3−A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL−IN NUMBER AT 713−250−5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

**David J. Bradley, Clerk**                                        Date: May 7, 2020

By Deputy Clerk, A. Rivera