UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LADDY CURTIS VALENTINE and RICHARD ELVIN KING, individually and on behalf of those similarly situated,<br>　　　Plaintiffs,<br><br>v.<br><br>BRYAN COLLIER, in his official capacity, ROBERT HERRERA, in his official capacity, And TEXAS DEPARTMENT OF CRIMINAL JUSTICE,<br>　　　Defendants. | §§§§§§§§§§§§ Civil Action No. 4:20-cv-01115 |

**DEFENDANTS BRYAN COLLIER, ROBERT HERRERA, AND THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE'S NOTICE OF INITIAL DISCLOSURES TO PLAINTIFFS**

　　Defendants the Texas Department of Criminal Justice, Bryan Collier, and Robert Herrera, through the Attorney General of Texas, file this Notice advising the Court that they have on this date provided their Initial Disclosures to Plaintiffs pursuant to FRCP 26(a)(1).

　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　**KEN PAXTON**
　　　　　　　　　　　　　　　　　Attorney General of Texas

　　　　　　　　　　　　　　　　　**JEFFREY C. MATEER**
　　　　　　　　　　　　　　　　　First Assistant Attorney General

　　　　　　　　　　　　　　　　　**RYAN L. BANGERT**
　　　　　　　　　　　　　　　　　Deputy First Assistant Attorney General

　　　　　　　　　　　　　　　　　**DARREN L. MCCARTY**
　　　　　　　　　　　　　　　　　Deputy First Assistant Attorney General

　　　　　　　　　　　　　　　　　**SHANNA E. MOLINARE**
　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　Chief, Law Enforcement Defense Division

/s/ *Christin Cobe Vasquez*
**CHRISTIN COBE VASQUEZ**
*Attorney-in-Charge*
Texas State Bar No. 24074047
Federal Bar No. 1125898
Assistant Attorney General
Law Enforcement Defense Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4199
Facsimile: (512) 370-9996
Christin.Vasquez@oag.texas.gov

**JEFFREY E. FARRELL**
*Of Counsel*
Texas State Bar No. 0787453
Federal Bar No. 16842
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 463-2120
Facsimile: (512) 320-0667
Jeffrey.Farrell@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS TDCJ, COLLIER, AND HERRERA**

## NOTICE OF ELECTRONIC FILING

I, **CHRISTIN COBE VASQUEZ,** Assistant Attorney General of Texas, certify that I have electronically submitted for filing the foregoing motion in accordance with the Electronic Case Files System of the Southern District of Texas, on May 8, 2020.

/s/ *Christin Cobe Vasquez*
**CHRISTIN COBE VASQUEZ**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **CHRISTIN COBE VASQUEZ**, Assistant Attorney General of Texas, certify that the foregoing has been served by Secure-Space Kiteworks, on May 8, 2020, addressed to:

Jeff@Edwards-law.com
Scott medlock
Scott@Edwards-law.com
Mike Singley
Mike@Edwards-law.com
David James
David@Edwards-Law.com
**Plaintiffs Counsel**

John Keville
JKeville@winston.com
Denise Scofield
dscofield@winston.com
Michael T. Murphy
MTMurphy@winston.com
Brandon W. Duke
bduke@winston.com
Benjamin D. Williams
bwilliams@winston.com
Robert L. Green
RLGreen@winston.com
Corienne Stone Hockman
CHockman@winston.com
**Plaintiffs Counsel**

/s/ Christin Cobe Vasquez
**CHRISTIN COBE VASQUEZ**
Assistant Attorney General