| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **SOUTHERN DISTRICT OF TEXAS** |

### HOUSTON DIVISION

Laddy Curtis Valentine, et al.
   *Plaintiff(s),*

v.　　　　　　　　　　　　　　　　　Case No. 4:20−cv−01115

Bryan Collier, et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING: **Status Conference**

DATE: **5/22/2020**

TIME: **01:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3−A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL−IN NUMBER AT 713−250−5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

**David J. Bradley, Clerk**　　　　　　　　　　　　　　　　　Date: May 22, 2020

By Deputy Clerk, A. Rivera