IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LADDY CURTIS VALENTINE and RICHARD ELVIN KING, individually and on behalf of those similarly situated, *Plaintiffs*, <br><br> v. <br><br> BRYAN COLLIER, in his official capacity, ROBERT HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE, *Defendants*. | Civil Action No. 4:20-cv-01115 |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO DEPOSE INCARCERATED PERSONS**

Pursuant to Rules 26(b) and 30(a)(2)(B) of the Federal Rules of Civil Procedure, Defendants Bryan Collier ("Collier"), Robert Herrera ("Herrera"), and Texas Department of Criminal Justice (collectively, "Defendants") respectfully seek leave from the Court to take the oral depositions of Plaintiffs Richard Elvin King and Laddy Curtis Valentine. Plaintiffs are inmates incarcerated at the Wallace Pack Unit in Navasota, Texas. These depositions are necessary to investigate Plaintiffs' claims and assertions in this lawsuit. The requested depositions are not being used to take unfair advantage of the plaintiffs, and the plaintiffs are represented by counsel. The depositions will take place before the discovery deadline and will not cause any delay in the current scheduling order. The parties have conferred on this matter and Plaintiffs' counsel has agreed to produce their clients in these depositions. The depositions of Plaintiffs will take place at the TDCJ-CID Wallace Pack Unit in Navasota, Texas, via Zoom or other teleconferencing method. Plaintiff King's deposition notice has been served on Plaintiffs' counsel and is scheduled to occur on May

27, 2020. *See* **Exhibit A**. Defendants will supplement Plaintiff Valentine's notice before the date of the relevant deposition.

    Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**RYAN L. BANGERT**
Deputy First Assistant Attorney General

**DARREN L. MCCARTY**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/ Christin Cobe Vasquez*
**CHRISTIN COBE VASQUEZ**
*Attorney-in-Charge*
Texas State Bar No. 24074047
Federal Bar No. 1125898
Assistant Attorney General
Law Enforcement Defense Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel: (512) 475-4199 / Fax: (512) 370-9996
Christin.Vasquez@oag.texas.gov

**JEFFREY E. FARRELL**
*Of Counsel*
Texas State Bar No. 0787453
Federal Bar No. 16842
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

Tel: (512) 463-2120 / Fax: (512) 320-0667  
Jeffrey.Farrell@oag.texas.gov

**ATTORNEYS FOR TDCJ DEFENDANTS**

## CERTIFICATE OF SERVICE

I, **Christin Cobe Vasquez**, Assistant Attorney General of Texas, do hereby certify that a correct copy of the foregoing **Defendants' Unopposed Motion for Leave to Depose Incarcerated Persons** has been served via electronic and U.S. mail to Plaintiff's counsel on May 26, 2020, addressed to all counsel of record.

*/s/ Christin Cobe Vasquez*  
**CHRISTIN COBE VASQUEZ**  
Assistant Attorney General