UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS HOUSTON
DIVISION

| | |
|---|---|
| LADDY CURTIS VALENTINE and RICHARD ELVIN KING, individually and on behalf of those similarly situated, Plaintiffs, v. BRYAN COLLIER, in his official capacity, ROBERT HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE. Defendants. | § § § § § § § § § § § § § § | CASE NO. 4:20-CV-01115 |

### DEFENDANTS' NOTICE OF APPEARANCE AND DESIGNATION OF COUNSEL

Defendants, Bryan Collier and Robert Herrera, in their official capacities, and the Texas Department of Criminal Justice ("TDCJ Defendants"), give notice of the appearance of co-counsel, **Leah O'Leary.** Ms. O'Leary will serve as co-counsel, while Christin Cobe Vasquez will remain attorney-in-charge.

Defendants request that all future filings in this matter be forwarded to Leah J. O'Leary, Assistant Attorney General, P.O. Box 12548, Capitol Station, Austin, Texas 78711, email: Leah.Oleary@oag.texas.gov, Phone: (512) 463-2080, Fax: (512) 370-9918.

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**RYAN L. BANGERT**
Deputy First Assistant Attorney General

**DARREN L. MCCARTY**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/ Leah O'Leary*
**LEAH J. O'LEARY**
Deputy Chief, Law Enforcement Defense
Division, Office of the Attorney General
Texas Bar No. 24079074
Southern District of Texas No. 1563191
Leah.Oleary@oag.texas.gov
(512) 936-1292: F: (512)370-9918
P.O. Box 12548, 7th Floor
Austin, Texas 78711-2548


*/s/ Christin Cobe Vasquez*
**CHRISTIN COBE VASQUEZ**
*Attorney-in-Charge*
Texas State Bar No. 24074047
Federal Bar No. 1125898
Assistant Attorney General
Law Enforcement Defense Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4199
Facsimile: (512) 370-9996
Christin.Vasquez@oag.texas.gov


**ATTORNEYS FOR DEFENDANTS, BRYAN COLLIER, ROBERT HERRERA and TDCJ**

## NOTICE OF ELECTRONIC FILING

I certify that I electronically submitted for filing a true and correct copy of this document in accordance with the Electronic Case Files system of the Southern District of Texas, on May 28, 2020.

/s/ Leah O'Leary
**LEAH O'LEARY**
Co-Counsel

## **CERTIFICATE OF SERVICE**

I, certify that a true and correct copy of the above and foregoing *Notice of Appearance of Counsel* has been served electronically upon all counsel of record *via* the electronic filing system of the Southern District of Texas, on May 28, 2020.

/s/ Leah O'Leary
**LEAH O'LEARY**
Co-Counsel