**UNITED STATES DISTRICT COURT**     **SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

Laddy Curtis Valentine, et al.
  *Plaintiff(s),*

v.                                                          Case No. 4:20–cv–01115

Bryan Collier, et al.
  *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Status Conference**

DATE:   **7/1/2020**

TIME:   **12:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3–A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

**David J. Bradley, Clerk**                                           Date: June 30, 2020

By Deputy Clerk, A. Rivera