Leeroy Cesar Carballo
#1462910
Pack Unit
2400 Wallace Pack Rd.
Navasota, Texas 77868

June 26, 2020

Clerk of Court
P.O. Box 61010
Houston, Texas 77208



JUL 0 1 2020

David J. Bradley, Clerk of Court

Re: Requesting a docket sheet of case: Valentine v. Collier, Civil Action No.4:20-cv-01115

Dear Clerk:

I'm writing to request your consideration in sending me a docket sheet in the above case name & number. I'am indigent, cannot afford to purchase this docket sheet. I'am a proposed class member in this suit and have filed certain documents in this case. Please consider sending me a free copy of the docket sheet. Any help in this matter will be greatly appreciated.

Respectfully submitted,

Leeroy Cesar Carballo
Leeroy Cesar Carballo

Leroy Cesar Cariballo # 1462910
Pack Unit
2400 Wallace Pack Rd.
Navasota, Texas 77868

NORTH HOUSTON TX

JUL 01 2020

David J. Bradley, Clerk of Court

Clerk of Court
U.S. District Court
Southern District of Texas., P.O. Box 61010
Houston, Texas 77208

77208-101010