UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LADDY CURTIS VALENTINE and RICHARD ELVIN KING, individually and on behalf of those similarly situated, <br>     Plaintiffs, <br><br> v. <br><br> BRYAN COLLIER, in his official capacity, ROBERT HERRERA, in his official capacity, And TEXAS DEPARTMENT OF CRIMINAL JUSTICE, <br>     Defendants. | § § § § § § § § § § § § § | Civil Action No. 4:20-cv-01115 |

## DEFENDANTS' NOTICE OF EIGHTH SUPPLEMENTAL DISCLOSURES

Defendants the Texas Department of Criminal Justice, Bryan Collier, and Robert Herrera, ("Defendants"), through their attorneys of record, advise the Court that on this date they have provided their Eighth Supplemental Disclosures to Plaintiffs, pursuant to FRCP 26(a)(1).

Respectfully Submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**RYAN L. BANGERT**
Deputy First Assistant Attorney General

**DARREN L. MCCARTY**
Deputy First Assistant Attorney General

**SHANNA E. MOLINARE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/ Christin Cobe Vasquez*
**CHRISTIN COBE VASQUEZ**
*Attorney-in-Charge*
Texas State Bar No. 24074047
Federal Bar No. 1125898
Assistant Attorney General
Law Enforcement Defense Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4199
Facsimile: (512) 370-9996
Christin.Vasquez@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS
TDCJ, COLLIER, AND HERRERA**

## NOTICE OF ELECTRONIC FILING

I, **CHRISTIN COBE VASQUEZ,** Assistant Attorney General of Texas, certify that I have electronically submitted for filing the foregoing motion in accordance with the Electronic Case Files System of the Southern District of Texas, on July 12, 2020.

*/s/ Christin Cobe Vasquez*
**CHRISTIN COBE VASQUEZ**
Assistant Attorney General

2

## CERTIFICATE OF SERVICE

I, **CHRISTIN COBE VASQUEZ**, Assistant Attorney General of Texas, certify that the foregoing has been served *via* the electronic filing system of the Southern District of Texas, on July 12, 2020, addressed to:

Jeff@Edwards-law.com
Scott Medlock
Scott@Edwards-law.com
Mike Singley
Mike@Edwards-law.com
David James
David@Edwards-Law.com
**Plaintiffs' Counsel**

John Keville
JKeville@winston.com
Denise Scofield
dscofield@winston.com
Michael T. Murphy
MTMurphy@winston.com
Brandon W. Duke
bduke@winston.com
Benjamin D. Williams
bwilliams@winston.com
Robert L. Green
RLGreen@winston.com
Corienne Stone Hockman
CHockman@winston.com
**Plaintiffs' Counsel**

*/s/ Christin Cobe Vasquez*
**CHRISTIN COBE VASQUEZ**
Assistant Attorney General