UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LADDY CURTIS VALENTINE and RICHARD ELVIN KING, individually and on behalf of those similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>BRYAN COLLIER, in his official capacity, ROBERT HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>   Defendants. | Case No. 4:20-cv-01115 |

**PLAINTIFFS' TRIAL WITNESS LIST**

Plaintiffs Laddy Curtis Valentine and Richard Elvin King, individually and on behalf of those similarly situated (collectively, "Plaintiffs") respectfully submit the following preliminary list of witnesses who will be called to testify at trial, who may be called to testify at trial, and who may be presented by deposition testimony at trial. For those witnesses that may be presented by deposition testimony at trial, Plaintiffs will identify the transcript line and page numbers to be offered.

In the event there are any other witnesses to be called at trial, their names, addresses, and the subject matter of their testimony shall be reported to opposing counsel as soon as they are known. This restriction shall not apply to rebuttal or impeaching witnesses, the necessity of whose testimony cannot reasonably be anticipated before the time of trial.

## WITNESSES PLAINTIFFS EXPECT THAT THEY WILL CALL

**Roger Beal**
Contact through counsel
Winston & Strawn LLP
800 Capitol Street, Suite 2400
Houston, TX 77002

> Mr. Beal is a class Plaintiff and may testify on behalf of Plaintiffs regarding his experience at the Pack Unit as it relates to COVID-19 and TDCJ's response to the pandemic.

**Gary Butaud**
Contact through counsel
Winston & Strawn LLP
800 Capitol Street, Suite 2400
Houston, TX 77002

> Mr. Butaud is a class Plaintiff and may testify on behalf of Plaintiffs regarding his experience at the Pack Unit as it relates to COVID-19 and TDCJ's response to the pandemic.

**Dr. Robert Cohen**
Contact through counsel
Winston & Strawn LLP
800 Capitol Street, Suite 2400
Houston, TX 77002

> Dr. Young is one of Plaintiffs' expert witnesses. Dr. Cohen may testify about the medical dangers of COVID-19, disease transmission in correctional institutions, the provision of medical care in correctional institutions, the adequacy of TDCJ's policies and procedures, the steps medically required to protect the Plaintiff class from the threat of COVID-19, and the feasibility of implementing those steps at the Pack Unit.

**Bryan Collier**
Contact through counsel
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711

> Mr. Collier is a defendant to this lawsuit in his official capacity as the Executive Director of TDCJ. Plaintiffs may call Mr. Collier to testify about issues relating to the structure of TDCJ, TDCJ's policymaking, and TDCJ's response to COVID-19.

**Custodian of Records for TDCJ**
Contact through counsel
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711

> TDCJ Custodian of Records for COVID-19 Test Results for Inmates at the Pack Unit, including, but not limited to, the custodian of records for Defendants' production Bates labeled 2506 to 2554. This individual may testify as to the authenticity of documents.

**Lorie Davis (by Deposition)**
Contact through counsel
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711

> Ms. Davis is the Director of the Correctional Institutions Division for TDCJ. She may testify through her deposition as an officer and director of TDCJ regarding TDCJ's response to COVID-19.

**Harold Dove**
Contact through counsel
Winston & Strawn LLP
800 Capitol Street, Suite 2400
Houston, TX 77002

> Mr. Dove is a class Plaintiff and may testify on behalf of Plaintiffs regarding his experience at the Pack Unit as it relates to COVID-19 and TDCJ's response to the pandemic.

**Robert Herrera**
Contact through counsel
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711

> Warden Herrera is a defendant to this lawsuit in his official capacity. Plaintiffs may call Warden Herrera to testify about the events giving rise to this lawsuit, the Pack Unit's response to COVID-19, and TDCJ policies and procedures that he follows at the Pack Unit.

**Mary Hunter, LVN**
University of Texas Medical Branch, Correctional Managed Care
301 University Blvd.
Galveston, TX 77555

> Ms. Hunter is a licensed vocational nurse at the Pack Unit who is employed by UTMB. Ms. Hunter may testify regarding UTMB's implementation of Policy B-14.52 at the Pack Unit, the Pack Unit response to COVID-19, including the medical staff at the Pack Unit.

