IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LADDY CURTIS VALENTINE and RICHARD ELVIN KING, individually and on behalf of those similarly situated, § § § § | |
| Plaintiffs, § | Case No.: 4:20-cv-01115 |
| § | |
| v. § | Hon. Keith P. Ellison |
| § | |
| BRYAN COLLIER, in his official capacity, ROBERT HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE, § § § § § § | |
| Defendants. § | |

## PLAINTIFFS' AMENDED TRIAL EXHIBIT LIST[1]

| Ex. | Date | Description | Reference | Offer | Obj. | Admit | N/ Adm |
|---|---|---|---|---|---|---|---|
| 1. | | TDCJ Pack Unit Directory | | | | | |
| 2. | | TDCJ Pack Unit Diagrams (ECF No. 922-9, *Cole v. Collier*) | | | | | |
| 3. | | Prevent the Spread of COVID-19 (Poster) | VALENTINE 1634 | | | | |
| 4. | | Video – Communicable Disease Final Cut | VALENTINE 3063 | | | | |
| 5. | | Video – Collier Address – Coronavirus 1-Facebook | VALENTINE 3062 | | | | |
| 6. | | Exhibit Withdrawn | | | | | |

---

[1] These exhibit designations do not include rebuttal exhibits to Plaintiff's exhibits or witnesses.

| EX. | DATE | DESCRIPTION | REFERENCE | OFFER | OBJ. | ADMIT | N/ADM |
|-----|------|-------------|-----------|-------|------|-------|-------|
| 7A. | 06/15/2020 – 06/22/2020 | Pack Unit Master Assignment Roster | VALENTINE 10980 - 11024 | | | | |
| 7B. | 06/01/2020 – 06/08/2020 | Pack Unit Master Assignment Roster | VALENTINE 11025 - 11071 | | | | |
| 7C. | 06/29/2020 | Pack Unit Master Assignment Roster | VALENTINE 11538 - 11560 | | | | |
| 8. | | Dr. Linthicum Job Duties During COVID-19 Pandemic | | | | | |
| 9. | 07/08/2015 - 12/10/2015 | BP-03.77 (rev. 9), Offender Grievances; AD-03.82 (rev. 8), Management of Offender Grievances (Collier Dep. Ex. 1) | VALENTINE 0342 – 0352 | | | | |
| 10. | 02/2017 | TDCJ Offender Orientation Handbook | VALENTINE 0195 – 0341 | | | | |
| 11. | 01/09/2020 | TDCJ – P1 Job Turnout by Job and House | VALENTINE 6993 – 6994 | | | | |
| 12. | 02/26/2020 | Emails re UTMB CMC Calls a Coronavirus Planning and response Meeting | VALENTINE 2645 – 2646 | | | | |
| 13. | 02/28/2020 | Email re Guidance Documents from TDEM and DSHS | | | | | |
| 14. | 03/09/2020 – 05/01/2020 | DSHS Daily Briefing | | | | | |
| 15. | 03/11/2020 | Action Items From the March 11 Pandemic Flu Plan Meeting – Directive from the Executive Director's Office | VALENTINE 2665 – 2667 | | | | |
| 16. | | Exhibit Withdrawn | | | | | |

| Ex. | DATE | DESCRIPTION | REFERENCE | OFFER | OBJ. | ADMIT | N/ ADM |
|---|---|---|---|---|---|---|---|
| 17. | 03/12/2020 | Email re Media Services Request for Video Demonstrating Proper Donning and Doffing of PPE | | | | | |
| 18. | 03/17/2020 | Letter to the Governor's Office Requesting a Waiver of the Health Care Services Fee | | | | | |
| 19. | 03/20/2020 | Email re: Governor Suspends Health Care Services Fee | | | | | |
| 20. | 03/20/2020 | Email re Guidelines for Cleaning & Disinfecting Vehicles | | | | | |
| 21. | 03/20/2020 | Email from A. Hill to J. Clark; Subj: RE: Health Care Fee Waiver | VALENTINE 2403 – 2405 | | | | |
| 22. | 03/20/2020 | TDCJ Pandemic Viral Infectious Disease Policy for COVID-19 | VALENTINE 2770 – 2790 | | | | |
| 23. | 03/21/2020 | Email re Request for Meetings with CID About PPE for Correctional Officers and to Discuss SOP for Transport Officers | | | | | |
| 24. | 03/21/2020 | Email re TDCJ and CMHC PPE Supplies | | | | | |
| 25. | 03/25/2020 | Emails re Advocacy Efforts to Include TDCJ Offenders in COVID-19 Clinical Trials at UTMB Galveston | | | | | |
| 26. | 03/26/2020 | Worked on Letter to Texas State Jail Commission with TDCJ Chief of Staff Requesting Screening of Offenders for COVID-19 Prior to Transport to TDCJ | | | | | |

| EX. | DATE | DESCRIPTION | REFERENCE | OFFER | OBJ. | ADMIT | N/ADM |
|-----|------|-------------|-----------|-------|------|-------|-------|
| 27. | 03/28/2020 | Email re Meeting with RID and CID to Review Releasing Procedures for COVID-19 Offenders | | | | | |
| 28. | 03/28/2020 | Email from P. Keiser to L. Linthicum; Subj: HG Covid-19 exposures | VALENTINE 3251 – 3253 | | | | |
| 29. | 03/31/2020 | Email re Sheltered Housing Unit (SHU) and Assisted Living Bed Counts | VALENTINE 3283 - 3286 | | | | |
| 30. | 03/31/2020 | TDCJ - Dr. Linthicum COVID-19 Update on Facebook | | | | | |
| 31. | 04/2020 | Emails re COVID-19 Surveillance Testing UTMB | | | | | |
| 32. | 04/01/2020 | Email re Hand Sanitizer Guidance | | | | | |
| 33. | 04/01/2020 | Medical Intervention at TDCJ | | | | | |
| 34. | 04/07/2019 – 04/09/2020 | Emails re Various Meetings with Elected Officials | | | | | |
| 35. | 04/08/2020 | TDCJ letter re Governor Waiver of Intake | VALENTINE 2406 – 2408 | | | | |
| 36. | 04/09/2020 | Email re Establishment of COVID-19 Family Hotlines | | | | | |
| 37. | 04/10/2020 | TDCJ Medical Action Center Updates | | | | | |
| 38. | 04/11/2020 | TDCJ Medical Action Center Updates | | | | | |
| 39. | 04/12/2020 | Email from C. Monroe; Subj: Fwd: Limited Activities Plan – P1 | VALENTINE 5884 – 5887 | | | | |
| 40. | 04/13/2020 | TDCJ Medical Action Center Updates | | | | | |
| 41. | 04/14/2020 | TDCJ COVID-19 Update (ECF No. 29-1) | | | | | |

