UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LADDY CURTIS VALENTINE, *et al*, | § § § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 4:20-CV-1115 |
| | § |
| BRYAN COLLIER, *et al*, | § § |
| Defendants. | § § |

### ORDER

Victor Jewell Black has filed a "Rule 15(a) Amended to Class Action" (Docket Entry Number 267).

Under F.R.Civ.P. 15(a)(2), an amendment this late in the proceedings requires leave of Court. The case has proceeded to trial, which is now entering its fourth week. Leave of court to amend is not appropriate.

However, Mr. Black is entitled to file his own case.

**IT IS SO ORDERED.**

SIGNED this 4th day of August, 2020.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE