**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**CORRECTIONAL INSTITUTIONS DIVISION**

**DIRECTOR'S REVIEW COMMITTEE**
**DECISION FORM**

United States Courts
Southern District of Texas
FILED

AUG 05 2020

David J. Bradley, Clerk of Court

4:19cv537
4:20cv1115

Offender: COLLINS, Douglas         TDCJ-ID#: 298978

Unit: P1  026                      Date: 07/20/20

The Director's Review Committee (DRC) has rendered a decision regarding your appeal of the Unit decision not to allow you to mail a piece of meat product found in legal mail in contradiction with BP-03.91, Uniform Offender Correspondence Rules.

The envelope is addressed to:

> David J Bradley
> U.S Distruct Court Southern District of Texas P.O. Box 61010
> Houston, TX 77208

It is the decision of the DRC to **uphold** the Unit decision not to allow you to mail the above referenced correspondence and/or item(s).

DRC/AJ

copy: Unit Mailroom
      David J Bradley
      file