**UNITED STATES DISTRICT COURT**    **SOUTHERN DISTRICT OF TEXAS**

## HOUSTON DIVISION

Laddy Curtis Valentine, et al.
　　*Plaintiff(s),*

v.                                                                    Case No. 4:20–cv–01115

Bryan Collier, et al.
　　*Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:　**Status Conference**
RE: Sealed Document – #340

DATE:　**8/11/2020**

TIME:　**02:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3–A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

**David J. Bradley, Clerk**                                          Date: August 11, 2020

By Deputy Clerk, A. Rivera