United States District Court
Southern District of Texas
**ENTERED**
August 13, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LADDY CURTIS VALENTINE and RICHARD ELVIN KING, individually and on behalf of those similarly situated, Plaintiffs, | § § § § § |
| v. | §  Civil Action No. 4:20-cv-01115 |
| BRYAN COLLIER, in his official capacity, ROBERT HERRERA, in his official capacity, And TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Defendants. | § § § § § § |

## ORDER

On this day, came to be heard Defendants' Unopposed Emergency Motion for Reconsideration and any response thereto. Having considered the motion, response and argument of the parties, the Court is of the opinion that the motion has merit. Therefore, it is:

**ORDERED** that Defendants' Unopposed Emergency Motion for Reconsideration is **GRANTED** in its entirety. It is further

**ORDERED** that R3 shall produce to Defendants only, the thumbnail images described in paragraph 7C of the Protocol for Defendants' review for confidential and privileged information in accordance with Paragraph 8 of the Protocol. It is further

**ORDERED** that Defendants have 24 hours to review and redact sensitive and confidential material within the photo thumbnails before they are produced to Plaintiffs.

SIGNED this 13th day of August, 2020.

**THE HONORABLE KEITH ELLISON
UNITED STATES DISTRICT JUDGE**