United States District Court
Southern District of Texas
**ENTERED**
August 18, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LADDY CURTIS VALENTINE, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-1115 |
| | § | |
| BRYAN COLLIER, *et al*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

At a telephonic hearing on August 18, 2020, the Court requested an update on the number of inmates at Pack Unit affected by COVID-19 as well as an update on testing at Pack Unit. Counsel for Defendant was unable to provide complete information. The Court finds and holds this information to be of utmost importance to this case, and accordingly requires a declaration from Defendants attesting under penalty of perjury to the following matters:

1. Currently, how frequently are inmates in Pack Unit tested for COVID-19?

2. Are all inmates in Pack Unit tested in each round of testing? If not, how are inmates selected to be tested?

3. On what date did the most recent round of testing in Pack Unit occur?

4. As of the most recent round of testing, how many inmates at Pack Unit are currently positive for COVID-19? How many inmates have been hospitalized in relation to COVID-19?

5. As of the most recent round of testing, how many employees at the Pack Unit are currently positive for COVID-19? How many employees at Pack Unit have been hospitalized in relation to COVID-19?

6. How many deaths of (1) inmates and (2) staff have been attributed to COVID-19? How many deaths have been categorized as possibly due to COVID-19 or as pending further testing?

7. If an inmate or staff member from the Pack Unit dies at a free world hospital, is the death counted as a Pack Unit death?

The declaration must be from a TDCJ official who is knowledgeable about these matters, and is to be submitted to the Court no later than noon on Friday, August 21, 2020.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 18th day of August, 2020.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE