# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LADDY CURTIS VALENTINE and RICHARD ELVIN KING, individually and on behalf of those similarly situated, Plaintiffs, § § § § § | |
| v. § | Civil Action No. 4:20-cv-01115 |
| BRYAN COLLIER, in his official capacity, ROBERT HERRERA, in his official capacity, And TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Defendants. § § § § § § | |

## ORDER

Pending before the Court is Defendants' August 20, 2020 Emergency Motion for an Extension of Time to Comply with Court Order Dkt. No. 352. (Doc. No. 370). Plaintiffs are unopposed to this motion but request production on a rolling basis. Having considered the motion, the Court is of the opinion that the motion has merit and also agrees that production can and should be made on a rolling basis. Therefore, it is:

**ORDERED** that Defendants' Emergency Motion for an Extension of Time to Comply with Court Order Dkt. No. 352 is **GRANTED**.

**ORDERED** that Defendants have until August 24, 2020, at 5:00 p.m. to review and redact sensitive and confidential material within the photo thumbnails before they are produced to Plaintiffs. Defendants should produce the photo thumbnails to Plaintiffs on a rolling basis as they are reviewed.

**SIGNED** this 20th day of August, 2020.

_____
THE HONORABLE KEITH ELLISON
UNITED STATES DISTRICT JUDGE