United States District Court
Southern District of Texas
**ENTERED**
August 20, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LADDY CURTIS VALENTINE,** *et al*, § § § **Plaintiffs,** § VS. § **BRYAN COLLIER,** *et al*, § § **Defendants.** § § § § | **CIVIL ACTION NO. 4:20-CV-1115** |

## ORDER FOR EXPEDITED RESPONSE

Plaintiffs have filed an Emergency Motion to Refer Certain Withheld Documents for *In Camera* Review. (Doc. No. 371). The Certificate of Conference indicates that this Motion is opposed. The Court requires that Defendants submit an expedited response. Defendants shall file a response on or before Friday, August 21, 2020 at 5:00 p.m.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 20th day of August, 2020.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE