UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Laddy Curtis Valentine, et al.

v.                                                          Case Number: 4:20−cv−01115

Bryan Collier, et al.

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:** by video
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 9/2/2020

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Miscellaneous Hearing

Date:   September 1, 2020

David J. Bradley, Clerk