VICTOR JEWELL BLACK
TDC#1686499
Pack Unit
2400 Wallace Pack Rd.
Navasota, Texas 77868

Date: Sept 4, 2020

David J. Bradley, Clerk
United States District Court
Southern District of Texas
P.O. BOX 61010
Houston, Texas 77208

re:   Civil Action No. 4:20-CV-01115

**Dear** Mr. Bradley

On July 26, 2020, I sent to this Court a "Rule 15(a) Amended To Class Action." (Docket Entry Number 267). On (approximately) August 03, 2020, I mailed a letter in reference to "a Recieving Order". This letter was "ENTERED" on 08/06/2020 (Docket Entry Number 295).

However, to this date I have yet to recieve any answer pertaining to my letter or the "Rule 15(a) Amended To Class Action Covid-19...(Docket Entry Number 267).

Can you please notify me of the status of my case? thank you for your time and assistance in this matter.

Sincerely,

Victor J. Black
Victor J. Black
TDC#1686499
Pack Unit
2400 Wallace Pack Rd.
Navasota, Texas 77868

Victor Black #1686499
Pack 1 Unit
2400 WALLACE PACK Rd.
NAVASOTA, TX 77868

Legal Mail

Clerk
United STATES DISTRICT COURT
Southern District of Texas
Post Office Box 61010
Houston, Texas 77208

United States Courts
Southern District of Texas
FILED
SEP 09 2020
David J. Bradley, Clerk of Court