United States District Court
Southern District of Texas
**ENTERED**
September 11, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LADDY CURTIS VALENTINE, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-1115 |
| | § | |
| BRYAN COLLIER, et al. | § | |
| | § | |
| Defendants. | § | |

# HEARING MINUTES AND ORDER

**Appearances**:

| **Counsel**: | **Representing**: |
|---|---|
| Brandon Duke | Plaintiff |
| C. Vasquez/ M. Branow | Defendants |

**Date**: 9/11/2020   **ERO**: Melissa Morgan
**Time**: 11:00- 11:30 am   **Interpreter**: 

**At the hearing the Court made the following rulings**:

A hearing was held on September 11, 2020.

Defendants produced exemplars of photos that they claimed were protected from discovery. The Court reviewed the exemplars and agrees that none require production.

The categories of photos and reasons they need not be produced are stated on the record.

SIGNED on September 11, 2020.

*Dena Palermo*

Dena Hanovice Palermo
UNITED STATES MAGISTRATE JUDGE