United States Courts
Southern District of Texas
FILED
SEP 28 2020
David J. Bradley, Clerk of Court

(1)                                                                 9/22/2020

Hello Judge Ellison,

How are you doing sir? Fine we hope. Sir, they are retaliatting and director Bryan Collier, is heading the retaliation. Let me show you how good they are still lying you. They told you it's not safe to use the day-room because of covid-19, so why in the hell are we sitting here watching them run class's in 11-c-part? And guess what, the inmates are not (3) feet apart, but because it's about money for T.D.C.J. and it's staff, no one cares. This is a medical unit and it's a shame, they have sick inmates living in standing water in their Cubielcs because of the rain, coming in from the holes in the cealing. Assistant warden J.C. Gonzales came in to our tank and moved a number of inmates, to cubielcs, so they can lay down and get some rest. We asked the rank and mrs. Brittney M. Tilley over classification, to move the inmates in 9-c-7, 9-c-45 because of standing water and their answer was, you wanted air condition and to stay on this unit, well that go with what the judge ordered, thank him. Half the brown bags are missing at every meal and inmates are waitting for their food and inmates on the same tank are eatting. But don't let them use that game about it's not safe to let us recreatte in the day-room because we are watching class's being ran next door in the day-room and inmates are just about sitting on top of one another, question all (4) tanks on what they see. You remember the game they tryed to run on you in (2016) about the school house and no room, for us to cool-off? Well this is the same thing, but backward. You see if they

open the day-room, they don't have the staff to watch us, all the time and if you check, you will find they never obeyed judge Justice order, one officer, for every ten inmates, check it. I think I messed them up with (herd immunity) and the price the old inmates are going to pay in the future because the virus is not done with you with the first wave, if you get it, the government say, your troubles have just startted, if you are old and sick and T.D.C.J. is giving it to us, just to stop testting and they want you to believe we are messed up, "really"? Your honor, I should have been home along time ago, but it was there foolish plan to keep me and punish me, "really"? So we are being retaliatted on and their retaliattion is a joke to me because they took the best years of my life and made me hard as a rock, watching them for (20) years, kill men and hide the bodys and lie to their familys and say, we let them go a week ago and you wonder why warden Herrera don't want me talking to you or mr. Medlock. If parole knew what I know, they would have let me go along time ago, now it's to late, ask me the questions and see if I don't get you the answers. Yes, the number of cancer cases are building up and I am tired of filing the grievances, but it's the law. Well the director is in our hall-way, thinking of a new way to punish us, I will tell you the plan once I hear it.   Douglas Collins
298978-9-C-33

To: David J. Bradley (clerk)
For Judge Keith P. Ellison
Civil Action No. 4:20-CV-01115
Civil Action No. 4:14-CV-01698
        Thank You