Your Honor,

(CASE # 4-20-CU-1115) 9-27-20

United States Courts
Southern District of Texas
FILED

SEP 30 2020

David J. Bradley, Clerk of Court

Here is just a few grievances to show you how the Pack 1 Unit is handling the spread of Covid-19 here on this unit. Also a paper to show them what and how they are suppose to test us for Covid-19. I writen on that what they do not do. The lady who was doing the test on me even said to me "someone has been drinking coffee" I told her yes I was drinking some when they came to get us for testing and Sir, anyone that has tested positive for Covid-19 they do not ever test them again. I ask one of the guys who were doing the testing about this and also told him that they (Pack 1 Unit) has already moved them guys back in the dorm with the rest of us without testing them to make sure were okay now and he said "oh no they are not suppose to do that." They still do not test them sir. I have not gotten those grievances back yet or I would have sent those also.. There are to many inmates here that are not doing life to die from something like because the Wallace Pack Unit is not doing their part to help stop the spread of Covid-19 .. I hope and pray that God will help you in your ruling on this case.. I do not wish to be in your shoes sir.. Thank you for your time in this matter and I hope that some of this will help you see from the inside out ... 23 years in here and still going, but if you do the crime you do the time sir ...

Respectfully

Lloyd E. Burruss #864554

 **CURATIVE KORVA** COVID-19 DETECTION

# COVID-19 Test Kit Instructions

## Let's get started.

⚠ Please use caution when handling the sample collection tube. The contents are used to aid in sample stabilization, however are hazardous. DO NOT EAT OR DRINK CONTENTS! It can cause skin and eye irritation. Use caution in handling this tube. Call poison control if you come in contact with this sample stabilization solution.

**DO NOT HAVE...**

food    drinks    mouthwash    **20 MINUTES** before the swab collection

If you have trouble following the instructions, contact us.

*They do not make sure of this sir, infact they don't let us have this paper they make us throw it away, but me being an old inmate I know how to keep things sir..*

Open the bag, peel open the swab package and remove the swab. **Do not touch the swab or place swab on any surface area before or after sample collection.**

**①** 

*I seen one guy drop his swab on the table and the one doing the test said it was okay.. Sir*

Hold the swab on its score line. **Cough deeply 3-5 times and swish phlegm or spit around mouth. Then swab; a. inside of each cheek b. upper and lower gums, c. underneath and top of tongue, d. roof of mouth.**

**②** 

**FACILITATOR**

Uncap the lid of the tube and insert the swab with the saliva sample into the tube. Align the score with the top of the tube. **Carefully break the swab at the score line.**

**③** 

*We do not break they tell us to put all of it in the tube. Therefore anything that may be on your hands is in the tube also..*

Securely cap the tube. Turn it upside down several times to mix specimen with tube solution. **Please print your name, date of birth and collection date on the tube label.** Use capital letters.

**④** 

*They do not do they put it on the bag only sir.*

**Please print your name, date of birth and collection date on the bag label.** Use capital letters. Put the tube back into the biohazard bag, ensure the absorbent pad is inside, and **seal the top of the bag.**

**⑤** 

 **CURATIVE KORVA** COVID-19 DETECTION

Return sample bag back to **sample collection facilitator.**

**⑥** 

 Results will be available within **48 hours** of receipt of sample to the lab.

© Curative Inc. 2020      **curativeinc.com**      P00001-V1

**CURATIVE KORVA** COVID-19 DETECTION

## Instrucciones para el kit COVID-19

⚠ Por favor tenga cuidado al manipular el tubo de muestras colectadas. Los contenidos se utilizan para ayudar en la estabilización de la muestra, sin embargo, son peligrosos. ¡NO COMA NI BEBA CONTENIDO! Puede causar irritación en la piel y los ojos. Tenga precaución al manipular este tubo. Llame a control de envenenamiento si entra en contacto con esta solución de estabilización de muestra.

### NO CONSUMA ...

alimentos        bebidas.        enjuagues bucales        20 MINUTOS antes de la recolección con el hisopo

Si tiene problemas siguiendo las instrucciones, contáctenos.

