# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*October 06, 2020*

David J. Bradley, Clerk of Court

No. 20-20525

LADDY CURTIS VALENTINE; RICHARD ELVIN KING,

*Plaintiffs—Appellees,*

*versus*

BRYAN COLLIER; ROBERT HERRERA; TEXAS DEPARTMENT OF CRIMINAL JUSTICE,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-1115

---

Before WILLETT, HO, and DUNCAN, *Circuit Judges.*

PER CURIAM:

　　IT IS ORDERED that Appellants' opposed motion for a temporary administrative stay during our consideration of its motion to stay the district court's permanent injunction pending appeal is GRANTED.

　　IT IS FURTHER ORDERED that Appellants' unopposed motion to place exhibits 8, 9, and 10 under seal is GRANTED.

IT IS FURTHER ORDERED that Appellees' motion for leave to file a response, by Friday, October 9, 2020, to Appellants' motion to stay the permanent injunction pending appeal is GRANTED.

IT IS FURTHER ORDERED that Appellants' unopposed motion for leave to file redacted exhibits in support of its motion for stay pending appeal is GRANTED.

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

October 06, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-20525    Laddy Valentine, et al v. Bryan Collier, et al  
                     USDC No. 4:20-CV-1115

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Jann M. Wynne, Deputy Clerk  
504-310-7688

Mr. David J. Bradley, Clerk  
Mrs. Christin Audrey Cobe-Vasquez  
Mr. Brandon W. Duke  
Mr. Jeff S. Edwards  
Mr. Matthew Hamilton Frederick  
Mr. Kyle Douglas Hawkins