Dear, Clerk

Oct. 1, 2020

Re: Case 4:20-CV-01115

United States Courts
Southern District of Texas
FILED

OCT 06 2020

David J. Bradley, Clerk of Court

Hello how are you doing? Would you kindly send me status of any decision on the Class Action Lawsuit thank you very much.

Best Regards,
Victor B.

Victor Black #1686499
Pack 1 Unit
2400 WALLACE PACK Rd.
WAUASOTA, Texas 77868.

Legal Mail

United States Courts
Southern District of Texas
FILED

OCT 06 2020

David J. Bradley, Clerk of Court

Clerk
United States District Court
Southern District of Texas
Post Office Box 61010
Houston, Texas 77208