**Marvin Jones**
Contact through counsel
Winston & Strawn LLP
800 Capitol Street, Suite 2400
Houston, TX 77002

> Mr. Jones is a class Plaintiff and may testify on behalf of Plaintiffs regarding his experience at the Pack Unit as it relates to COVID-19 and TDCJ's response to the pandemic.

**Richard Elvin King**
Contact through counsel
Winston & Strawn LLP
800 Capitol Street, Suite 2400
Houston, TX 77002

> Mr. King is a named Plaintiff and may testify on behalf of Plaintiffs regarding his experience at the Pack Unit as it relates to COVID-19 and TDCJ's response to the pandemic.

**Dr. Lannette Linthicum**
Contact through counsel
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711

> Dr. Linthicum is the Director of Health Services for TDCJ. Plaintiffs may call Dr. Linthicum to testify about issues relating to TDCJ's knowledge of COVID-19, TDCJ's response to COVID-19, and TDCJ's relationship with other healthcare providers and entities, including the Correctional Managed Healthcare Committee, UTMB, and Texas Tech.

**Oscar Mendoza**
Contact through counsel
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711

> Mr. Mendoza is a corporate representative for TDCJ. Plaintiffs may call Mr. Mendoza to testify through his 30(b)(6) deposition about issues relating to the structure of TDCJ, TDCJ's policymaking, and TDCJ's response to COVID-19.

**Ryan Montez**
Contact through counsel
Winston & Strawn LLP
800 Capitol Street, Suite 2400
Houston, TX 77002

> Mr. Montez is a class Plaintiff and may testify on behalf of Plaintiffs regarding his experience at the Pack Unit as it relates to COVID-19 and TDCJ's response to the pandemic.

**Dr. Owen Murray**
University of Texas Medical Branch, Correctional Managed Care
301 University Blvd.
Galveston, TX 77555

> Dr. Murray is the University of Texas Medical Branch's joint medical director designee to the CMHCC. Dr. Murray may testify regarding CMHCC, TDCJ's Policy B-14.52 concerning COVID-19, and the UTMB/TDCJ join response to COVID-19.

**Thomas Pennington**
Contact through counsel
Winston & Strawn LLP
800 Capitol Street, Suite 2400
Houston, TX 77002

> Mr. Pennington is a class Plaintiff and may testify on behalf of Plaintiffs regarding his experience at the Pack Unit as it relates to COVID-19 and TDCJ's response to the pandemic.

**Jon Reynolds**
Contact through counsel
Winston & Strawn LLP
800 Capitol Street, Suite 2400
Houston, TX 77002

> Mr. Reynolds is a class Plaintiff and may testify on behalf of Plaintiffs regarding his experience at the Pack Unit as it relates to COVID-19 and TDCJ's response to the pandemic.

**Michael Smith**
Contact through counsel
Winston & Strawn LLP
800 Capitol Street, Suite 2400
Houston, TX 77002

> Mr. Smith is a class Plaintiff and may testify on behalf of Plaintiffs regarding his experience at the Pack Unit as it relates to COVID-19 and TDCJ's response to the pandemic.

**Major Dana Sullivan**
Contact through counsel
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711

> Mr. Sullivan is the Major at the Pack Unit. Mr. Sullivan may testify regarding his knowledge of TDCJ's policies and procedures as they are being applied at the Pack Unit and how the Pack Unit staff has responded to the COVID-19 pandemic.

**Laddy Curtis Valentine**
Contact through counsel
Winston & Strawn LLP
800 Capitol Street, Suite 2400
Houston, TX 77002

> Mr. Valentine is a named Plaintiff and may testify on behalf of Plaintiffs regarding his experience at the Pack Unit as it relates to COVID-19 and TDCJ's response to the pandemic.

**Secretary Eldon Vail**
Contact through counsel
Winston & Strawn LLP
800 Capitol Street, Suite 2400
Houston, TX 77002

> Secretary Vail is one of Plaintiffs' expert witnesses. Secretary Vail may testify about the adequacy of TDCJ's response to the COVID-19 pandemic, the adequacy of TDCJ's policies and procedures concerning COVID-19, and the feasibility of Plaintiffs' proffered permanent injunction at the Pack Unit.