| Ex. | DATE | DESCRIPTION | REFERENCE | OFFER | OBJ. | ADMIT | N/ ADM |
|---|---|---|---|---|---|---|---|
| 42. | 04/15/2020 | TDCJ Medical Action Center Updates | | | | | |
| 43. | 04/15/2020 | Email from M. Steele to B. Hirsch; Subj: Updated Timeline (Clerkly) | VALENTINE 9665 – 9666 | | | | |
| 44. | 04/16/2020 | TDCJ Medical Action Center Updates | | | | | |
| 45. | 04/17/2020 | Letter re County Judge Matt Sebesta addresses State Inmate Transfer | | | | | |
| 46. | 04/17/2020 | TDCJ Medical Action Center Updates | | | | | |
| 47. | 04/18/2020 | TDCJ Medical Action Center Updates | | | | | |
| 48. | 04/20/2020 | TDCJ Medical Action Center Updates | | | | | |
| 49. | 04/20/2020 | Email from M. Steele to C. Monroe; Subj: Housing Plan | VALENTINE 5811 – 5812 | | | | |
| 50. | 04/22/2020 | TDCJ Medical Action Center Updates | | | | | |
| 51. | 04/23/2020 | TDCJ Medical Action Center Updates | | | | | |
| 52. | 04/24/2020 | TDCJ Medical Action Center Updates | | | | | |
| 53. | 04/25/2020 | TDCJ Medical Action Center Updates | | | | | |
| 54. | 04/28/2020 | TDCJ Medical Action Center Updates | | | | | |
| 55. | 04/29/2020 | TDCJ Medical Action Center Updates | | | | | |
| 56. | 05/01/2020 | TDCJ Medical Action Center Updates | | | | | |
| 57. | 05/02/2020 | TDCJ Medical Action Center Updates | | | | | |

| Ex. | Date | Description | Reference | OFFER | OBJ. | ADMIT | N/ADM |
|---|---|---|---|---|---|---|---|
| 58. | 05/03/2020 | TDCJ Correctional Institutions Division Inter-Office Communication re Drinking Water | | | | | |
| 59. | 05/04/2020 | TDCJ Medical Action Center Updates | | | | | |
| 60. | 05/06/2020 | TDCJ Medical Action Center Updates | | | | | |
| 61. | 05/07/2020 | TDCJ Medical Action Center Updates | | | | | |
| 62. | 05/08/2020 | TDCJ Medical Action Center Updates | | | | | |
| 63. | 05/09/2020 | TDCJ Medical Action Center Updates | | | | | |
| 64. | 05/11/2020 | K. Hawkins, Solicitor General's letter to Fifth Circuit Court of Appeals | | | | | |
| 65. | 05/11/2020 | TDCJ COVID-19 Medical Action Center | | | | | |
| 66. | | Withdrawn | | | | | |
| 67. | 05/12/2020 | TDCJ News: TDCJ deploying significant testing of asymptomatic population | | | | | |
| 68. | 05/13/2020 | TDCJ Medical Action Center Updates | | | | | |
| 69. | 05/13/2020 | TDCJ Past Medical Action Center Updates | | | | | |
| 70. | 05/14/2020 | TDCJ Medical Action Center Updates | | | | | |
| 71. | 05/15/2020 | TDCJ COVID-19 Medical Action Center | | | | | |

| Ex. | Date | Description | Reference | OFFER | OBJ. | ADMIT | N/ADM |
|---|---|---|---|---|---|---|---|
| 72. | 05/15/2020 | Notes from Conference Call May 15, 2020, TDCJ and TIFA | | | | | |
| 73. | | Withdrawn | | | | | |
| 74. | 05/16/2020 | TDCJ Medical Action Center Updates | | | | | |
| 75. | 05/24/2020 | Aff. of P. Wilder with "20% positive COVID-19 Plan Revision 2" | VALENTINE 3068 – 3071 | | | | |
| 76. | 05/27/2020 | TDCJ's Status Report – Update on Wallace Pack Unit Response to COVID-19 (ECF-126-1) (Mendoza Dep. Ex. 5) | | | | | |
| 77. | 06/01/2020 | Defendants Supplemental Response to Plaintiffs' Second Set of Interrogatories, Interrogatory No. 5 | VALENTINE 2446 – 2458 | | | | |
| 78. | 03/21/2020 | Email re COVID 19 PPE Rooming Procedures | VALENTINE 3042 - 3043 | | | | |
| 79. | 06/08/2020 | Defendants Supplemental Response to Plaintiffs' Second Det of Interrogatories, Interrogatory No. 7 | VALENTINE 2555 – 2559 | | | | |
| 80. | 06/12/2020 | Email from B. Hirsch to C. Monroe and others; Subj: COVID PPE Guidelines.docx | VALENTINE 5937 – 5942 | | | | |
| 81. | 06/12/2020 | Email from M. Steele to B. Hirsch; Subj: Medical Restriction | VALENTINE 5972 – 5974 | | | | |
| 82. | 09/2014 | TDCJ Administrative Review & Risk Management – Offender Grievance Operations Manual | VALENTINE 0353 – 0480 | | | | |