Abra la bolsa, retire el empaque del hisopo y saque el hisopo. **No lo toque ni lo coloque sobre ninguna superficie antes o después de la recolección de la muestra.**

**1** 

Sostenga el hisopo en su línea de puntuación. **Tosa profundamente** de 3 a 5 veces y dele vuelta a la flema o saliva dentro de la boca. Entonces use el hisopo: **a.** frotando dentro de cada mejilla **b.** luego las encías, la parte superior e inferior **c.** seguidamente, debajo y encima de la lengua **d.** finalmente, el paladar.

**2** 

Destape la tapa del tubo e inserte el hisopo con la muestra de saliva en el tubo. Alinee el marcador con la parte superior del tubo. **Con cuidado, rompa el hisopo en la línea de puntuación del marcador.**

**3** 

A continuación, tape bien el tubo. Déle la vuelta varias veces para mezclar la muestra con la solución del tubo. **Por favor, escriba su nombre, fecha de nacimiento y fecha de recolección en la etiqueta del tubo.**

**4** 

**Por favor, escriba su nombre, fecha de nacimiento y fecha de recolección en la etiqueta de la bolsa.** Utilizar letras mayúsculas. Vuelva a colocar el tubo en el bolsa de riesgo biológico, asegúrese de que la almohadilla absorbente esté adentro y selle la parte superior de la bolsa.

**5** 

Regrese la bolsa con la muestra al **facilitador encargado de recoger las muestras.**

**6** 



Empecemos.



**FACILITADOR**

**CURATIVE KORVA** COVID-19 DETECTION


Los resultados estarán disponibles en **48 horas** luego de recibir la muestra en el laboratorio.

© Curative Inc. 2020

curativeinc.com

P00001-V1



# Texas Department of Criminal Justice

## STEP 1

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY |
|---|
| Grievance #: 2020153859 |
| JUL 23 2020 |
| Date Received: |
| Date Due: 08/07/20 |
| Grievance Code: ~~ott~~ I-2604 930 |
| Investigator ID #: I26047 2433 |
| Extension Date: |
| Date Retd to Offender: JUL 27 2020 |

Offender Name: **Lloyd E. Burruss**  TDCJ # **864554**

Unit: **Pack 1 Unit**  Housing Assignment: **A-4-14**

Unit where incident occurred: **Pack 1 Unit**

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **Ms. Tilly and both Wardens**  When? **7-21-20**

What was their response? **Sent I-60s with no response**

What action was taken? **This Grievance**

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

They wonder how Covid-19 is spreading! Well I can show you. In A-4 dorm 29 bunk was sent on medical chain to Galveston. He left 4 dorm 10:30pm Sunday night on 7-19-20 and came back (after his trip) to 4 dorm on 7-21-20 at 3:00Am with no quarantine at all. They tell us (inmates) to help prevent the spread of Covid-19 yet they (Pack 1) are not doing their part and putting everyones life on the line. When someone leaves the unit are they not suppose to be quarantine for 2 to 14 days? Yet Pack 1 is not doing this and playing with our (inmates) lives. Just like I said in the begining, they just don't CARE!

---

**I-127 Front** (Revised 11-2010)  **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**  (OVER)

Appendix F

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Action Requested to resolve your Complaint.** Pack 1 can't fix this problem, but I believe that Edwards Law can.

**Offender Signature:** Lloyd C. Burriss       Date: 7-23-20

**Grievance Response:** **Your grievance has been received and investigated. Per Classification when an offender returns from Hospital Galveston they do not have to go through the 14 day quarantine, however, when an offender returns from a free world hospital they must go through the 14 day quarantine. The Pack Unit is following protocol and procedure that has been set forth by TDCJ regarding COVID-19 when housing offenders. No further action warranted at this time.**

**Signature Authority:** _____    J.C. Gonzales     Date 7/24/2020
                             **Assistant Warden**

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant. Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Grief Submission | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| **2nd Submission** | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| **3rd Submission** | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