**Dr. Jeremy Young**
Contact through counsel
Winston & Strawn LLP
800 Capitol Street, Suite 2400
Houston, TX 77002

> Dr. Young is one of Plaintiffs' expert witnesses. Dr. Young may testify about the medical dangers of COVID-19, disease transmission in prisons and correctional institutions, the medical necessities to combat the spread of disease in correctional institutions, and, in particular, the adequacy of TDCJ's COIVD-19 policies and procedures, the medically-required steps to ensure the safety of the inmates at the Pack Unit as it relates to COVID-19.

## WITNESSES PLAINTIFFS EXPECT THAT THEY MAY CALL

**Shawn Griggs**
Contact through counsel
Winston & Strawn LLP
800 Capitol Street, Suite 2400
Houston, TX 77002

 Mr. Griggs is a class Plaintiff and may testify on behalf of Plaintiffs regarding his experience at the Pack Unit as it relates to COVID-19 and TDCJ's response to the pandemic.

**Carlos Huerta**
Contact through counsel
Winston & Strawn LLP
800 Capitol Street, Suite 2400
Houston, TX 77002

 Mr. Huerta is a class Plaintiff and may testify on behalf of Plaintiffs regarding his experience at the Pack Unit as it relates to COVID-19 and TDCJ's response to the pandemic.

**Aaron Smith**
Contact through counsel
Winston & Strawn LLP
800 Capitol Street, Suite 2400
Houston, TX 77002

 Mr. Smith is a class Plaintiff and may testify on behalf of Plaintiffs regarding his experience at the Pack Unit as it relates to COVID-19 and TDCJ's response to the pandemic.

**Brittney Tilley**
Contact through counsel
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711

 Ms. Tilley is the classification officer at the prison and is charged with assigning housing to the inmates. Ms. Tilley may testify regarding the Pack Unit's response to COVID-19.

**Alejandro Vela**
Contact through counsel
Winston & Strawn LLP
800 Capitol Street, Suite 2400
Houston, TX 77002

      Mr. Vela is a class Plaintiff and may testify on behalf of Plaintiffs regarding his experience at the Pack Unit as it relates to COVID-19 and TDCJ's response to the pandemic.

Dated: July 12, 2020.

                                  Respectfully submitted,

                                  **WINSTON & STRAWN LLP**

                        By: /s/ John R. Keville

| | |
|---|---|
| Jeff Edwards | John R. Keville |
| State Bar No. 24014406 | *Attorney-in-Charge* |
| Scott Medlock | Texas State Bar No. 00794085 |
| State Bar No. 24044783 | S.D. Tex. ID No. 20922 |
| Michael Singley | jkeville@winston.com |
| State Bar No. 00794642 | Denise Scofield |
| David James | Texas Bar No. 00784934 |
| State Bar No. 24092572 | S.D. Tex. ID No. 1529 |
| Federal ID No. 2496580 | dscofield@winston.com |
| **THE EDWARDS LAW FIRM** | Michael T. Murphy |
| The Haehnel Building | Texas Bar No. 24051098 |
| 1101 East 11th Street | S.D. Tex. ID No. 621098 |
| Austin, TX 78702 | mtmurphy@winston.com |
| Tel. (512) 623-7727 | Brandon W. Duke |
| Fax. (512) 623-7729 | Texas Bar No. 240994476 |
| | S.D. Tex. ID No. 2857734 |
| | bduke@winston.com |
| | Benjamin D. Williams |
| | Texas Bar No. 24072517 |
| | S.D. Tex. ID No. 1447500 |
| | bwilliams@winston.com |
| | Robert L. Green |
| | Texas Bar No. 24087625 |
| | S.D. Tex. ID No. 2535614 |
| | RLGreen@winston.com |
| | Corinne Stone Hockman |
| | Texas Bar No. 24102541 |
| | S.D. Tex. ID No. 3019917 |
| | CHockman@winston.com |
| | **WINSTON & STRAWN LLP** |
| | 800 Capital Street, Suite 2400 |
| | Houston, Texas 77002 |
| | Tel. (713) 651-2600 |
| | Fax (713) 651-2700 |

                              **Counsel for Plaintiffs**

## Certificate of Service

  I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on July 12, 2020.

                */s/ John R. Keville*
                John R. Keville