| EX. | DATE | DESCRIPTION | REFERENCE | OFFER | OBJ. | ADMIT | N/ ADM |
|---|---|---|---|---|---|---|---|
| 83. | Various Dates | Emails re CMHC Policy Changes | | | | | |
| 84. | Various Dates | Dr. Keiser Consultation Reports | | | | | |
| 85. | | Oscar Mendoza Handwritten Notes (Mendoza Dep. Ex. 2) | | | | | |
| 86. | Most recent available | CDC – Testing Data in the U.S. | https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/testing-in-us.html | | | | |
| 87. | Most recent available | CDC – Daily Updates of Totals by Week and State | https://www.cdc.gov/nchs/nvss/vsrr/covid19/index.htm | | | | |
| 88. | 03/23/2020 | Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities (Herrera Dep. Ex. 2) | | | | | |
| 89. | 03/30/2020 | CDC Guidance on Management of COVID-19 in Correctional and Detention Facilities | | | | | |
| 90. | 04/01/2020 | CDC Coronavirus Disease 2019 (COVID-19) – Cleaning and Disinfection for Community Facilities | | | | | |
| 91. | 04/09/2020 | CDC FAQs for Administrators at Correctional and Detention Facilities | | | | | |

| EX. | DATE | DESCRIPTION | REFERENCE | OFFER | OBJ. | ADMIT | N/ ADM |
|-----|------|-------------|-----------|-------|------|-------|--------|
| 92. | 04/13/2020 | CDC – Resources for Correctional and Detention Facilities | https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/index.html | | | | |
| 93. | 04/17/2020 | CDC – Groups at Higher Risk for severe Illness (ECF No. 58-6) | | | | | |
| 94. | 04/24/2020 | CDC Coronavirus Disease 2019 (COVID-19) – How to Protect Yourself & Others | | | | | |
| 95. | | Exhibit Withdrawn | | | | | |
| 96. | 05/07/2020 | Coronavirus Disease 2019 (COVID-19) – Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities | | | | | |
| 97. | 05/12/2020 | CDC – Clinical Questions about COVID-19: Questions and Answers | https://www.cdc.gov/coronavirus/2019-ncov/hcp/faq.html | | | | |
| 98. | 05/19/2020 | CDC – Performing Facility-wide SARS-CoV-2 Testing in Nursing Homes | https://www.cdc.gov/coronavirus/2019-ncov/hcp/nursing-homes-facility-wide-testing.html | | | | |
| 99. | 06/13/2020 | CDC – Testing Guidelines for Nursing Homes | https://www.cdc.gov/coronavirus/2019-ncov/hcp/nursing-homes-testing.html | | | | |
| 100. | | Withdrawn | | | | | |

| EX. | DATE | DESCRIPTION | REFERENCE | OFFER | OBJ. | ADMIT | N/ADM |
|---|---|---|---|---|---|---|---|
| 101. | 06/25/2020 | CDC – Preparing for COVID-19 in Nursing Homes | https://www.cdc.gov/coronavirus/2019-ncov/hcp/long-term-care.html | | | | |
| 102. | 07/02/2020 | CDC – Overview of Testing for SARS-CoV-2 | https://www.cdc.gov/coronavirus/2019-ncov/hcp/testing-overview.html | | | | |
| 103. | 10/2018 | B-14.51 – Influenza-Like Illness (ILI) | | | | | |
| 104. | 02/2019 | B-14.01 – Infection Control Program | | | | | |
| 105. | 02/2019 | B-14.02 – Correctional Managed Health Care Infection Control Committee | | | | | |
| 106. | 02/2019 | B-14.05 Occupational Exposure Counseling and Testing for TDCJ and Correctional Managed Health Care Employees (With Attachments A-N) | | | | | |
| 107. | 03/2020 | CMHC Infection Control Policy Manual: Table of Contents | | | | | |
| 108. | 03/20/2020 | B-14.52 – Policy: To outline management and control measures for facilities to follow in response to the spread of COVID-19 | VALENTINE 0006 – 0014 | | | | |
| 109. | 03/27/2020 | B-14.52 – Policy: To outline management and control measures for facilities to follow in response to the spread of COVID-19 | VALENTINE 0027 – 0057 | | | | |

| Ex. | Date | Description | Reference | OFFER | OBJ. | ADMIT | N/ ADM |
|---|---|---|---|---|---|---|---|
| 110. | 04/02/2020 | B-14.52 – Policy: To outline management and control measures for facilities to follow in response to the spread of COVID-19 | VALENTINE 0058 – 0088 | | | | |
| 111. | 04/15/2020 | B-14.52 – Policy: To outline management and control measures for facilities to follow in response to the spread of COVID-19 | VALENTINE 0089 – 0125 | | | | |
| 112. | 05/06/2020 | B-14.52 – Policy: To outline management and control measures for facilities to follow in response to the spread of COVID-19 | VALENTINE 0652 – 0688 | | | | |
| 113. | | Exhibit Withdrawn | | | | | |
| 114. | 05/13/2020 | B-14.52 – Policy: To outline management and control measures for facilities to follow in response to the spread of COVID-19 | VALENTINE 0689 – 0727 | | | | |
| 115. | 6/11/2020 | B-14.52 – Policy: To outline management and control measures for facilities to follow in response to the spread of COVID-19 | VALENTINE 3409 – 3451 | | | | |
| 116. | | Exhibit Withdrawn | | | | | |
| 117. | 07/01/2019 | U.S. Census – Quickfacts Texas | https://www.census.gov/quickfacts/TX | | | | |
| 118. | 03/16/2020 | Declaration of Local Disaster for Public Health Emergency, Grimes County, Texas | | | | | |