Appendix I

cc-Filed 8-3-20



**Texas Department of Criminal Justice**

# STEP 2   OFFENDER GRIEVANCE FORM

Offender Name: __LLoyd E. Burruss__   TDCJ # __864554__

Unit: __Pack 1__   Housing Assignment: __A-4-14__

Unit where incident occurred: __Pack 1__

**OFFICE USE ONLY**

SEP 0 3 2020

Grievance #: __2020153859__

UGI Recd Date: __AUG 0 4 2020__

HQ Recd Date: __8-4-20__

Date Due: __8-19-20__

Grievance Code: __930__

Investigator ID#: __12448__

Extension Date: ____

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

I will be very specific! You said in your own answer on my step 1 that the only time an offender must under go quarantine is when they go to a free world hospital! Well the last time I was in Galveston ~~s~~ hospital it was a free world hospital!! So either the grievance officer on the Pack 1 unit does not Know what she is talking about or TDCJ needs to change their protocol and procedure when it comes to quarantineng an offender when they return from a free world hospital "Galveston"!! I am just guessing, but I think it's just the grievance officer does not Know what she is doing nor does the Pack 1 Unit when it comes to quarantining when returning from anywhere! That is why the Pack 1 Unit is leading the prison system in cases and deaths and Huntsville or someoneneeds to step in before we (inmates) all die from Covid-19. Rather we have 3 years or 20 in prison to do. We (inmates) are all on death Roll right now on the Wallace Pack Unit!

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

_____
_____
_____
_____
_____

**Offender Signature:** _Lloyd E. Buenos_   **Date:** _8 - 3 - 20_

**Grievance Response:**

Your Step 2 grievance has been investigated by this office.  You were appropriately advised at *Step 1 level.  Please refer* to that response.  The Wallace Pack Unit is following all Center for Disease Contol and State of Texas guideline to prevent the spread of COIVD-19.  No further action warranted by this office.

*H. M. Pederson*

**Signature Authority:** _____   **Date:** _AUG 1 9 2020_

**Returned because:**   *Resubmit this form when corrections are made.*

☐ **1. Grievable time period has expired.**

☐ **2. Illegible/Incomprehensible.***

☐ **3. Originals not submitted. ***

☐ **4. Inappropriate/Excessive attachments.***

☐ **5. Malicious use of vulgar, indecent, or physically threatening language.***

☐ **6. Inappropriate.***

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**          **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

  (check one) ____ Screened      ____ Improperly Submitted

Comments: _____

Date Returned to Offender:_____

**2nd Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

  (check one) ____ Screened      ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**          **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

  (check one) ____Screened      ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)                    **Appendix G**

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2020150774 |
| Date Received: | JUL 15 2020 |
| Date Due: | 7-31-20 |
| Grievance Code: | 930 |
| Investigator ID #: | I2453 |
| Extension Date: | |
| Date Retd to Offender: | JUL 22 2020 |

Offender Name: **Lloyd E. Burruss**   TDCJ # **864554**

Unit: **Pack 1**   Housing Assignment: **A4-14**

Unit where incident occurred: **Wallace Pack**

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **Sent I-60 to Wardens**   When? **7-14-20**

What was their response? **NEITHER one answered the I-60**

What action was taken? **This grievance and a copy sent to David James Edwards Law**

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

TDCJ and the Pack Unit are not letting inmates know about all the symptoms that could tell us we may have Covid-19. Therefore they are putting are health on the line or just don't care. They only have these symptoms posted,

Feverish
Cough
Shortness of Breath

But all the symptoms to let someone know that they may have Covid-19 are,

Fever
Cough
Shortness of breath or difficulty breathing
Repeated shaking with chills
Muscle pain
Headaches
Sore throat
New loss of taste or smell

So there is five symptoms they are not telling us about and Covid-19 is not something to play around with. Pack 1 is and hopeful it will stop. There has been six inmates moved out of this dorm due to testing positive of Covid-19 and in every case they let the inmates stay in the dorm with the rest of us and pack their own property. So you can say that they let them guys

---

**I-127 Front** (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

be in this dorm for at least a hour if not more. They did not even spray the bunks after those guys moved. Those guys were moved on June 27th and they did not take our temperature for two days after they moved the inmates that tested positive. They didn't care about the rest of us and this is a life or death ordeal. And as long as officers are pulling down their mask to talk Covid-19 is going to spread like wildfires on Pack 1 Unit and Kill more inmates that don't have a death sentence.