| Ex. | DATE | DESCRIPTION | REFERENCE | OFFER | OBJ. | ADMIT | N/ ADM |
|---|---|---|---|---|---|---|---|
| 119. | 03/19/2020 | Governor Greg Abbott's Executive Order No. GA-08 relating to COVID-19 preparedness and mitigation | | | | | |
| 120. | 03/23/2020 | Extended Declaration of Local Disaster for Public Health Emergency, Grimes County, Texas | | | | | |
| 121. | 03/25/2020 | President Donald J. Trump Approves Texas Disaster Declaration | | | | | |
| 122. | 03/25/2020 | Texas House of Representatives Mitigation Efforts | | | | | |
| 123. | 03/26/2020 | Memorandum from William Barr re Prioritization of Home Confinement as Appropriate in Response to COVID-19 Pandemic | | | | | |
| 124. | 04/16/2020 | Grimes County Office of Emergency Management Press Release – Eighth and Ninth Confirmed Cases of COVID-19 in Grimes County | | | | | |
| 125. | 05/12/2020 | Governor Greg Abbott – Texas Disaster Proclamation | | | | | |
| 126. | 05/18/2020 | Grimes County Emergency Management | | | | | |
| 127. | 05/18/2020 | Texas Case Counts COVID-19 – Brazos County | | | | | |
| 128. | 05/18/2020 | Texas Case Counts COVID-19 – Grimes County | | | | | |

| EX. | DATE | DESCRIPTION | REFERENCE | OFFER | OBJ. | ADMIT | N/ ADM |
|-----|------|-------------|-----------|-------|------|-------|--------|
| 129. | 05/18/2020 | Texas Case Counts COVID-19 – Washington County | | | | | |
| 130. | | Step 2 Grievance of Laddy Valentine | VALENTINE 3072 – 3083 | | | | |
| 131. | | Most recent COVID-19 Grievances and any responses | Compilation | | | | |
| 132. | 03/26/2020 | Email from F. Gattis to L. Davis et al.; Subj: COVID-19 Grievances through 03/25/20 | VALENTINE 6205 – 6207[2] | | | | |
| 133. | 04/01/2020 | TDCJ Step 1 Offender Grievance Form – Laddy Valentine | VALENTINE 0637 – 0644 | | | | |
| 134. | 04/02/2020 | TDCJ Step 1 Offender Grievance Form – Laddy Valentine | VALENTINE 0645 – 0650 | | | | |
| 135. | 04/02/2020 | Email from F. Gattis to L. Davis et al.; Subj: COVID-19 Grievances through 04/01/20 | VALENTINE 6147 – 6148 | | | | |
| 136. | 04/03/2020 | Email from F. Gattis to L. Davis et al.; Subj: COVID-19 Grievances through 04/02/20 | VALENTINE 6071 – 6073 | | | | |
| 137. | 04/06/2020 | Email from F. Gattis to L. Davis et al.; Subj: COVID-19 Grievances through 04/03/20 | VALENTINE 10223 – 10225 | | | | |
| 138. | 04/07/2020 | Email from F. Gattis to L. Davis et al.; Subj: COVID-19 Grievances through 04/06/20 | VALENTINE 9869 – 9872 | | | | |
| 139. | 04/08/2020 | Email from F. Gattis to L. Davis et al.; Subj: COVID-19 Grievances through 04/07/20 | VALENTINE 10159 – 10163 | | | | |

---

[2] Due to errors in TDCJ's image production, Plaintiffs expect they may submit printouts of the text production of exhibits 206 through 223.

| Ex. | Date | Description | Reference | OFFER | OBJ. | ADMIT | N/ADM |
|---|---|---|---|---|---|---|---|
| 140. | 04/09/2020 | Email from F. Gattis to L. Davis et al.; Subj: COVID-19 Grievances through 04/08/20 | VALENTINE 5869 – 5872 | | | | |
| 141. | 04/09/2020 | Email from F. Gattis to L. Davis et al.; Subj: COVID-19 Grievances through 04/10/20 | VALENTINE 9857 – 9860 | | | | |
| 142. | 04/13/2020 | Email from F. Gattis to L. Davis et al.; Subj: COVID-19 Grievances through 04/10/20 | VALENTINE 10246 – 10248 | | | | |
| 143. | 04/15/2020 | Affidavit of Frances Gattis re Grievances of Laddy Valentine | VALENTINE 0193 – 0194 | | | | |
| 144. | 04/16/2020 | Email from F. Gattis to L. Davis et al.; Subj: COVID-19 Grievances through 04/15/20 | VALENTINE 9730 – 9734 | | | | |
| 145. | 04/16/2020 | Email from F. Gattis to L. Davis et al.; Subj: COVID-19 Grievances through 04/14/20 | VALENTINE 9739 – 9743 | | | | |
| 146. | 04/20/2020 | Email from F. Gattis to L. Davis et al.; Subj: COVID-19 Grievances through 04/17/20 | VALENTINE 9464 – 9466 | | | | |
| 147. | 04/21/2020 | Email from F. Gattis to L. Davis et al.; Subj: COVID-19 Grievances through 04/20/20 | VALENTINE 9355 – 9360 | | | | |
| 148. | 04/23/2020 | Email from F. Gattis to L. Davis et al.; Subj: COVID-19 Grievances through 04/22/20 | VALENTINE 9154 – 9159 | | | | |
| 149. | 04/24/2020 | Email from F. Gattis to L. Davis et al.; Subj: COVID-19 Grievances through 04/23/20 | VALENTINE 9120 – 9127 | | | | |
| 150. | 04/27/2020 | Email from F. Gattis to L. Davis et al.; Subj: COVID-19 Grievances through 04/24/20 | VALENTINE 5750 – 5754 | | | | |