**Action Requested to resolve your Complaint.** I don't think you can fix this because you can't start acting like you care now. But Edwards Law can.

**Offender Signature:** Lloyd E. Burrow

**Grievance Response:** Your grievance has been received and investigated. Per Unit Administration the Wallace Pack Unit has adhered to all precautionary measures TDCJ has established regarding COVID-19 and staff follow strict guidelines and protocols as directed to include cleaning and properly wearing PPE. Offenders were also given a COVID-19 what to do card which states some of the symptoms associated with COVID-19. No further action warranted at this time.

**Signature Authority:** _____ **Date** 7/24/2020

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

OFFICE USE ONLY

Initial Submission                    UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission                    UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission                    UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix I

GC (Step) 7-24-20

SEP 03 2020



## Texas Department of Criminal Justice

# STEP 2

### OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2020150774

UGI Recd Date: JUL 27 2020

HQ Recd Date: 7-27-20

Date Due: 8-11-20

Grievance Code: 930

Investigator ID#: _____

Extension Date: _____

Offender Name: Lloyd E. Burruss    TDCJ # 864554

Unit: Pack 1    Housing Assignment: A-4-14

Unit where incident occurred: Pack 1

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

The Wallace Pack Unit is not taking precautionary measures or the Covid-19 outbreak would not be as bad as it is. Other units do not have Covid-19 this bad. And how do you know that staff are following strict guidelines when all you do is sit in your offices. The only ranking officers that walks around is Lt. Brown. And the little card you gave us (inmates) does not have all the symptoms on it to let us know we may have Covid-19. Officers put their mask down to talk to each other all the time you just don't know and I tell them about it all the time, but you know as well as I do they will lie to anyone who ask. Just like they set on the water cooler, but when they see you they stand up. Same thing with the mask.

---

I-128 Front (Revised 11-2010)         **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**         (OVER)

Appendix G

Copy of this sent to David James Edwards Law with
the answer you gave me off the step 1.

Offender Signature: _Loyd E. Burress_      Date: 7-24-20

**Grievance Response:**

Your Step 2 grievance has been investigated by this office. You were appropriately advised at Step 1 level. All guidelines and protocols set by the TDCJ Administration are being followed by the Pack Unit Administration and staff. If you think you may have a symptom of COVID-19 notify security staff and they will contact the medical office. COVID-19 information is provided to offenders in a timely manner. No further action warranted by this office.

## T. PHILLIPS

Signature Authority: _TP_      Date: 8·6·20

Returned because:  *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission    CGO Initials:_____ ___

Date UGI Recd:_____

Date CGO Recd:_____

(check one)____ Screened _____Improperly Submitted

Comments:_____

Date Returned to Offender:_____

2nd Submission    CGO Initials:_____ ___

Date UGI Recd:_____

Date CGO Recd:_____

(check one)____Screened _____Improperly Submitted

Comments:_____

Date Returned to Offender:_____

3rd Submission    CGO Initials:_____ ___

Date UGI Recd:_____

Date CGO Recd:_____

(check one)____Screened _____Improperly Submitted

Comments:_____

Date Returned to Offender:_____

I-128 Back (Revised 11-2010)      Appendix G

Ms. Tilly                    I-60                    7-21-20  3:00 Am

You people wonder how Covid-19 is spreading! Well I can show you. In A-4 dorm 24 bunk was sent on medical chain to Galveston. He left 4 dorm 10:30pm Sunday night on 7-19-20 and came back (after his trip) to 4 dorm on 7-21-20 at 3:00 Am, No quarantine at all. You tell us to help prevent the spread of Covid-19 yet you are not helping and putting everyones life on the line. When someone leaves the unit are they not suppose to be quarantine for 2-14 days? Yet Pack Unit did not do. Copy of this sent to David James Edwards Law. You are playing our lives!