| Ex. | Date | Description | Reference | OFFER | OBJ. | ADMIT | N/ ADM |
|---|---|---|---|---|---|---|---|
| 151. | 03/31/2018 – 04/28/2020 | Grievances Filed at Pack Unit | VALENTINE 3096 – 3186 | | | | |
| 152. | 04/28/2020 | Email from F. Gattis to L. Davis et al.; Subj: COVID-19 Grievances through 04/27/20 | VALENTINE 8754 – 8761 | | | | |
| 153. | 05/11/2020 | TDCJ Step 1 Offender Grievance Form - Laddy C. Valentine (Collier Dep. Ex. 3) | VALENTINE 0638 – 0644 | | | | |
| 154. | 05/11/2020 | Email from F. Gattis to L. Davis et al.; Subj: COVID-19 Grievances through 05/08/20 | VALENTINE 8417 – 8420 | | | | |
| 155. | 05/12/2020 | TDCJ Step 1 Offender Grievance Form – Richard King | VALENTINE 2273 – 2277 | | | | |
| 155 A | 06/30/2020 | TDCJ Step 2 Offender Grievance Form – Richard King | VALENTINE 11533 – 11537 | | | | |
| 156. | | Exhibit Withdrawn | | | | | |
| 157. | 05/26/2020 | Email from J. Riley to D. Davis and others; Subj: COVID-19 Related Grievance Instructions | VALENTINE 2441 - 2445 | | | | |
| 158. | 05/26/2020 | Administrative Incident Review re Daniel Thompson | VALENTINE 1605 – 1633 | | | | |
| 159. | 06/02/2020 | Brooks Provisional Autopsy | VALENTINE 2560 –2561 | | | | |
| 160. | 04/14/2020 | Clerkly Provisional Autopsy | VALENTINE 2562 – 2564 | | | | |
| 161. | Various Dates | COVID-19 Offender Source Contact Tracing (Herrera Dep. Ex. 3) | VALENTINE 1636 – 1673 | | | | |
| 162. | 03/28/2020 | Laddy Valentine I-60 | VALENTINE 2271 – 2272 | | | | |

| Ex. | DATE | DESCRIPTION | REFERENCE | OFFER | OBJ. | ADMIT | N/ ADM |
|---|---|---|---|---|---|---|---|
| 163. | 06/06/2020 | Hart Death Notification | VALENTINE 3206 – 3208 | | | | |
| 164. | 06/05/2020 | Hernandez Death Notification | VALENTINE 3209 – 3211 | | | | |
| 165. | 06/01/2020 | Lacy Provisional Autopsy | VALENTINE 2565 – 2566 | | | | |
| 166. | | List of Autopsies Performed | VALENTINE 2571 | | | | |
| 167. | Various | Most recent Pack Unit administrative reviews of deaths relating to COVID-19 | Compilation | | | | |
| 168. | | Most recent Pack Unit COVID-19 test results | | | | | |
| 169. | | Most recent Pack Unit records of hospitalizations relating to COVID-19 | | | | | |
| 170. | | Pack Inmate Testing Results | VALENTINE 1319 – 1324 | | | | |
| 171. | 05/14/2020 | Pack Unit Rosters April 2020 | VALENTINE 1428 – 1524 | | | | |
| 172. | 05/04/2020 | Pack Unit Roster May 2020 | VALENTINE 1525 –1573 | | | | |
| 173. | 05/12/2020 | Provisional Autopsy of Daniel Thommpson | VALENTINE 2567 – 2568 | | | | |
| 174. | | Exhibit Withdrawn | | | | | |
| 175. | 05/28/2020 | Provisional Autopsy of David Uhrich | VALENTINE 2569 – 2570 | | | | |
| 176. | | Exhibit Withdrawn | | | | | |

| Ex. | Date | Description | Reference | OFFER | OBJ. | ADMIT | N/ADM |
|---|---|---|---|---|---|---|---|
| 177. | 04/12/2020 | Robertston Admin Review | VALENTINE 3187 – 3205 | | | | |
| 178. | 06/04/2020 | Sprague Death Notification | VALENTINE 3212 – 3213 | | | | |
| 179. | Most recent available | TDCJ COVID-19 Case Counts | https://txdps.maps.arcgis.com/apps/opsdashboard/index.html#/dce4d7da662945178ad5fbf3981fa35c | | | | |
| 180. | Most recent available | TDCJ Presumed COVID-19 Offender Deaths | https://www.tdcj.texas.gov/covid-19/presumed.html | | | | |
| 181. | 01/01/2020 – 04/11/2020 | Medical Records of Leonard Clerkly | VALENTINE 1716 – 2084 | | | | |
| 182. | 01/01/2020 – 04/11/2020 | UTMB Medical Records for Leonard Clerkly | VALENTINE 2085 – 2158 | | | | |
| 183. | 01/01/2020 – 04/30/2020 | Medical Records of Laddy Valentine | VALENTINE 2174 – 2205 | | | | |
| 184. | 01/01/2020 – 04/30/2020 | Medical Records of Richard King | VALENTINE 2209 – 2267 | | | | |
| 185. | 03/01/2020 – 06/01/2020 | Coronavirus Lab Results (All Patients Active & Inactive) | VALENTINE 2506 – 2554 | | | | |
| 186. | 04/03/2020 | Contact Tracing Log – Clerkly | VALENTINE 10599 | | | | |
| 187. | 04/03/2020 | Contact Tracing Log – Thompson | VALENTINE 10594 | | | | |
| 188. | 04/12/2020 | TDCJ Memo re Offender Death re James Robertson | VALENTINE 3187 – 3192 | | | | |
| 189. | 04/18/2020 | TDCJ Memo re Offender Death re Clerkly | VALENTINE 0728 – 0767 | | | | |