Lloyd E. Burruss                 #864554
  A-4-14                         No Jon

I-60

Warden Herrera,                                                    7-21-20

You people wonder how Covid-19 is spreading! Well let me show you how. In 4 dorm 29 bunk was sent on medical chain to Galveston. He left 4 dorm 10:30 pm Sunday night on 7-19-20 and came back (after his trip) to 4 dorm on 7-21-20 at 3:00 Am in the morning with no quarantine at all. You tell us to help prevent the spread of Covid-19, but you are not doing your part and putting our (inmates) lives on the line. When someone leaves the unit and comes back they are to be quarantine for 2 to 14 days and the Pack1 is not doing this and our lives are on the line. Copy of this sent to David James Edwards Law.

Lloyd E. Burruss          A-4-14                    # 864554

Warden Wilder,                                                    7-21-20

   Sir, last time I wrote a grievance, you called me a fool.
So lets see what you say or do this time. Anyways, you wardens are
not preventing the spread of Covid-19. On 7-19-20 at 12:30 PM Sunday night
the inmate in 4-dorm 29 bunk went on medical chain to Galveston and came
back at 3:00 A.m. on 7-21-20 Tuesday morning with no quarantine. Maybe I'm
a fool, but I thought when someone leaves the unit they are suppose to be
quarantine from 2 to 14 days, but this inmate wasn't. Why? You are putting
our lives on the line. This unit is still on medical lockdown so what is the
deal? You just don't care about inmates. Our lives matter too.

   Lloyd E. Burruss      A-4-14          #864554

*Enough about the safety*

3c/Filed 8-6-20



# Texas Department of Criminal Justice

## STEP 1

# OFFENDER GRIEVANCE FORM

Offender Name: **Lloyd E. Burruss**          TDCJ # **864554**

Unit: **Pack 1**          Housing Assignment: **A-4-14**

Unit where incident occurred: **Pack 1 Unit**

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **Grievance officer Hopkins** When? **8-6-20  9:15 Am**

What was their response? **I ask her to send them to Huntsville and she put them on the table**

What action was taken? **She through the Grievances at me in my bunk.**

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Officer Hopkins came in 4 dorm and tried to give me copies of my Step 1 and Step 2 grievances that I had written and I told her I would not accept copies. So officer Hopkins said that they came from Huntsville and I told her to send them back to Huntsville. That is when she put them on the table in the front dayroom and left. I throw them in the hallway and went back to my bunk. Officer Hopkins got the grievances and came back in 4 dorm and on her way to my bunk she said that I got the right F_king one and I told her the same. When she got to my bunk she throwed the grievances at me, walking off calling me a Bitch and said if I throw the grievances in the hallway again she would write me up and I was going to, but Ms. Hightower told me it was count time. In the mean time officer Hopkins left. After they counted I took the grievances and put them in the spot where we put our dirty cloths and went back to my bunk and went back to sleep. Some time later they called me out to the desk for my statement because officer Hopkins had wrote me a case for telling her I didn't give a f_k if she wrote me a case. And I still don't care about the case. My reason for writing this grievance is how officer Hopkins handled the ordeal and her throwing the grievances at me. I have 12 witnesses as to what happen besides myself so that is just about half the dorm who will tell you what happen in their own words. This is the bunk numbers 13, 15, 10, 19, 29, 5, 16, 24, 7, 6, 2, 16 and 4. When they run the case officer Hopkins wrote on me I will try to call these witnesses on my behalf, but we'll see. But the reason for me to write this is because officer Hopkins does not know what she is doing as a grievance officers and something needs to be done about that. I know I can't ask for something to be done to an officer so I am write you and if need be I will

I-127 Front (Revised 11-2010)          YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM          (OVER)

AUG 1 1 2020          Appendix F

write to the Office of Inspector General about her throwing the grievances at me. But just to let you know I have that letter on stand-by and also my friend on the phone. The Wallace Pack Unit is already under the gun and the officers here are making it worse. It is crazy when all I ask officer Hopkins to do is send the copies of the grievances back to Huntsville because I wasn't accepting them. And now look at the problem we have. I am not trying to submit this, but trying to take care of this problem before it as to as go some where else. . . .

_____

**Action Requested to resolve your Complaint.** For the grievances to be sent back to Huntsville because I'm not accepting the copies I want the originals.