| EX. | DATE | DESCRIPTION | REFERENCE | OFFER | OBJ. | ADMIT | N/ ADM |
|-----|------|-------------|-----------|-------|------|-------|--------|
| 190. | | Exhibit Withdrawn | | | | | |
| 191. | 05/01/2020 – 05/22/2020 | Medical Records of Laddy Valentine | VALENTINE 2206 – 2208 | | | | |
| 192. | 05/01/2020 – 05/27/2020 | Medical Records of Laddy Valentine | VALENTINE 2388 – 2402 | | | | |
| 193. | 05/01/2020 – 05/22/2020 | Medical Records of Richard King | VALENTINE 2268 – 2270 | | | | |
| 194. | 05/01/2020 – 05/27/2020 | Medical Records of Richard King | VALENTINE 2409 – 2437 | | | | |
| 195. | 05/03/2020 | TDCJ Memo re Offender Death (Alvis Norris) (Herrera Dep. Ex. 7) | VALENTINE 01576 – 1604 | | | | |
| 196. | 05/07/2020 | Provisional Autopsy of Alvis Norris | VALENTINE 2438 – 2439 | | | | |
| 197. | | Exhibit Withdrawn | | | | | |
| 198. | 05/11/2020 | Contact Tracing Log – Fountain | VALENTINE 10542 | | | | |
| 199. | 05/11/2020 | Contact Tracing Log – Healy | VALENTINE 10543 | | | | |
| 200. | 05/12/2020 | Contact Tracing Log – Flores | VALENTINE 10541 | | | | |
| 201. | 05/12/2020 | Contact Tracing Log – Straubing | VALENTINE 10544 | | | | |
| 202. | 05/13/2020 | Contact Tracing Log – Brooks | VALENTINE 10552 | | | | |
| 203. | 05/13/2020 | Contact Tracing Log – Casique | VALENTINE 10553 | | | | |
| 204. | 05/13/2020 | Contact Tracing Log – Elmer | VALENTINE 10554 | | | | |

| Ex. | Date | Description | Reference | OFFER | OBJ. | ADMIT | N/ADM |
|------|------|-------------|-----------|-------|------|-------|-------|
| 205. | 05/13/2020 | Contact Tracing Log – Gocha | VALENTINE 10489 | | | | |
| 206. | | Exhibit Withdrawn | | | | | |
| 207. | 05/16/2020 | Contact Tracing Log – Gonzales | VALENTINE 10496 | | | | |
| 208. | 05/16/2020 | Contact Tracing Log – Jefferson | VALENTINE 10498 | | | | |
| 209. | 05/16/2020 | Contact Tracing Log – Kinhult | VALENTINE 10499 | | | | |
| 210. | 05/16/2020 | Contact Tracing Log – McHald | VALENTINE 10502 | | | | |
| 211. | 05/16/2020 | Contact Tracing Log – Samuel | VALENTINE 10507 | | | | |
| 212. | 05/16/2020 | Contact Tracing Log – Sanchez | VALENTINE 10508 | | | | |
| 213. | 05/16/2020 | Contact Tracing Log – Vega | VALENTINE 10510 | | | | |
| 214. | 05/18/2020 | Contact Tracing Log – Higgins | VALENTINE 10479 | | | | |
| 215. | 05/19/2020 | Pack Unit Housing List | VALENTINE 1674 – 1685 | | | | |
| 216. | 5/26/2020 | Pack Unit May Updated Roster | VALENTINE 2459 – 2505 | | | | |
| 217. | | Exhibit Withdrawn | | | | | |
| 218. | | Exhibit Withdrawn | | | | | |
| 219. | | Exhibit Withdrawn | | | | | |

| Ex. | DATE | DESCRIPTION | REFERENCE | OFFER | OBJ. | ADMIT | N/ADM |
|---|---|---|---|---|---|---|---|
| 220. | 07/07/2020 | Rebuttal Report of Jeremy D. Young, MD, MPH | | | | | |
| 220 A | | Curriculm Vitae of Jeremy D. Young, MD, MPH | | | | | |
| 221. | 03/30/2020 | Declaration of Jeremy D. Young, MD, MPH (ECF Mo. 12) | | | | | |
| 222. | 04/01/2020 | Declaration of Robert L. Cohen, M.D. (ECF No. 13) | | | | | |
| 222 A | | Curriculm Vitae of Robert L. Cohen, MD | | | | | |
| 223. | 04/01/2020 | Report of Eldon Vail (ECF No. 14) | | | | | |
| 223 A | | Curriculum Vitae of Eldon Vail | | | | | |
| 224. | 04/02/2020 | Declaration of Joseph Gathe, MD | | | | | |
| 225. | | Exhibit Withdrawn | | | | | |
| 226. | 04/15/2020 | Declaration of Robert Herrera (Herrera Dep. Ex. 6) | VALENTINE 0160 – 0192 | | | | |
| 227. | 04/15/2020 | Declaration of Laddy Valentine (ECF No. 31) | | | | | |
| 228. | 04/15/2020 | Declaration of Richard King (ECF No. 32) | | | | | |
| 229. | 04/15/2020 | Declaration of Robert Herrera | VALENTINE 0768 – 0800 | | | | |
| 230. | 06/20/2020 | Amended Report of Eldon Vail | | | | | |
| 231. | 06/23/2020 | Supplemental Declaration of Jeremy D. Young, MD, MPH | | | | | |

| Ex. | Date | Description | Reference | OFFER | OBJ. | ADMIT | N/ ADM |
|---|---|---|---|---|---|---|---|
| 232. | 06/26/2020 | Supplemental Declaration of Robert L. Cohen, M.D. | | | | | |
| 233. | 1997 | Voss A, Widmer AF. No time for handwashing? Handwashing versus alcoholic rub: can we afford 100% compliance? | VALENTINE-YOUNG 00087 - 00091 | | | | |
| 234. | 2005 | Gordin FM, Schultz ME, Huber RA, Gill JA. Reduction in nosocomial transmission of drug-resistant bacteria after introduction of alcohol-based handrub | VALENTINE-YOUNG 00059 - 00063 | | | | |
| 235. | 2000 | Pittet D, Hugonnet S, Harbarth S, et al.  Effectiveness of a hospital-wide programme to improve compliance with hand hygiene | VALENTINE-YOUNG 00053 - 00058 | | | | |
| 236. | 2020 | Chu DKW, Pan Y, Cheng SMS, et al. Molecular diagnosis of a novel coronavirus (2019-nCoV) causing an outbreak of pneumonia | VALENTINE-YOUNG 00072 - 00078 | | | | |
| 236 A. | 04/2020 – 05/2020 | Njuguna H, Wallace M, Simonson S, et al. Serial laboratory testing for SARS-CoV-2 infection among incarcerated and detained persons in a correctional and detention facility – Louisiana | VALENTINE-YOUNG 00065 - 00071 | | | | |