**Offender Signature:** Lloyd E. Burrus **Date:** 8-6-20

**Grievance Response:**




**Signature Authority:** _____ **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

### OFFICE USE ONLY
Initial Submission  UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**2nd Submission**  UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3rd Submission**  UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Inter-Office Communication
### Administrative Review and Risk Management
### Offender Grievance



---

**TO:  offender Burruss, Lloyd**                                      **DATE: 08/21/20**

**TDCJ #:  00864554**

*This is what they sent me.*

**UNIT:  P1**

**FROM: Central Grievance Office**                        **SUBJECT: Improperly Submitted Grievance**

---

Your documents received in this office have been reviewed and a response is indicated below.  Contact the warden, major, chief of classification or a security officer for issues you deem as an emergency; however, are not considered an emergency through the Offender Grievance procedure. **If you need additional information or assistance, you may contact the Unit Grievance Investigator at your unit.**

- ☐ Please utilize the Offender Grievance Procedure to address your concerns.
- ☐ A copy of the Instructions on How to Write and Submit Grievances is enclosed for your information.
- ☐ Policy requires that <u>all grievances be submitted through your Unit Grievance Investigator</u> within 15 days of the applicable date.
- ☐ These issues have been reviewed at both steps of the grievance procedure. No other administrative remedies are available to you regarding the issue. Further action by this office is not warranted.
- ☐ If you wish to obtain a copy of a Step 1 grievance, contact your Unit Grievance Investigator via I-60 Request to Authority.  The records retention for grievances is three years.
- ☐ Your Step 1 grievance(s) was properly screened.
- ☐ Contact the Law Library concerning your requested information or open records request.
- ☐ Records indicate that grievance # _____ is currently under review at Step _____.
- ☐ The use of vulgar language towards staff in your grievance will not be tolerated and may result in disciplinary action being taken by unit administration.
- ☐ This Step 2 appeal is being returned to you without action; however, the unprocessed Step 1 grievance is under review.
- ☐ This Step 2 appeal cannot be processed without the corresponding original, answered Step 1 grievance.
- ☐ You may not submit a Step 2 appeal on a Step 1 grievance that was <u>screened</u> using one of the screening criteria and returned to you unprocessed.
- ☐ You had the option of correcting screened grievance # _____ and resubmitting to the unit grievance investigator within 15 days from the date of the returned grievance.
- ☒ It is not permissible to mail your grievances directly to the Central Grievance Office. Submitting your grievances incorrectly may result in your grievable time to expire.
- ☐ This issue is currently being addressed in grievance # _____. If you are not satisfied with the Step 1 response, you may appeal the Step 1 decision by filing a Step 2 (I-128).
- ☐ Records indicate that Grievance # _____ was returned to you on _____.
- ☐ You cannot submit another Step 2 on a previously addressed Step 1 & 2.  Records indicate that Step 2 Grievance # _____ was returned to you on _____.

May 2017

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION**
## INMATE REQUEST TO OFFICIAL

CC/Filed 8-4-20

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden- if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: Grievance Officer                    DATE: 8-4-20

(Name and title of official)

ADDRESS: Pack 1 Unit

I want the grievances I sent out not copies! I have rights and by you sending me copies you are denying me to the courts.

Name: Lloyd E. Burruss     No: 864554     Unit: Pack 1 Unit

Living Quarters: A-4-14     Work Assignment: ⊘

**DISPOSITION:** (Inmate will not write in this space)

There are several reasons you may receive a copy instead of your original. One reason if you write in pencil, if we have to scan to Huntsville they will work off the copy, if you put tape on the original and it is torn etc. You receiving a copy does not deny you to the Courts.

I-60 (Rev. 4-90)

Lloyd E. Burns #864554
Pack I Unit
3400 Wallace Pack Rd.
Navasota, Tx. 77868

Legal

Mail

United States Courts
Southern District of Texas
FILED

SEP 30 2020

David J. Bradley, Clerk of Court

NORTH HOUSTON TX 773

28 SEP 2020 PM 6 L

Honorable Judge Ellison
US District (Clerk)
P. O. Box 61010
Houston, Tx. 77208

77208-101010