| Ex. | DATE | DESCRIPTION | REFERENCE | OFFER | OBJ. | ADMIT | N/ADM |
|---|---|---|---|---|---|---|---|
| 237. | 03/10/2020 | Nearly 100 prison inmates in NY to produce 100K gallons of hand sanitizer weekly | | | | | |
| 238. | 03/21/2020 | Grimes County's second confirmed COVID-19 case is a close contact of first patient | | | | | |
| 239. | 03/23/2020 | Substance abuse counselor who visited inmates at Richmond prison tests positive for coronavirus, officials announce (News article) | | | | | |
| 240. | 03/24/2020 | Coronavirus hits Texas prisons with first inmate case confirmed | | | | | |
| 241. | 03/25/2020 | Washington County: 101 out of 146 positive cases of COVID-19 linked to one nursing home | | | | | |
| 242. | 03/28/2020 | Prisoners At Rikers Say It's Like a 'Death Sentence' As Coronavirus Spreads | | | | | |
| 243. | 03/28/2020 | Coronavirus In Chicago: 89 Inmates, 12 Staff At Cook County Jail Test Positive For COVID-19 | | | | | |
| 244. | 03/28/2020 | Sheriff announces 51 new coronavirus cases at Cook County Jail, raising total to 89 | | | | | |
| 245. | 03/28/2020 | Prisoner serving time for drug charge is first U.S. inmate to die from COVID-19 | | | | | |

| EX. | DATE | DESCRIPTION | REFERENCE | OFFER | OBJ. | ADMIT | N/ADM |
|---|---|---|---|---|---|---|---|
| 246. | 03/29/2020 | An explosion of coronavirus case cripples a federal prison in Louisiana | | | | | |
| 247. | 03/30/2020 | Estimates of the severity of coronavirus disease 2019: a model-based analysis, (www.thelancet.com/infection) (ECF No. 58-7) | | | | | |
| 248. | 03/30/2020 | Coronavirus in Greater Houston: Live Updates | | | | | |
| 249. | 03/30/2020 | First COVID-19 cases confirmed in Minnesota's prison system | | | | | |
| 250. | 03/30/2020 | Stateville Inmate Dies, Several Others on Ventilators After Testing Positive for Coronavirus | | | | | |
| 251. | 03/30/2020 | Keri Blakinger (@keribla) Tweet | | | | | |
| 252. | 04/16/2020 | Grimes County confirm another COVID-19 case at Pack Unit (ECF No. 58-2) | | | | | |
| 253. | 04/20/2020 | See Which States and Cities Have Told Residents to Stay at Home | | | | | |
| 254. | 04/22/2020 | Deaths of two longtime TDCJ employees linked to coronavirus | | | | | |
| 255. | 04/23/2020 | Texas Prison Employees Die After Testing Positive for Coronavirus | | | | | |
| 256. | 04/29/2020 | TDCJ: Correction officer at Abilene Middleton Unit dies of COVID-19 | | | | | |

| Ex. | Date | Description | Reference | OFFER | OBJ. | ADMIT | N/ADM |
|------|---------|-------------|-----------|-------|------|-------|-------|
| 257. | 05/09/2020 | 2 Texas correctional officers die from possible COVID-19 complications | | | | | |
| 258. | 05/09/2020 | Two more Texas Department of Criminal Justice employees may have died due to COVID-19 | | | | | |
| 259. | 05/11/2020 | Texas prison COVID-19 death toll continues to rise | | | | | |
| 260. | 05/12/2020 | Texas expanding COVID-19 testing in prisons | | | | | |
| 261. | 05/12/2020 | Texas prisons to begin widespread coronavirus testing for inmates with self-administered tests | | | | | |
| 262. | 05/12/2020 | Texas prisons will implement widespread coronavirus testing procedure | | | | | |
| 263. | 05/12/2020 | TDCJ: Ten of thousands of COVID-19 tests to be deployed to state prisons | | | | | |
| 264. | 05/13/2020 | Coronavirus in Texas – May 13 | | | | | |
| 265. | 5/13/2020 | Texas Ramps up COVID-19 Testing at State Prisons | | | | | |
| 266. | 05/14/2020 | Texas testing all inmates for COVID-19; strike team deployed to Grimes County's Pack Unit | | | | | |
| 267. | 07/07/2020 | CDC Interim Consideration for SARS-CoV-2 Testing in Correctional and Detention Facilities | | | | | |

| Ex. | DATE | DESCRIPTION | REFERENCE | OFFER | OBJ. | ADMIT | N/ ADM |
|---|---|---|---|---|---|---|---|
| 268. | | Dr. Jeffrey Beard's Handwritten Notes - TDCJ | | | | | |
| 269. | 06/03/2020 | Dr. Jeffrey Beard Invoice for services provided (May 2020) | | | | | |
| 270. | 07/01/2020 | Dr. Jeffrey Beard Invoice for services provided (June 2020) | | | | | |
| 271. | 05/29/2020 | Dr. Jeffrey Beard's Handwritten Notes – TDCJ Tour | | | | | |
| 272. | 05/15/2020 | Email from J. Riley to L. Davis and others; Subj: COVID-19 Grievances 05/14/2020 | VALENTINE 35379 – 35381 | | | | |
| 273. | 05/19/2020 | Email from J. Riley to L. Davis and others; Subj: RE: COVID-19 Grievances 5/18/2020 | VALENTINE 35373 – 35378 | | | | |
| 274. | 05/22/2020 | Email from J. Riley to L. Davis and others; Subj: COVID-10 Grievances 05/21/2020 | VALENTINE 35363 – 35365 | | | | |
| 275. | 05/28/2020 | Email from J. Riley to L. Davis and others; Subj: COVID-10 Grievances 05/26/2020 | VALENTINE 35341 – 35346 | | | | |
| 276. | 05/29/2020 | Email from J. Riley to L. Davis and others; Subj: COVID-10 Grievances 05/28/2020 | VALENTINE 35335 – 35340 | | | | |
| 277. | 06/01/2020 | Email from J. Riley to L. Davis and others; Subj: COVID-10 Grievances 05/29/2020 | VALENTINE 33673 – 33678 | | | | |
| 278. | 06/03/2020 | Email from J. Riley to L. Davis and others; Subj: COVID-10 Grievances 06/01/2020 | VALENTINE 32034 – 32042 | | | | |
| 279. | 06/03/2020 | Email from J. Riley to L. Davis and others; Subj: COVID-10 Grievances 06/02/2020 | VALENTINE 35321 – 35328 | | | | |

| Ex. | Date | Description | Reference | OFFER | OBJ. | ADMIT | N/ADM |
|---|---|---|---|---|---|---|---|
| 280. | 06/04/2020 | Email from J. Riley to L. Davis and others; Subj: COVID-10 Grievances 06/03/2020 | VALENTINE 33518 – 33522 | | | | |
| 281. | 06/05/2020 | Email from J. Riley to L. Davis and others; Subj: COVID-10 Grievances 06/04/2020 | VALENTINE 35382 – 35385 | | | | |
| 282. | 06/09/2020 | Email from J. Riley to L. Davis and others; Subj: COVID-10 Grievances 06/08/2020 | VALENTINE 35354 – 35362 | | | | |
| 283. | 06/10/2020 | Email from J. Riley to L. Davis and others; Subj: COVID-10 Grievances 06/09/2020 | VALENTINE 35315 – 35320 | | | | |
| 284. | 06/11/2020 | Email from J. Riley to L. Davis and others; Subj: COVID-10 Grievances 06/10/2020 | VALENTINE 35309 – 35314 | | | | |
| 285. | | Accelerated Emergency Use Authorization (EUA) Summary Curative-Korva SARS-COV-2 ASSAY | | | | | |
| 286. | 05/21/2020 | K. Hawkins, Solicitor General's letter to Fifth Circuit Court of Appeals | | | | | |
| 287. | 05/28/2020 | K. Hawkins, Solicitor General's letter to Fifth Circuit Court of Appeals | | | | | |

Plaintiffs reserve the right to use any exhibits identified by Defendants as potential exhibits.

Plaintiffs' additionally reserve the right to use any filing or statement at a hearing made by Defendants, demonstrative exhibits, all deposition testimony, including deposition designation excerpts, and exhibits for impeachment and rebuttal, which do not specifically appear on the exhibit list at trial.

Dated: July 12, 2020.

Respectfully submitted,

**WINSTON & STRAWN LLP**

By:   /s/ John R. Keville

|  |  |
|---|---|
| Jeff Edwards | John R. Keville |
| State Bar No. 24014406 | *Attorney-in-Charge* |
| Scott Medlock | Texas State Bar No. 00794085 |
| State Bar No. 24044783 | S.D. Tex. ID No. 20922 |
| Michael Singley | jkeville@winston.com |
| State Bar No. 00794642 | Denise Scofield |
| David James | Texas Bar No. 00784934 |
| State Bar No. 24092572 | S.D. Tex. ID No. 1529 |
| Federal ID No. 2496580 | dscofield@winston.com |
| **THE EDWARDS LAW FIRM** | Michael T. Murphy |
| The Haehnel Building | Texas Bar No. 24051098 |
| 1101 East 11th Street | S.D. Tex. ID No. 621098 |
| Austin, TX 78702 | mtmurphy@winston.com |
| Tel. (512) 623-7727 | Brandon W. Duke |
| Fax. (512) 623-7729 | Texas Bar No. 240994476 |

Jeff Edwards
State Bar No. 24014406
Scott Medlock
State Bar No. 24044783
Michael Singley
State Bar No. 00794642
David James
State Bar No. 24092572
Federal ID No. 2496580
**THE EDWARDS LAW FIRM**
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel. (512) 623-7727
Fax. (512) 623-7729

John R. Keville
*Attorney-in-Charge*
Texas State Bar No. 00794085
S.D. Tex. ID No. 20922
jkeville@winston.com
Denise Scofield
Texas Bar No. 00784934
S.D. Tex. ID No. 1529
dscofield@winston.com
Michael T. Murphy
Texas Bar No. 24051098
S.D. Tex. ID No. 621098
mtmurphy@winston.com
Brandon W. Duke
Texas Bar No. 240994476
S.D. Tex. ID No. 2857734
bduke@winston.com
Benjamin D. Williams
Texas Bar No. 24072517
S.D. Tex. ID No. 1447500
bwilliams@winston.com
Robert L. Green
Texas Bar No. 24087625
S.D. Tex. ID No. 2535614
RLGreen@winston.com
Corinne Stone Hockman
Texas Bar No. 24102541
S.D. Tex. ID No. 3019917
CHockman@winston.com
**WINSTON & STRAWN LLP**
800 Capital Street, Suite 2400
Houston, Texas 77002
Tel. (713) 651-2600
Fax (713) 651-2700

**Counsel for Plaintiffs**

**<u>Certificate of Service</u>**

     I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on July 12, 2020.

*/s/ John R. Keville*
John R. Keville