IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

11/10/2020

David J. Bradley, Clerk of Court

LADDY CURTIS VALENTINE
RICHARD ELVIN KING
· MAURICE MITCHELL
· DEAN TRAHAN
, LOWELL GREEN
· ERNIST WHITE, and;
· ROBERT KERRY McCLURE. III; individually
and on Behalf of those similarly situated.
        Plaintiff (s).

                versus;                          Civil Action No # 4:20-CV-01115

BRYAN COLLIER, in his official Capacity.
ROBERT HERRERA, in his official Capacity,
· LORIE DAVIS, in her individual Capacity and;
· KYLIR B. FRANKLIN. in his individual Capacity.
and; TEXAS DEPARTMENT CRIMINAL JUSTICE, I-D.
        Defendant (S).

          P L A I N T I F F '(S)

FIRST AMENDED CLASS ACTION COMPLAINT
AND APPLICATION FOR TEMPORARY RESTRAINING ORDER
AND OTHER INJUNCTIVE RELIEF - IMMEDIATE MEDICAL
RELEASE FOR [I]NFECTED & VULNERABLE INMATE (S).

TO THE HONORABLE JUDGE OF SAID COURT:
        Comes Now MAURICE MITCHELL. TDCJ #00648121. DEAN TRA-
HAN. TDCJ #2157829. LOWELL GREEN. TDCJ #00518622 ERNEST WHITE
TDCJ #02009027 and ROBERT KERRY McCLURE. III TDCJ #02151961
and the class of UNNAMED inmates Confined to the ALLEN B. POL-
UNSKY Unit of the TDCJ, I-D Located in POLK COUNTY - Livingston
Texas some of which have been intentionally & Knowingly "infected"
with the DEADLY Coronavirus Disease 2019 or COVID-19, who are
being QUARANTINED .. and flagrantly being Openly DENIED any and
[ALL] forms of MEDICAL TREATMENT. and Left with ONLY two Choices;
ie'. (1). Live on your own Volition WITHOUT any Aid or'.
        (2). DIE ... of COVID-19 Complications.

— 1 —

In support of plaintiff class of inmates on the POLUNSKY Unit
REQUEST for immediate MEDICAL EMERGENCY Release Plaintiff:
(1). MAURICE MITCHELL
(2) DEAN TRAHAN
(3). Lowell Green
(4) ERNEST WHITE and
(5). ROBERT KERRY MCCLURE, III   shall show the following:

## I.

## STATEMENT OF THE CASE

(a)   In this AMENDED COMPLAINT, the Defendant: LORIE DAVIS
is the Director of the TDCJ, I-D and designated 'OVERSEER' for
the health & Safety of the inmates Confined within the Institu-
tional Division under HER care and control during this Pandemic.
The Director; While working Under color of State law is being
held liable in her 'individual Capacity' for her callous, wanton
disregards gross negligence & Deliberate Indifference under
Title 28 USC § 1983.

(b).   The Additional Defendant: KYLER B. FRANKLIN is a Correctional
Officer III employed on said unit Administrative Segregation
cell Blocks Under direct management of the Director's office through
Senior Warden: DANIEL D. DICKERSON

The Defendant: KYLER B. FRANKLIN is being held liable in
his [I]ndividual Capacity, While Working Under color of State law
was USED as a willing PROXY after Contracting the Virus, than
with a Deliberate Indifference and WANTON Disregards to the
Health & Safety of the inmates. Went among them to spread
the Deadly Disease. approximately [1]six to ten days After
He tested Positive for the Virus.

(c)   We have attached Exhibit, of Evidence [mm-63-2020] in behalf of
Maurice mitchell. Your Plaintiff is serving a [95] years term STACKED
[25] years out of Houston, Tx for Possession of Controlled Substance Cause
No# 662,120 DISCHARGED DAY FOR DAY in APRIL 2018 - & Possession of a
Deadly Weapon in Penal Institution 70 years out of Bowie County. -
Texarkana Texas, Cause # 98-F-033-202 — the 202nd District Court
of Bowie County. Due to amount of Time Served he is eligible for
immediate release - but for compilation of Trumped up disciplinary
Action(s).

[1] Plaintiff can not Pin Point the Exact day this Defendant was
Tested Positive & Layed off for the less than 10 days Period. His
appearance on the Job on 7-3-2020 Suggest he Contracted the
Disease Sometime in Late JUNE of 2020.

§ (c)... continued.

Attached to Exhibit [mm-63-2020] page [1-31] in plaintiff Maurice Mitchell's TDCJ inmate Time Slips Showing him to have Served: TWENTY SIX [26] Years Day for Day as revealed at pages [6-7 & 31], herein.

(d): This particular plaintiff is a 'LITIGENT' and due to TDCJ, well known JUDICIAL NOTICE of, open & surreptitious Retalitory measures taken against "Writ Writters" this plaintiff has been "TAGGED". Repeatedly, in Face of being RELEASED on Parole or Mandatory Supervision — each Time plaintiff comes CLOSE to going "Home" he is Bombarded with totally FALSE Disciplinary Action (s) and systematically deprived all all Class States and good-time/work time Bonus Time Credits. See: Exhibit pages [ 6, 7, 8 whereas Just recently after a YEAR case free with intent to obtain an S-4 trustee status necessary for release, plaintiff was promoted to a Line Class One. See; Page (8) this was SEPTEMBER 1, 2020.

(1)
On september 2, 2020 the very next day, plaintiff was falsely accused of attempting to establish a relationship with ___ ___ a Transgender Female officer. and threatened with "Pepper Spray" and a "Five Man" Force MOVE Suited up Team; and FORCED moved to F Pod Level (3). Plaintiff was Forced MOVED to F-Block 28 cell.

Plaintiff: MAURICE MITCHELL is a Litigant in in Cases Pending in the 411th Civil District Court of Polk County — Livingston, Texas under Civil Action Number: CIV-32381 On Claimant's Common Law MOTION For Summary Judgment. Case filed: December 26, 2018 and ANOTHER case; MAURICE MITCHELL VS. ALICE MORIARITY C.O. II in the COUNTY COURT AT LAW: Cause No# 33734, filed on February 25, 2020.

T1 The Correct date of False accusation & Force MOVE is 9-7-2020. Five (5) days After promotion.

— 3 —

(e)   As revealed at said Exhibit of Evidences, pages [11, 12, 13, 14, 15, 16 (12) 17,*  ] your [P]laintiff REPEATEDLY inform Ranking officials that officer; ALICE MORIARITY C.O.II WILL send her Friends, Associates and Co-workers to (LIE) on Plaintiff for 'HER' in retaliation.

See; Exhibit page [16] prior to law suit - reason for Law Suit. Please see page [11] she sent the law Library to write a false case report. Page [10] letters to Public officials, "NOTE this Letter"; page (9) the SECOND false case for the Well Known false accusation of Masterbation in cell termed as; 'Masturbating in Public'. Also; page (14) Law Library attempts of retaliation.

## II.

### CLEAR ATTEMPTED MURDER

(a)   As noted in the original Complaint at page (5) foot note (7) Governor. GREGG ABBOTT Declares state of Disaster in Texas Due To COVID-19 ( March 13, 2020

Your Plaintiffs is an inmate Confined to his cell 24 hours per-day Seven days Per-week and "CANNOT" Contract this Disease UNLESS..... Somebody brings it TO HIM.!!

(b)   As shown on said Exhibit at page [1] plaintiff submitted to a COVID-19 Test, Conducted by TDCJ, I-D Director; LORIE DAVIS and plaintiffs Results were negative. Dated June 11, 2020, Test conducted; June 9, 2020

An officer; KYLER B. FRANKLIN. C.O.III Tested Positive for Corona Virus sometime in JUNE OF 2020 and was layed off for Less than 10 days.

– – – – – –

TDCJ. official records will show that officer; KYLER. B. FRANKLIN. c.o.III Did in Fact test Positive on or about JUNE 26, 2020 (circa). and was allowed back on the cell blocks within 8-10 days to SPREAD the Deadly VIRUS.

§ (b) of π II continued.

(i)   As NOTED: On Exhibit of Evidence: [mm-63-2020] page [ 2 thru 4 ] (sworn Affidavit of [P]laintiff: Maurice Mitchell). On or about (circa) MAY 29, 2020 both officer:

(1) KYLER B. FRANKLIN. C.O. III  and:

(2) DUSTIN C. BECKNER C.O. III

were assigned to work on E cell Block 12, Building Administrative Segregation.

the affidavit continues to state: "Apparently officer; Kyler B. Franklin (correction has herein been made as to his name) — (african american) is always assigned to work on F-Black, where the inmates are in constant confrontation with the officers to the point of throwing various substances on the officers, because of the way they are treated.

On the above date (circa) officer; FRANKLIN instigated a confrontation with the [a]ffaint, and Affiant told said officer in the hearing of officer: BECKNER; "I'm going to do all I can to get You out of here, because it appears to ME that all YOU want to do is cause 'US' problems!!!"

On Friday  JULY 03, 2020 [ AFTER WORD SPREAD THAT OFFICER: KYLER FRANKLIN had contracted (CORONA VIRUS, i.e; COVID-19), this same officer, NOT being off work for less than ten [10] days he shows up on E-Blak passing out RECLASSIFICATION papers for the inmates to (ame To their door, and SIGN as 'HE' collect them ??? [ A SICK MAN].

He approched affiant's cell... But affiant decline to Accept the Paper, or Sign it.
— — — —
Scientist has proven that the 'VIRUS' remain on certain surfaces for certain periods of time, this was the officer's FIRST DIRECT ATTEMPT— to infect plaintiff with said known Deadly Virus. BECAUSE Affiant Did Not concede the Attempted Murder — — On JULY 05, 2020 this SAME SICK OFFICER (with all Unit Ranking officials ("Acquiesce") Shows up AGAIN. This time — — HE's passing out 'FOOD!!!

Paragraph = ¶ Ⅱ § = section (b) (i) (2) continued:

Said infected officer was allowed to pass out Sick Lunches termed as (JOHNNYS).

(c). Your affiant was "suspect," and did not get up to approach the door in order to retrieve the Food. there was no other Food available, in that Unit officials Locked the entire unit down Starting JUNE 21, 2020 serving Johnys, "intermittently." On JULY 05, 2020 - Plaintiff ate the Food, "relunctly."

(d) AGAIN - Plaintiff points the Court to EXHIBIT. Page [ 1 ]. the Date of JUNE 11, 2020 - Plaintiff tested "Negative" for CoVID-19.

After eating the contaminated food it was on JULY 08, 2020 Just three (3) days afterwards that Plaintiff was "HARD HIT," with what HE thought may have been a Cold. see: Affidavit at Exhibit page [ 2- 3 ].

Upon discovering vrai: EXPERIENCES that "HE" had been consciously, intentionally and knowingly infected with the CORONA VIRUS. Exhibit of Evidence: [ MM- 63 -2020 page [ 4 ] Show plaintiff Filed his EMERGENCY GRIEVANCE on July 16, 2020.

TODAY is Now SEPTEMBER 14, 2020 - And there has been "NO" response acknowledgement or Action taken on the emergency Grievance. IT IS SURE without doubt that Unit officials in their WELL KNOWN REPUTATION; mode of operation - has Thrown the July 16, 2020 Grievance in the "TRASH CAN! See: Exhibit page. [ 12 ] whereas Unit officials implement a PROXY- officer: STEVEN MORRIS.C.O.Ⅲ the unit necessity officer to Pick up Grievances for the Grievance officers in order to say: "We didn't receive it." Sec'g. 17(a).

As shown at page [ 9,4,39,40 ] of the Exhibit Plaintiff sent his Affidavit & a copy of the Grievance to:

(i). Mr. William Barr, United States Attorney General
(ii). KPFT 90.1 Radio Station HANK LAMB,
(iii) Lorie Davis, Director of TDCJ.I-D,
(iv). William Lee Hon. Criminal Prosecutor of Polk County,
(v). Judge: TOM BROWN of Polk County, and:
(vi) Mr. EDDIE FRANKUM. Private Investigator.
On JULY 20, 2020. stating: "ATTEMPTED MURDER".

III

\* FORESEEABILITY - PRECOGNITIVE \*

(a)   It was prior to receiving official acknowledgement that Plaintiff had in fact been given the Disease, that on JULY 12, 2020 the Emergency Grievance was filed. See: Exhibit pages [4.] Letters to Officials pages [10, 39, -43 (Classification) Paper Delivered by the "PERPETRATOR" KYLIR B. FRANKLIN. C.O. III signed by 'HIM' Dated: JULY 03, 2020.   The DATE OF 'INTENTIONAL INFECTION'... at Page [42].     ①

(b)   At Exhibit pages [11, 12, 13, 14. Recruited Law Library staff to retaliate in HER Behalf officer: ALICE R. MORIARITY. C.O. II. also. at page; [15, 16, 27 JULY 15, 2020 Your officer has intentionally infected "ME" with COVID-19... . Page (28) requesting ____ MEDICATION. I'M 63 YEARS OLD.!!!, Page (29) requesting ____ MEDICATION(S). JULY 14, 2020.                       !!!
Page [30] No one is coming to this INFIRMARY ...
Page (31). Also a result of sending MAJOR; MOHAMED TOUHAMI Exhibit page: [39-40] Same as (2-3). pages [4] the thrown away Grievance and MORE THAN (6) more I-60 Request to said MAJOR... ON JULY 16, 2020 by ORDERS of Major; TOUHAMI & Plaintiff was taken via Two Guard escort Shackled Hand & Feet to 10 Building infirmary for COVID-19 Checkup. ②
See: Exhibit Page (31).   Nurse: GWENDOLYN CHARVAT. C.C.A became "Hysterical" stating over & over again; "Why did You bring him Down Here.!!"!!
Plaintiff was manipulated into going Back to his cell.
It was not UNTIL JULY 14, 2020 that PLAINTIFF received official notice.. the results of a SECOND TEST ___
/1 See: also for Retaliation from officer: ALICE MORIARITY. C.O V, at Evidence pages [38. 41.
2. See: Exhibit page [21] I'ed BE DEAD BY now .!' 3rd REQUEST. See: also page [26].
/1 Again, Plaintiff: MITCHELL is (63) Years old Suffering Severe 'High Blood ● Pressure. See; Original Complaint 7 at page [22-26].

Paragraph III  § (b) continued...

... covID-19 Test results Tested: July 15, 2020 Results
Dated July 19, 2020 Received by Plaintiff on:
    (i) JULY 23, 2020,     See: Exhibit at Page (5).

(c) NOTICE: This official Notice of infection is From:
    (ii) LORIE DAVIS. Director of the Texas Department of
Criminal Justice, Institutional Division, and state the following
complete and overall deception and fallacy.

"THE RESULT OF YOUR COVID-19 TESTING WAS POSITIVE. YOU WILL
BE PLACED IN MEDICAL ISOLATION AND MONITORED FOR 14
DAYS.    IF YOU DEVELOP ANY OF THE SYMPTOMS BELOW, PLEASE NOTIFY
THE HEALTH CARE STAFF WHO ARE MAKING ROUNDS IN MEDICAL
ISOLATED AREAS.
    Etc... etc..
    PLEASE REMAIN COMMITTED TO PROTOCOLS IN PLACE TO
ENHANCE YOUR SAFETY. etc etc". See: page (5) herein
at the Exhibit. and Page 5(a), It's ALL "LIES".
— — — —
    For over 3 weeks, your Plaintiff SUFFERED near
DEATH, with no relief.
    Sick call after sick call were IGNORED.. The
nurses making Rounds were ignoring all Crys or request
relief. NO ONE !!!! would even take Plaintiff out to see
a Doctor in FACE of:
    (a) High Body Temptures:
    (b) Fever Blisters on the lips.
    (c) Profusious Sweating Nights & Days.
    (d) Gout Symptoms Pain hovering the entire body,
    (e) the enability to breath through the NOSE :
    (f) Coughing, Sneezing Gagging Choking.
    (g) Throat and Nasial Passages Clogged up with snott,
    (H) and Lungs filling with fluids.
    See: CALLS for Help in sick Cobb request at pages
[18]. Plaintiff was MOVED to isolation WITH [56] MORE
infected inmates on July 19, 2020 FOURTEEN [14] DAYS
(AFTER) Plaintiff informed the Administration that HE' had
been "intentionally INFECTED"!! See: Page (28).

Paragraph III (b)(i)-(ii)(H).. continued..

(c)   Plaintiff directs this Court & Defense counsel to Exhibit [mm-63-2020] page (1) We note that on JUNE 14 2020 He all with ALL other Fifty six [56] infected inmates Tested negative.

Just a mere 38 days later [we know the days are Shorter counting as to the DAYS the inmates WERE ALL infected] A WAVE of INFECTION HIT THIS PARTICULAR UNIT and on JULY 19, 2020 over [56] inmates was infected with the DEADLY DISEASE. See Exhibit at page [ 5]. UNIT WIDE OVER ONE THOUSAND WERE INFECTED !!

Again, at said Exhibit of Evidence, pages [ 18, 28-29 ] plaintiff [not in possession of ALL Sick call request sent out] On July 5, 2020 BEFORE official Conformation Continuously sought HELP.!! I'm DIEING.!" and relief from the Painful effects of the Virus and NO ONE.!!! would HELP." See Exhibit Page 5 (8)

Suddenly, All plaintiff perscription medications either (i) Expired (but ofcourse were under automatic restart, or:
(ii) they were intentionally Cut off ie; STOPPED."

Exhibit of Evidence pages [ 18 thru 23] pages [26, Page(22] Caused Major; MOHAMED L. TOUHAMI  to send Security to take Plaintiff to the infirmary, the 3rd Request. Page (31) Shows the RESULTS of the hospital visit. See Grievance at Page [ 4 thru 5]. See Evidence pages [ 19, thru 22, 23, 26, [ 27] 28 thru 29 requesting SPECIFIC MEDICATIONS.

At page [ 34] I see inmates being brought to the infirmary. Dated: AUGUST 7, 2020.

But AGAIN. plaintiff AUGUST 05, 2020 Sick Call request was 'Deferred'. See Page (33).

At page [ 18 thru 21] Plaintiff informed the entire STAFF, You are causing ME to SUFFER a 'Deliberate Indifference, .... towards an inmate & his serious medical needs'.

(d)   Once again, plaintiff points to Exhibit page [ 42] as the DATE that 'HE' and many OTHERS were "intentionally, knowingly" infected with the Deadly Disease by officer KYLEN B. FRANKLIN and Again He passed out FOOD on JULY 05, 2020 to ensure Infections !!

77   IV

IV

## INMATE DEAN TRAHAN, TDCJ #215 7829

(a)    As shown on Exhibit of Evidence: [MM-63-2020] pages! [11, -16] show plaintiff Maurice Mitchell was ALREADY being subjected to OPEN retaliation for filing Claims against officer: Alice Moriarity C.O.I in the POLK Cont. Cart court at Law under Civil Action No # 33734,

As a result of this — the EMERGENCY GRIEVANCE and "crys" for COVID-19 infection relief. ON SEPTEMBER 7, 2020 — Plaintiff in attempts to merely obtain an EXTRA amount of Food from one of whom HE thought ___ was a friend. A so-called Muslim Transgender Female ___ was working the cell blocks,

Similar comments have been previously made. Plaintiff states "You sure make those BLUE Pants Look good."

This is equivalent to saying; "Those blue pants look good On You".

It's about the "Pants". ' nothing more,

The Transgender Female ie; A "Man" trying to be a Woman...., ran down and told Sergeant! ___ VEST and Lieutenant. ___ SLAUGHTER, same made up lie, and plaintiff was first accused of "Sexual Misconduct". Said Sergeant & Lietu Lieutenant Came down and told Plaintiff to Pack up & Move to Punishment Block F-Pod. This was All orchestrated in order to "Justify" taking plaintiffs TYPE-WRITER and ALL clothings & Food as Punishment

Plaintiff was immediately threatened with A Five Man use of "FORCE" MOVE TEAM Pepper spray and Severe harm & Bodily injure all recorded on Surveillance Camera. Plaintiff was Forced moved to F-Pod 18 cell & placed in a cell whose room temperature was near 20 degrees or Below, without Anything for over 24 hours and FORCED' to seize they cell Door Food slot & DEMAND his property — Relief. they still Kept Typewriter Radio & all Food & clothing. Punishment w/thout, any Hearing what-so-ever & it continues at the writing of this AMENDMENT.

¶ IV    continued:

(b)    As to Your [P]laintiff: Dean Trahan. on or about June of 2020 the 'Terminally Ill' cancer patient was transported from to Polunsky Unit via Mini Van. to the Galveston, John Sealy Hospital for either the extremely expensive "CHEMOTHERAPY" or LASAR TREATMENT to remove CANCER from his "Scierosis liver".

This particular Plaintiff is serving a Term of Less than Ten [10] years (amount of time uncertain - prepared by class - inmate legal Assistance), and is costing the STATE & Tax payers HUGH sums of money,

On the above approximate date plaintiff rode in the 'Mini Van' with only ONE other 'Administrative Segregation' inmate. Upon arrival at John Sealy Galveston, more than a Two [2] hour ride. the OTHER inmate was taken off, and when they came to retrieve Plaintiff, .. it was then that the officers told plaintiff: "Oh Yeah.. We forgot to tell You.. that other inmate got Corona Virus!"

(c)    Prior to this event Plaintiff did not have this Disease. On June 09, 2020 Plaintiff was administered the COVID-19 test on the Polunsky Unit. without receiving a results, it was on or about JUNE 19, 2020 Just Ten days after Testing that Plaintiff was MOVED to Cell Block 12 B - 14 cell to ISOLATION/QUARANTINED with over 56 other inmates.

(d)    this inmate WAS Also, intentionally infected with the Deadly Disease.

Plaintiff DEAN TRAHAN is confined for the offense of Possession of Controlled Substance in a Restricted Zone, and is Close to Parole Eligibility.

Posing 'No threat' to the Public. the Terminally ill patient request immediate medical Release Under the State of Emergency Declared by Governor: Gregg Abbott,

Even though Plaintiff has survived A first infection in FACE of continuous Denial of Any form of Treatment, a SECOND and most likely infection May Cost him his life.

# V.

## INMATE    LOWELL    GREEN. TDCJ #_____

(a).    As shown on Exhibit of Evidence; [ LG-57-2020 ], page [ 1 ] inmate assistance presently returns "No information" as the plaintiff stated above. It is incumbent upon counsel of record to generate the necessary information for the Court.

Inmate Lowell Green is serving a "live Sentence" and has been up for Parole [Ten] (10) or more times, receiving set-off each time.

On or about June 09, 2020 Plaintiff was administered the COVID-19 Test and on JUNE 19, 2020 was MOVED to Isolation/ Quarantine with over (50) other inmates after Testing Positive for Corona-COVID-19 Virus.

Plaintiff is at or about Fifty Nine (59) or Fifty Seven (57) Years old and susciptable to Contracting the Deadly virus for a SECOND time.

Plaintiff request an EMERGENCY MEDICAL RELEASE under the STATE OF EMERGENCY Declared by Governor: GREGG ABBOTT on MARCH 13, 2020.

see; Original Complaint page, (5) foot note (7).

## II.

## INMATE    ERNEST    WHITE. TDCJ # 02009027

(a)    As shown on Exhibit of Evidence; [ EW-34-2020 ], page [ 1 ] inmate Assistance presently retains "No Significant information" on the plaintiff stated above save the attached TDCJ. ID INMATE TIME/ Parole Panel Notice/ Decision dated: February 26, 2020 Prior to the Declaration of PANDEMIC. and National Emergency.

It is noted that this Particular Plaintiff was administered the COVID-19 Test on June 09, 2020 and upon the move of over (50) inmates To Isolation. Plaintiff was Not Quarantined. Presently, Your [P]laintiff 'has not' contracted the Deadly Disease but as stated in the original Complaint

Paragraph VII  §  (a) continued...

.... at page (11). "Prisons are an ideal breeding ground for COVID-19. The Centers for Disease Control & Prevention 'WARNS' that Prisoners are particularly susceptible to the spread of COVID-19, due to the high population density of inmates, and the tight, confinement enviornment.

While it has ALWAYS been a matter of 'WHEN'.... not "If" COVID-19 hits ___ etc. etc.

___ The virus has Thuraughly 'HIT' the inmates Confined to the ALLEN B. POLUNSKY unit in POLK County, Livingston, Texas- with OVER '1,000' infections during a 'single month of JULY 2020.

Because this particular plaintiff among the class of inmates and those similarly situated, plaintiff Parole Data show him to be Eligible for release, but for loss of Class status Line Class and Good-time/Work-time Credits. Under the STATE of Emergency Declaired by Governor: GREGG ABBOTT, plaintiff request EMERGENCY medical Release.

VII .

INMATE ROBERT KERRY McCLURE TDCJ # 02151961

(a):  Information available to the inmate legal Assistant reveal that ROBERT K. McCLURE will be residing at 1602 ENCLAVE Parkway #1723 - Houston, Texas 77077 upon release. Your [Plaintiff was Tested on or about JUNE 09, 2020 for COVID-19 and as shown at EXHIBIT OF EVIDENCE! [R.K.M-29-2020] page [1]. dated JUNE 11, 2020 Plaintiff Obtained a 'NEGATIVE' results as to Infection with COVID-19.

As stated in the original Complaint: "It's only a matter of 'WHEN!'.

This particular Plaintiff among the class of inmates Confined to the Allen B. Polunsky Unit is serving an Eighteen [18] years term from Fort Bend County for the offense of

ŋ VII § (a) continued...

.... aggravated robbery, Plaintiff is Eligible for Release to
Parole on DECEMBER 13, 2022.
     This particular 'Plaintiff' Just as Plaintiff:
     (1). Maurice Mitchell
     (2). Dean Trahan and:
     (3). Lowell Green _ _ _ _ _ _ _ _
is Suffering from the Deadly Disease of:
     High Blood Pressure... the Silent Killer.
(b)  Contracting COVID-19 could well be a 'Death Penalty'.
     this [P]laintiff Just as the otHER (4) above request
immediate Release from any further Confinement under the
State of EMERGENCY Declared by Governor; GREGG ABBOTT.
See; High Risk inmates at Original Complaint. Page; [22-27].

<div align="center">VIII</div>

(a)  Plaintiff Mitchell. Trahan. Green. White & McClure,
and the Class they seek to represent are currently incarcerated
at TDCJ's Allen B. Polunsky Unit ie DEATH ROW in 'Polk County
Livingston, Texas. As stated Unit officials are intentionally &
knowingly infecting the inmates with COVID-19 and failing,
flagrantly REFUSING to provide those infected with 'Any'
form of Medication or Relief.
(b)  Plaintiff moves Counsel of Record to SHow this Court the
present number of Polunsky Unit;
     (i) Officers infected with the virus:
     (ii) officers Death resulting from the virus:
     (iii) Officer's Recovered from the virus:
     (iv) Inmates infected with the virus.
     (v). Inmates DEATHS resulting from the virus.
     (vi) Inmates RecoERED from Said VIRUS.
(c).     Plaintiff further request Counsel of record shall
in all things refashion said AMENDMENT to include MORE
Polunsky Unit inmates who are ELIGIBLE for immediate

<div align="center">— 14 —</div>

n. VIII   § (c)... Continued...

..... due to 'infection' or the [P]ossibility of infection of the deadly Corona COVID-19 virus.

<div align="center">IX</div>

## THE ORIGINAL CLASS ACTION

(a).     May this Honorable Court please be Advised. this Amended Complaint is Prepared by a Two year graduate from ALVIN COMMUNITY COLLEGE i.e, Associate's Art Degree who is Also (in Business & Contract law) --- a Two Year Valedictorian, 1991 Graduate from SOUTHERN CAREER INSTITUTE, Paralegal no# [P]-79-9169-2. Said paralegal is Competent to 'Assist' his fellow inmates as the Polunsky Unit.

(b).   This Amended Complaint in No form or fashion Super-sede my 'Facts' as alleged in the ORIGINAL COMPLAINT which has been prepared and Filed by Professional Licensed Attor-nies.

(c)   The Allen B. Polunsky Unit Administration and the Director's Office; i.e. MR. DANIEL D. DICKERSON, senior war-den and MS. LORIE DAVIS, Director of TDCJ, respectively... has Failed as to All relief sought at pages [29 thru 31] of the original Complaint. The only measure TAKEN were 'Perfunctory' Measures, designed to ONLY 'APPEAR' that proper measures measures were in fact being taken.

(d)   As Stated at page (18) of the original Complaint foot note (60) "Prisoner serving time for a DRUG CHARGE is FIRST .U.S. inmate TO DIE from COVID-19, Reuters (March 28. 2020. A 49-year old prisoner in Louisiana who was serving a 27-years prison term for a drug charge, became the first Federal inmate to DIE from COVID-19.
     see foot notes [61 thru 71] for More Deaths in prison).

<div align="center">JUDGES ORDERING
Prisoners RELEASED....</div>

(e).   From pages [22 thru 32] plaintiff attorney show this Hon-orable Court "High Risk" inmates, and pages [8, -20] foot notes

Paragraph IX section (e). continued . . .

. . . . . . . (19 thru 42) shows a large Number of inmates, nation & world-wide being RELEASED from Jails & Prisons in effort to STEMM the spread of the Deadly virus to prisoners.

At Foot note (42) 48% of the inmates, who 'Died' had "HYPERTENSION", i.e, 'High Blood Pressure', 31% had Diabetes. and 24% had Coronary heart disease. See: Complaint at page (13).

<u>X</u>

**\* C O N C L U S I O N \***

WHEREFORE premises considered, class plaintiff's <u>Maurice Mitchell</u> who has been up for Parole more than Ten [10] Times. serving a (95) years term having More TWENTY SEVEN) Years [27] served Day For Day with Chronic High Blood Pressure at Sixty three [63] years old being AFFECTED with COVID-19 Request Immediate Medical Release to 2627 Homer-Drive-Houston. Texas 77088.

Plaintiff, <u>Lowell Green</u> — Fifty Seven [57] years old with more than [30] years served Day For DAY on a life sentence has Chronic High Blood Pressure and Request immediate medical Release to Dallas County. Dallas. Texas.

Plaintiff: <u>Dean Trahan</u> — Fifty three (53) Years old on <u>9-17-20</u> has More than Six (6) (circa) years Served on a Drug Conviction has Liver Cancer — high Blood Pressure Request immediate medical Release.

Plaintiff <u>Ernest White</u> is eligible for Parole and Request immediate medical Release to the Houston area. Finally, Plaintiff <u>Robert K McClure</u> request immediate Medical Release to M. Houston, Texas as shown here at Exhibit of Evidence: [R.K.M.-29-2020] under the Emergency Declaration of Governor: Gregg Abbott.

Paragraph X   Conclusion... continued:

Lastly Your plaintiff(s) class of inmates on the Polunsky unit PRAY counsel of record to compile a list of other inmates SYSTEM wide confined for DRUG offences, those with CHRONIC DISEASES, and those posing NO threat to any one in the Plub PUBLIC, those who have served a substantial amount of their sentence and Add their names to those for immediate Medical Release and OR; Release under the Declaration of An Emergency By Governor Gregg Abbott.

Plaintiff's Pray this Court to Grant them all and any OTHER relief they are so entitled to.

Respectfully: Maurice Mitchell P-79
Rev. Maurice Mitchell
Specialize Legal Technician
SOUTHERN CAREER INSTITUTE
Paralegal Ng # P-79-9169-2
Allen B. Polunsky Unit
TDCJ.I-D # 00648121
3872 F.M. 350 South
Livingston, Texas 77351

Dean Trahan
Dean Trahan.
Allen B. Polunsky Unit
TDCJ.I-D # 2157829

LOWELL GREEN
Lowell Green
Allen B. Polunsky Unit
TDCJ.I-D # 510622

Ernest White
Ernest White
Allen B. Polunsky Unit
TDCJ.I-D # 02009027

Robert McClure
Robert K. McClure
Allen B. Polunsky Unit
TDCJ.I-D # 02151961

\* <u>Notary Equivalent</u> \*

I <u>MAURIE MITCHELL</u>; corporate Person' do hereby SWARE that the above Factual Allegations of which I do have Personal Knowledge are True & correct to the best of My knowledge, understanding and belief to which I place my hand on this 30th day of October 2020 A.D.

MAURIE MITCHELL
AUTHORIZED BY
Chapters 132.001
Title (b), Tex Civ. Prac &
Remedy's Code,
UNDER PAINS & PENALTY,
OF PERJURY; Proprietary SEAL.
NON-COMMISSIONED
Date: October 30, 2020
Expired: Month Date: 00-00-0000.

Rev: Maurize Mitchell

\* <u>CERTIFICATION OF SERVICE</u> \*

I <u>MAURICE MITCHELL</u> corporate Person do hereby certify that a True and Correct Copy of Plaintiff's First Amended Complaint has been served upon the [D]efendants in and through the Caused of Record by placing Same in the United States mail postage pre-paid on this 30th day of October 2020 A.D. Addressed as follows:

MR. Ken Paxton
Attorney General for
State of Texas
Attention; Special Litigation
P. O. Box 12548 Capital Station
Austin, Texas 78711-2548

SERVICE IS ONLY MADE ON:
Hon; DAVID BRADLEY.Clerk
UNITED STATES DISTRICT COURT
P. O. Box 61010
Houston, Texas 77208-1010

ATTENTION: DEFENSE ATTORNEY/AND PLAINTIFF(S) attorney has FAILED [US], Plaintiff's Attorney received a copy of this AMENDMENT mailed on SEPTEMBER 21. 2020. and has refused to acknowledge receipt.     DISREGARD SERVICE UPON THE ATTORNEY GENERAL.

Respectfully;
Rev; Maurize Mitchell

(1). Plaintiff: MAURICE MITCHELL ; EXHIBIT OF
EVIDENCE: [mm-63-2020]

Pages: [ 1 thru 43]


(2). Plaintiff: DEAN TRAHAN: EXHIBIT OF
EVIDENCE: [DT-52-2020]

Page: [ 1]

(3). Plaintiff: LOWELL GREEN: EXHIBIT OF
EVIDENCE: [ LG-57-2020]

Page: [ 1]

(4). Plaintiff: ERNEST WHITE: EXHIBIT OF
EVIDENCE: [ EW-34-2020]

Page [1].

(5). Plaintiff: ROBERT KERRY MCCLURE: EXHIBIT OF
EVIDENCE [ R.K.M-29 - 2020

pages [2].

— 0 —

Civil Action No# __4:20-cv-01115__

Mr. Maurice Mitchell. Plaintiff
TDCJ, I-D# 00648121
Conviction: Possession of Deadly Weapon
In A penal Institution. Tex. P.C. 46.10
Cause No# 98-F-0331-202
202nd Criminal District Court Bowie County

Over 27 Years Confined Day-For-Day.
Term 70 years stacked on 25.   95 years
Up For Parole  Each Year  Since __2006__
Release To; 2627 Homer Dr.-Houston, Tx, 77088

EXHIBIT OF EVIDENCE: [ rom-63-2020]

__Pages:__
1-6.
6(a) — shows Restoration of L-1 Class Status
MANDATORY SUPERVISION RELEASE DATE: __2/27/2025.__

Plaintiff has bee Deprived of 11 Years Eleven Years.
and Five Months (5) and Seven days Good-Time,
work time Bonus Time Credits.
At page (37) Plaintiff Show a Total of (26) Years Day for Day,
Served with 11.yrs 5 maxth & 7 days Added: Equals

| 27 yrs | 2 months | 3 days. |
|--------|----------|---------|
| 11 yrs | 5 months | 7 days. |
| 3 8 yrs. | 7 months | 10 days and COUNTING. |

Pages[ 6 (a) thru 43].



# Texas Department of Criminal Justice

_____ **Lorie Davis**

**Correctional Institutions Division, Director**



DATE:  06/11/2020

TO:  MITCHELL,MAURICE          UNIT:  POLUNSKY
TDCJ #: 00648121          HOUSING:  12EF2 83 B

The result of your COVID-19 testing was negative.

Thank you for your participation in our fight against COVID 19.  Please remain committed to protocols in place to enhance your safety.

Stay Safe,

Lorie Davis
CID Director

_Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime._

P.O. Box 99
Huntsville, Texas 77342
www.tdcj.texas.gov

_05/15/20 (rev.1)_

Rev; Maurice Mitchell,[SLT]
Title 22 USC § 5001(5)[A] A Sovereign
AMERICAN NATIONAL
Specialize legal Technician,[SLT]
SOUTHERN CAREER INSTITUTE
The [P]aralegal School of 'Arts' & 'Science'
Valedictorian 1991
ATTORNEY-IN-FACT FOR,his Corporate Fiction
MAURICE MITCHELL,Ens Legis
Registered; Limited Power of Attorney No#
[R:MM-060275-LPA]
Topeka,KANSAS December 14, 2011
Allan B. Polunsky Unit,TDCJ,I-D
TDCJ, I-D No# 00648121
3872 F.M. 350 South
Livingston, Texas 77351

October 16, 2010

WINSTON & STRAWN, L.L.P
Limited Liability Partnership
A Professional Corporation

Mr. JOHN KEVILLE
Attorney At Law
800 Capital Street, Suite 2400
Houston, Texas 77002

RE:  REQUESTING THAT YOU PLEASE CONSIDER FILING THE ENCLOSED AMENDED  COMPLAINT
     TO YOUR ORIGINAL.

Dear Mr. Keville,
     With all due respects Sir, It appears that you simply do not understand the
'Importance' of acknowledging receipt of my mail. If you do not acknowledge, than
I or [WE] as inmates shall assume that you DID NOT RECEIVE the mail because it is
UNIT OFFICIALS MODUS OPERINDI, to  SEIZE  an inmate's legal mail in hopes of stopping
his efforts for redress.
     Please acknowledge receipt.

                              Respectfully:  _Maurice Mitchell_
                                             Rev; Maurice Mitchell
                                             Holder-In-Due Course
                                             Secured Party Creditor.

P.S: I also mailed to you, a law suit of mine that was wrongfully DISMISSED, whereas
it is clear that I am entitled to redress. Please respond.

cc/files
skf;



JULY 12. 2020  12:23 A.M.

## SWORN AFFIDAVIT

My name is MAURICE MITCHELL, TDCJ, I-D No. 648121 who being over the age
of twenty one [21] of sound mind and body, dispose and state the following based on
the affiant's personal knowledge, understanding and sincerely held belief that;

(1).    On or about  MAY 29, 2020 (date uncertain), both officer;
    KYLER FRANKLIN, C.O. III and;
    DUSTIN S. BECKNER C.O. III
were assigned to work E. Block.

Apparently officer KYLER FRANKLIN,  (african American) is always assigned
to work on F-Block, where the inmates are in constant confrontations with th eofficers
to the point of throwing various substances on the officers, because of the way they
are treated.

On the above date officer Franklin instigated a confrontation with the affiant,
and affiant told said officer in the hearing of officer BECKNER; " I'm going to do
all I can to get you out of here, Because it appears to me that all you want to do is
cause US problems!!!"

On Friday, July 3, 2020 (AFTER WORD SPREAD THAT OFFICER KYLIN FRANKLIN had con-
tracted CORONA VIRUS, (i,e; COVID-19), this same officer, not being off from work for
less than ten (10) days, ) he shows up on E- Block passing our RECLASSIFICATION papers
for the inmates to come to the door, and sign as he collected them ???? (A SICK MAN)?

He approached affiant's cell, but affiant decline to accept the paper, or sign
iit.

On JULY 05, 2020 THIS SAME SICK OFFICER SHOWS  UP AGAIN. This time he's passing
out the FOOD. Johnny sacks. Affiant did not get up and go to the door, so the officer
dropped the sack into the cell threw the food slot.

On JULY 8. 2020  suddenly affiant is 'HARD HIT'  with what he thought was a
cold.   On JULY 9, 2020 affiant could not breath good, nose and throat were clogged
up with thick mucus, snot, and snivels, due to  the thick mucus draining, dripping
and causing affiant to sneeze and cough.

/I This officer Correct name is  KYLER B. FRANKLIN

Case 4:20-cv-01115   Document 440   Filed on 11/10/20 in TXSD   Page 24 of 106



AFFIDAVIT OF MAURICE MITCHELL Continued....

(IT IS NOTED THAT ON JUNE 11, 2020 Affiant's TDCJ,I-9 OFFICIAL COVID-19 screen test result was returned to him on JUNE 16, 2020 stating NEGATIVE" . Affiant is confined 23. Seg, 24/7.

Affiant begin to experience bad night sweats, that forced him to have to sleep on a large bath draying towel in order to catch the large quanity of sweat.

July 10, 2020 Affiant is now experiencing "Gout" and "Severe Arthritis" systems. (symptoms). Pain all over the entire body simultaneously. Sweating profuseishly, day and night.        Lethargic.

On July 11, 2020 Affiant informed the sick call nurse that he had been infected with the covid-19 virus, and she stated that she would have him pulled out for examination.

In order to verify that all affiant has stated concerning his sy physical conditions", the physical body will not lie.

Due to the intense heat, high body temptures, a large FEVER BLISTER HAS RUPTURED ON THE LEFT SIDE OF AFFIANT'S mouth. Proof, without doubt, of unusual body temptures.

July 12, 2020 1;33 A.M. at the ime time of preparing this affidavit, affiant, has recovered substantially, ONLY BECAUSE HE, knows what to do in order to preserve his own life.

Your  affiant is 63 years old.

Anything further, affiant sayeth not;

Executed on this the 12, day of JULY 2020,A.D.

Mr. Maurice Mitchell
TDCJ, I-9 No# 00649121

Subscribed and sworn to on the undersigned's personal knowledge, under the pains and penality of perjury on this 12th day of JULY, 2020.

Mr Maurice Mitchell

- 2 -

CC/Juerez/CASE 4:20-cv-00064 Document 1 Filed on 10/20 in TXSD Page 25 of 106

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

THE STATE OF TEXAS

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: **MAURICE MITCHELL**     TDCJ # **00648121**

Unit: **Polunsky**     Housing Assignment: **12;E-83**

Unit where incident occurred: **ALLEN B. POLUNSKY UNIT**

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **MAJOR; MOHAMMAD TAUHAMI 7/15/20 I-60**     When? **[3] different times.**

What was their response? **!FORCED TO REFUSE MEDICAL ATTENTION BY NURSE; GWENDOLYN CHARVAT, C.C.A**

What action was taken? **NO MEDICAL TREATMENT OFFERED, AFTER REPEATED REQUEST..**

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

**THIS IS AN EMERGENCY GRIEVANCE IN THAT [I] have been intentionally and knowingly given the CORONA VIRUS, COVID-19, in that upon learning that [HE] had covid-19 he was off from work for LESS THAN [10] days. Then the surveillance camera show that on July 3, 2020 THIS INFECTED OFFICER was at my cell door, 12 E. 83 cell attempting to give me Classification Papers to sign. I REFUSED to accept the papers, KNOWING THIS MAN HAD COVID-19. So he left. TWO DAYS LATER, this SAME SICK MAN is at my door AGAIN, this time PASSING OUT FOOD!!!!!! OFFICER; KYLER B. FRANKLIN, C.O. III.**

**Your grievant was given a Johnny Sack on JULY 5, 2020 by the infected officer as is clearly shown on the surveillance camera, and it is no doubt that this officer either spit on the food, or in some form or fashion put his infected body fluids into the sandwiches, and gave it to your grievant. THIS IS CALLED ATTEMPTED MURDER..**

**On July 08, 2020 Grievant was HIT HARD with cold like symptoms, and on the following days, his nose throat and entire sinuses were stopped up, clogged with snot, and mucus, and almost unable to has breath. On July 09, 2020 grievant was bedridden, with "GOUT", and "ARTHRITIS" "ARTHRITIS" and "GOUT" pain covering my entire body, Sneezing, coughing, and in constant pain. On July 11, 2020 Grievant told the NURSE, and was told, he'd be pulled out. NO ONE CAME. On July 15, 2020 grievant was given a COVID-19 field test and informed Nurse W. WILLIAMS, that he had been given the virus, intentionally and knowingly from an officer. On this same day, and while in intense pain, the I-60 was sent to the major, and on JULY 09, 2020 Officer; C. ASH C.O. V has taken a sworn affidavit down to the infirmary reporting the attempted Murder. Still no one came to get the dying grievant.**

---

~~On July 09, 2020 a large FEVER BLISTER appeared on grievant's middle left upper lip,~~
~~and grievant went into his life saving ritual, of OUT OF BODY EXPERIENCE, and summoned~~
~~HIS LATE FATHER TO SUSTAIN HIM. On JULY 15, 2020 per ORDERS of Major TAUMMI, officer:~~
~~DARRYL D. HOOVER, C.O.V and a new officer escorted grievant to the infirmary, and no one~~
~~WANTED TO PROVIDE MEDICAL ATTENTION. Nurse: CAROLLYN CONWAY,C.A.C kept YELLING: "WHAT YOU BRING~~
~~HIM DOWN HERE FOR!!!!!" WHAT YOU BRING HIM DOWN HERE FOR!!!!?????"Officer:~~
~~HOOVER said: "I'M JUST FOLLOWING ORDERS, THE MAJOR SAID BRING HIM, SO I DID. DON'T SHOOT THE MESSENGER"~~
~~Great pain was over. Grievant was in cell working on legal documents, and left all~~
~~his legal work scattered all over the cell. Upon mentioning that [HE] must go back~~
~~to pack his property, THE NURSE NOT WANTING HIM THERE ANYWAY, STATED: "YOU GOT TO REFUSE~~

**Action Requested to resolve your Complaint.** TREATMENT IN ORDER TO GO BACK TO YOUR CELL TO PACK UP;

A dirty trick in order to DENY me treatment. I DO NOT NEED TO MOVE. I'M IN QUARANTINE.
PROVIDE ME WITH PROPER MEDICATION, AS REQUESTED ON MY 7/15/2020 SICK CALL REQUEST.

**Offender Signature:** O.I.G. INVESTIGATION. _Marcus Phillips_ **Date:** July 16, 2020

**Grievance Response:**



**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (1-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | **UGI Initials:_____** |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **UGI Initials:_____** |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F

*Intentionally infected; July 05, 2020* ⑤



# Texas Department of Criminal Justice

*CovID-19 Test Administered: 7-15-20,*
*7-15-20*

Lorie Davis
**Correctional Institutions Division, Director**

DATE: 07/19/2020

TO: MITCHELL,MAURICE          UNIT:          POLUNSKY
    TDCJ #: 00648121          HOUSING:     12EF2 83 B

The result of your COVID-19 testing was positive.  You will be placed in Medical Isolation and monitored for 14 days.

If you develop any of the symptoms below, please notify the health care staff who are making rounds in medical isolation areas.

• Fever
• Cough
• Shortness of breath or difficulty breathing
• Chills
• Repeated shaking with chills
• Muscle pain
• Headache
• Sore throat
• New loss of taste or smell

Should you have any additional questions or concerns, please notify security and/or health services personnel.

Thank you for your participation in the fight against COVID-19.  Please remain committed to protocols in place to enhance your safety.  We are committed to resuming normal operations as soon as it is safe to do so.

Best Regards,

Lorie Davis
CID Division Director

---

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

P.O. Box 99
Huntsville, Texas 77342
www.tdcj.texas.gov

*05/15/20 (rev.1)*

5 (e)

Ruc: 9/24/20

## CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER WRITTEN RESPONSE TO SICK CALL REQUEST

**Patient Name:** MITCHELL, MAURICE
**TDCJ #:** 648121
**Date:** 09/08/2020 14:22
**Facility:** POLUNSKY (TL)
**Housing:** 12EA2 CELL 13

Sick Call Request Date:___9/4___
*(This communication is to be attached to the sick call request form and returned to the patient.)*

This communication is being sent to you to answer your sick call request.   If you have questions about the information or do not understand it, you may drop a sick call request for additional information.   If you currently are being treated for any medical condition, we would like to encourage you to follow your treatment plan like taking your medication regularly, keeping your scheduled appointments in the clinic and with specialists and coming to clinic for your scheduled treatments and check-ups.

There is no clinical indication for antibiotics in management of COVID infection.

You have Benadryl prescribed for congestion.

You may get Tylenol from the picket if needed for body aches and fever.

Electronically Signed by REILLEY, PAUL K. PA on 09/08/2020.
##And No Others##

*Left To DIE !!!*

```
REPORT: ITS40950-B   T.D.C.J. - INSTITUTIONAL DIVISION        12/13/2019
107                      INMATE TRACKING SYSTEM
                        COMMITMENT DATA FORM                   PAGE    1


SID NO....: 02592332   TDC NO: 00648121   PIA NO:
NAME......: MITCHELL,MAURICE              DOB: 06/02/1957  RACE: B SEX: M
RECEIVED..: 09/08/1993 UNIT..: TL  POLUNSKY
SENT BEGN.: 02/01/1993                                               L3
NET SENT..: 0095Y 00M 00D LEGISLATURE:    72ND    OUT OF CUST.:
MIN EXP DT: 06/10/2085   MS CALC CD.: Y           BONUS TIME..:     0
MAX EXP DT: 06/10/2085   PAR CALC CD: FLAT & GOOD TDC CALC PAR: 05/23/2030
------------------------------------------------------------------------
     OFFENSE        MAX. TERM YMD  OFF DATE   SENT DATE CC P COURT/COUNTY
  DESCRIPTION        /SENT BEG                          CU L CAUSE
                     /MIN EXP    /MAX EXP    /PAROLE
                     /OUT OF CUST.
------------------------------------------------------------------------
                   0070Y 00M 00D 10/24/1996 12/29/1999 CU N 202 BOWIE
                     06/11/2015  JAIL GT:Y        98-F-331-202    CNT:00
                     01/01/0001  01/01/0001 01/01/0001 MSCLC:  PRLCL:N
                   DEC: LJ00090  QCC: SD00108

CONSECUTIVE RELATIONSHIPS:
001    662120            00  98-F-331-202        00
JAIL GOOD TIME CREDITED FROM SENTENCE BEGIN DATE
70/72/73/80/81/82/83/84/85TH LEG:MANDATORY SUPV PROSPECT

REMARKS...: 10/21/2019   DISCIPLINARY CASE:  20200000482
                        FORFEITED TIME
                        DAYS LOST...........30
                        DAYS LOST.........1953
                        BAL GDTM LST......2189

            ECS
            12-12-2019  UNSTACKED/STACKED NF/JL
```

Rec: August 21, 2020

```
REPORT: ITS40950-B    T.D.C.J. - INSTITUTIONAL DIVISION              09/08/2020
107                      INMATE TRACKING SYSTEM
                         COMMITMENT DATA FORM      Rec. 9-17-20      PAGE    1


SID NO....: 02592332   TDC NO: 00648121   PIA NO:
NAME......: MITCHELL,MAURICE              DOB: 06/02/1957  RACE: B SEX: M
RECEIVED..: 09/08/1993 UNIT..: TL  POLUNSKY
SENT BEGN.: 02/01/1993                                                      L1
NET SENT..: 0095Y 00M 00D LEGISLATURE:     72ND    OUT OF CUST.:
MIN EXP DT: 06/10/2085    MS CALC CD.: Y            BONUS TIME..:      0
MAX EXP DT: 06/10/2085    PAR CALC CD: FLAT & GOOD TDC CALC PAR: 02/27/2025
------------------------------------------------------------------------------
    OFFENSE        MAX. TERM YMD  OFF DATE    SENT DATE CC P COURT/COUNTY
   DESCRIPTION      /SENT BEG                           CU L CAUSE
                    /MIN EXP     /MAX EXP     /PAROLE
                    /OUT OF CUST.
------------------------------------------------------------------------------
                   0070Y 00M 00D 10/24/1996 12/29/1999 CU N 202 BOWIE
                    06/11/2015  JAIL GT:Y        98-F-331-202       CNT:00
                    01/01/0001  01/01/0001 01/01/0001 MSCLC:   PRLCL:N
                   DEC: LJ00090  QCC: SD00108

CONSECUTIVE RELATIONSHIPS:
001    662120           00  98-F-331-202        00
JAIL GOOD TIME CREDITED FROM SENTENCE BEGIN DATE
70/72/73/80/81/82/83/84/85/86TH LEG:MANDATORY SUPV PROSPECT

REMARKS...: ON 09/04/2020 PROMOTED TO: L1 EFF DATE: 09/01/2020
           LB
           9/8/20 UNSTACK/RESTACK
           JL
```

```
UNIT COPY      T.D.C.J.-INSTITUTIONAL DIVISION    09/08/2020-107
ITS40952                   INMATE TIMESLIPS
```

```
MITCHELL,MAURICE                    TDC:00648121 SID:02592332 UNIT: TL
                                    HOUSING/BED:       12FB2  B28

*PRJ-REL-DATE:        06 10 2085    MAX-EXP-DATE:      06 10 2085
*INMATE STATUS:       L1 W          MAX TERM:             95 00 00


 FLAT  TIME CREDITED:    27 07 05   CALC BEGIN DATE:   02 01 1993
 GOOD  TIME CREDITED:     0 01 27   TDC RECEIVE DATE:  09 08 1993
 BONUS TIME CREDITED:     0 00 00   GOOD TIME LOST:        2191
 WORK  TIME CREDITED:     0 01 29   WORK TIME LOST:        1951
*TOTAL TIME CREDITED:    27 11 01


*STATUS EFFECT  DATE: 09 01 2020    JAIL GOOD TIME RECEIVED: YES

DEC: DB00061  QCC: SD00108
```

```
*TIME CALCULATIONS DO NOT INCLUDE ABSENCES FOR CURRENT MONTH
PAROLE DATA: INTERVIEW DATE      03/10    TDC CALC. DATE 02/25
```

CSIUCR23    TEXAS DEPARTMENT OF CRIMINAL JUSTICE
                    INDIVIDUALIZED TREATMENT PLAN

SID: 02592332   TDCJ: 00648121   NAME: MITCHELL,MAURICE
UNIT: TL  HSNG LOC 12EA2 13 B   ITP DUE: 04/06      LAST PRINTED:
-----------------------------------------------------------------------

| PAROLE VOTED | | WINDHAM SCHOOL DISTRICT | | COLLEGE | | INTENSIVE VOLUNTEER PROGRAMS |
|---|---|---|---|---|---|---|
| PRSAP | — | ACADEMIC | — | CA2Y | — | — |
| IPTC | — | VOCATIONAL | — | BA | — | — |
| DWI | — | COGNITIVE SKL | — | MA | — | — |
| PRTC | — | PARENTING | — | AAS | — | — |
| SOEP | — | ON-THE-JOB | — | COLLEGE VOC | — | — |

REQUEST FOR  L E A V E  TO FILE THE ENCLOSED Non-Superseding AMENDED COMPLAINT, continued...

..... [C]lass of UNNAMED inmates confined to the ALLEN B. POLUNSKY Unit, of the
TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Institutional Division located in POLK County
Livingston, Texas in that many of the inmates have been 'intentionally & knowingly"
**[I]nfected** with the "KNOWN DEADLY COVID-19 Conora **(1)** Virus, and totally  and completely
left in their individual cells, **"TO DIE"** and in face of continuous request for
RELIEF, and medical attention, are told; "WE WILL NOT SEE YOU!!!!!!".

See; ENCLOSED EVIDENCE Plaintiff; MAURICE MITCHELL, Exhibit of Evidence
[MM-63-2020] Pages, (1, COVID-19 negative) page (5) COVID-19 POSITIVE,
Page2 thru 3 'intentionally infected with virus, Pages 17 thru 20 & page 3(a) thru 3(b).
**"LEFT TO DIE"**  and denied all manner of treatment, or help!!!!

I.

COUNSEL OF RECORD, REFUSES TO RESPOND TO REQUEST TO AMEND

(a).   As shown on the enclosed SEPTEMBER 21, 2020 LETTER addressed to the
Plaintiff's inmate's attorney of record, He refuses to respond to request to Amend
and again on OCTOBER 16, 2020 Plaintiff class representative wrote counsel of records
and THEY again refuse to acknowledge receipt of the AMENDED COMPLAINT.

II.

*CONCLUSION *

**WHEREFORE, Premises Considered,** plaintiff class members herein, request LEAVE of
this HONORABLE COURT, for just cause, and in good-faith, that permission shall in
all things be "GRANTED", and that the clerk's office be ordered to SERVE a copy
of this AMENDED COMPLAINT upon the Defense Counsel, the Defendant's counsel, the
office of the Attorney General, and Plaintiff's Attorney of records, and to RETURN
A COPY of **this AMENDED COMPLAINT** to the Plaintiffs named on page one herein, **along**

E-13

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### *Security Detention Level Review/Placement on Restriction*

### I.  OFFENDER INFORMATION

Offender Name: MITCHELL, MAURICE ; TDCJ Number: 645121 ; Custody: L3/1A ; Unit: TL

### II.  PLACEMENT ON RESTRICTION   (Initial Placement ONLY)

**Instructions:**  *The highest-ranking security supervisor on duty has the authority to initially place an offender on restriction.  The shift supervisor (may be the same individual) shall document the placement in Sections I. and II. of this form; and then notify the unit classification committee (UCC) or the restrictive housing committee (RHC) by providing them this form intact.*

As of (date) _____ , at (time) _____ , the above-named offender has been placed on restriction, in accordance with SM-01.29, *"Offender Management Restrictions."*  *[NOTE:  Place a √ in front of each restriction imposed]:*
____ **Paper gown;**      ___ **Paper mask;**      ____ **Food loaf**
____ **Personal property** *(i.e., container; hard plastic; lock; metal; hotpot; etc.)*
  • List specific property restricted: _____

____ State-Issued property *(i.e., mattress; blanket; sheet; etc.)*
  • List specific property restricted: _____

Reason for placement: _____
_____

Documented by: _____ _____ _____ _____
                        *(Print Name)*                    *(Rank and Title)*                    *(Signature)*                    *(Date)*

➔  *The restriction(s) may only continue up to 24 hours without review by the UCC/RHC (or until their earliest following workday).*

### III.  UCC / RHC REVIEW

**Instructions:**  *This section shall be used for both UCC and RHC reviews.  If the form is being used for a \*subsequent review, the RHC must ensure Section I (Offender Information) is completed and the previous I-203 is available for review.*

REVIEW: *(√ one)* ☐ Initial; ☒ *Subsequent;   Review held on  9/1/2020  0931  by the *(√ one)* ☐ UCC; ☒ RHC.
                                                                          *(Date)*       *(Time)*

**Type of Review:**  ☐ **Restriction;**      ☐ **7-day;**      ☒ **30-day;**      ☒ **Special Review;**

**RESTRICTIONS:**  The UCC/RHC has reviewed the offender's record and has decided to either impose, continue, or discontinue restrictions, as noted below:

- Paper gown?               ☐ YES; ☐ NO        Review/Expiration Date: _____
- Food loaf?                ☐ YES; ☐ NO        Review/Expiration Date: _____
- Personal property?        ☐ YES; ☐ NO        Review/Expiration Date: _____
  • *List specific property restricted:* _____
- State-Issued property?    ☐ YES; ☒ NO        Review/Expiration Date: _____
  • *List specific property restricted:* _____

LEVEL: ☒ I;      ☐ II; or      ☐ III
Justification for decision(s):  LINE CLASS/30 DAY REVIEW  Promote 1
_____
8/30/19 (20.0)
Committee Members *(Print name and rank or title):* _____ ; and _____

### IV.  OFFENDER NOTIFICATION

**Instructions:**  *Correctional staff shall notify the offender that the UCC/RHC decision will expire on the date indicated or be reviewed for continuation, request the offender to sign (if the offender refuses, document the refusal), and provide the offender a copy of the completed document.*

Notified by:  S Beck  SB          9·1·20  2030    Refused to Sign
                 *(Employee -- print name and sign initials)*        *(Date and Time)*        *(Offender signature and date)*

**I-203** (8/2019)                    WHITE:  offender's unit file                    CANARY:  offender

Received: 9-1-2020

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### *Security Detention Level Review/Placement on Restriction*          E-13

| I. OFFENDER INFORMATION |
|---|

Offender Name: **MITCHELL, MAURICE** ; TDCJ Number: **648121** ; Custody: **L3/1A**; Unit: **TL**

| II. PLACEMENT ON RESTRICTION    (Initial Placement ONLY) |
|---|

*Instructions: The highest-ranking security supervisor on duty has the authority to initially place an offender on restriction. The shift supervisor (may be the same individual) shall document the placement in Sections I. and II. of this form; and then notify the unit classification committee (UCC) or the restrictive housing committee (RHC) by providing them this form intact.*

As of *(date)* _____, at *(time)* _____, the above-named offender has been placed on restriction, in accordance with SM-01.29, "Offender Management Restrictions." *[NOTE: Place a √in front of each restriction imposed]:*

___ **Paper gown;**          ___ **Paper mask;**          ___ **Food loaf**
___ **Personal property** *(i.e., container; hard plastic; lock; metal; hotpot; etc.)*
   • *List specific property restricted:* _____

___ State-Issued property *(i.e., mattress; blanket; sheet; etc.)*
   • *List specific property restricted:* _____

Reason for placement: _____

Documented by: _____
   *(Print Name)*          *(Rank and Title)*          *(Signature)*          *(Date)*

➔ *The restriction(s) may only continue up to 24 hours without review by the UCC/RHC (or until their earliest following workday).*

| III.  UCC / RHC REVIEW |
|---|

*Instructions: This section shall be used for both UCC and RHC reviews. If the form is being used for a \*subsequent review, the RHC must ensure Section I (Offender Information) is completed and the previous I-203 is available for review.*

REVIEW: *(√ one)* ☐ Initial; ☒ *Subsequent;    Review held **8/3/2020** at **1102** by the *(√ one)* ☐ UCC; ☒ RHC.
   *(Date)*          *(Time)*

Type of Review: ☐ Restriction;    ☐ 7-day;    ☒ 30-day;    ☐ Special Review;

**RESTRICTIONS:** The UCC/RHC has reviewed the offender's record and has decided to either impose, continue, or discontinue restrictions, as noted below:

- Paper gown?          ☐ YES; ☒ NO      Review/Expiration Date: _____
- Food loaf?          ☐ YES; ☒ NO      Review/Expiration Date: _____
- Personal property?          ☐ YES; ☒ NO      Review/Expiration Date: _____
   • *List specific property restricted:* _____
- State-Issued property?          ☐ YES; ☒ NO      Review/Expiration Date: _____
   • *List specific property restricted:* _____

LEVEL: ☒ I;    ☐ II; or    ☐ III

Justification for decision(s): ___ Will Com _____

8/30/19 (20.0)
Committee Members *(Print name and rank or title)*: _____
M. Corbett LT          ; and _____

| IV. OFFENDER NOTIFICATION |
|---|

*Instructions: Correctional staff shall notify the offender that the UCC/RHC decision will expire on the date indicated or be reviewed for continuation, request the offender to sign (if the offender refuses, document the refusal), and provide the offender a copy of the completed document.*

Notified by: Dominguez-ktd _____ 08-13-20 2147 _____ refused to sign
   *(Employee - print name and sign initials)*    *(Date and Time)*    *(Offender signature and date)*

I-203 (8/2019)          WHITE: offender's unit file          CANARY: offender

Received 8-30-19

Rev; Maurice Mitchell
Specialize Legal Technician(SLT),
SOUTHERN CAREER INSTITUTE
The [P]aralegal School of 'Arts' & 'Values'
[P]aralegal No# (P)-7g-9169-Z
Valedictorian 1991
Allen B. Polunsky Unit,TDCJ,I-D
TDCJ,I-D No# 00649121
3872 F.M. 350 South
Livingston, Texas 77351

JULY 20, 2020.

Mr. William Barr
OFFICE OF THE UNITED STATES
OF AMERICA - ATTORNEY GENERAL
5614 Department of Justice,
950 Pennsylvania Ave, N.W.
Washington, D.C.   20530-00001

Mr. William Lee Hon
Polk County, Criminal District
Attorney's Office
101 West Mill Street, Suite 247
Livingston, Texas
                        77351

-HANK LAMB -
The Prison Talk Show Radio
KPFT 90.1 F.M. Radio - Houston
Media Correspondence
419 Lovett Blvd
Houston, Texas 77006

Mr. Eddie Frankum
- HALO - Private Investigators
Attorney At Law
410 North 14th Street
Corsicana, Texas 75110

Ms. Loris Davis, Director,
TEXAS DEPARTMENT CRIMINAL JUSTICE,
Institutional Division
P. O. Box 99
Huntsville, Texas 77342-0099

Hon; TOM BROWN, Judge
Polk County, Judicial Center
101 West Mill Street, Suite 157
Livingston, Texas
                        77351

RE:   MAURICE MITCHELL V. CODY WEBB, et, al
      UNITED STATES DISTRICT COURT-EASTERN DISTRICT OF TEXAS
      Civil Action No# 4;19-CV-03820

Dear Mad'am/Sir,
     PLEASE!! Please be advised, that this is the THIRD TIME,  that TDCJ, officials
have tried to take my life, to literally Kill Me, and in face of my continuous efforts
to expose these plots, all my efforts are falling on deaf ears. In the above civil
action number, a Sergeant, by ORDERS of Captain Webb, STRUCK ME IN THE RIGHT SIDE
TOP OF THE HEAD WITH HANDCUFFED CLAD HANDS IN FRONT OF FIVE BLACK NURSES, and on CAMARA,
with impunity. I filed suit, and the crooked Judge DISMISSED the suit under the sthree
strike rule, in face of 911 emergency ambulance call to rush me to HUNTSVILLE MEMORAL
HOSPITAL with a hole in my head and blood everywhere.
     Now, in broad open day light and on camera they infest me with the covid-19
virus,in an attempt to Murder me again!!!.
     Please  see the enclosed sworn Affidavit, and contact me with your intent,
to help me in these crucial matters. I'm requesting protective custody, and criminal
investigation, from those criminals.  Please respond. And publish my plight.

                                    Respectfully:
                                                    Rev; Maurice Mitchell

sf.;

## CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER WRITTEN RESPONSE TO SICK CALL REQUEST

**Patient Name:** **MITCHELL, MAURICE**
**TDCJ #:** **648121**
**Date:** **08/12/2020 13:31**
**Facility:** **POLUNSKY (TL)**
**Housing:** **12EA2 CELL 13**

Sick Call Request Date:__8/8____
*(This communication is to be attached to the sick call request form and returned to the patient.)*

This communication is being sent to you to answer your sick call request.   If you have questions about the information or do not understand it, you may drop a sick call request for additional information.   If you currently are being treated for any medical condition, we would like to encourage you to follow your treatment plan like taking your medication regularly, keeping your scheduled appointments in the clinic and with specialists and coming to clinic for your scheduled treatments and check-ups.

**Started Meds:**

**DIPHENHYDRAMINE 25MG CAPSULE**       1 CAPS ORAL TWICE DAILY for 30 Days       START DATE:08/12/2020 13:31 PM
PROVIDER: REILLEY, PAUL K                                                  EXPIRATION DATE: 11/10/2020 13:31 PM
REFILLS: 0 / 2

Electronically Signed by REILLEY, PAUL K. PA on 08/12/2020.
##And No Others##

## CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER WRITTEN RESPONSE TO SICK CALL REQUEST

*Rec: 4/23/20*
*8:20 P.M.*
*thursday*

| | |
|---|---|
| **Patient Name:** | **MITCHELL, MAURICE** |
| **TDCJ #:** | **648121** |
| **Date:** | **04/22/2020 10:30** |
| **Facility:** | **POLUNSKY (TL)** |
| **Housing:** | **12EF2 CELL 83** |

Sick Call Request Date: __4/18__
*(This communication is to be attached to the sick call request form and returned to the patient.)*

This communication is being sent to you to answer your sick call request. If you have questions about the information or do not understand it, you may drop a sick call request for additional information. If you currently are being treated for any medical condition, we would like to encourage you to follow your treatment plan like taking your medication regularly, keeping your scheduled appointments in the clinic and with specialists and coming to clinic for your scheduled treatments and check-ups.

**Started Meds:**

**CLOTRIMAZOLE 1% CREAM 15GM**
PROVIDER: REILLEY, PAUL K
REFILLS: 0 / 0

1 APPLICS TOPICALLY TWICE DAILY for 90 Days
KOP
Special Instructions: APPLY THIN LAYER
SPARINGLY

START DATE:04/22/2020 10:34 AM

EXPIRATION DATE: 7/21/2020 10:34 AM

**DIPHENHYDRAMINE 25MG CAPSULE**
PROVIDER: REILLEY, PAUL K
REFILLS: 0 / 2

1 CAPS ORAL TWICE DAILY for 30 Days

START DATE:04/28/2020 10:32 AM
EXPIRATION DATE: 7/27/2020 10:32 AM

**THERA DERM BODY LOTION 8OZ**

PROVIDER: REILLEY, PAUL K
REFILLS: 0 / 0

1 APPLICS TOPICALLY EVERY EVENING for 90
Days KOP

START DATE:05/26/2020 10:33 AM

EXPIRATION DATE: 8/24/2020 10:33 AM

Other medications expire in August.

Electronically Signed by REILLEY, PAUL K. PA on 04/22/2020.
##And No Others##



12EF
83

```
    UNIT COPY        T.D.C.J.-INSTITUTIONAL DIVISION      12/13/2019-107
    ITS40952                 INMATE TIMESLIPS

MITCHELL,MAURICE                     TDC:00648121 SID:02592332 UNIT: TL
                                     HOUSING/BED:        12EF2  B83

   *PRJ-REL-DATE:        06 10 2085   MAX-EXP-DATE:       06 10 2085
   *INMATE STATUS:       L3 W         MAX TERM:              95 00 00


   FLAT   TIME CREDITED:   26 10 14   CALC BEGIN DATE:   02 01 1993
   GOOD   TIME CREDITED:    0 01 23   TDC RECEIVE DATE: 09 08 1993
   BONUS  TIME CREDITED:    0 00 00   GOOD TIME LOST:        2191
   WORK   TIME CREDITED:    0 01 26   WORK TIME LOST:        1951
   *TOTAL TIME CREDITED:   27 02 03


   *STATUS EFFECT  DATE: 11 24 2018   JAIL GOOD TIME RECEIVED: YES

   DEC: DB00061  QCC: SD00108
```

```
   *TIME CALCULATIONS DO NOT INCLUDE ABSENCES FOR CURRENT MONTH
   PAROLE DATA: INTERVIEW DATE      03/10    TDC CALC. DATE 05/30
```

12;23 A.M.   39

JULY 12, 2020A.D.

**SWORN AFFIDAVIT**

My name is <u>MAURICE MITCHELL</u>, TDCJ, I-D No# <u>648121</u> who being over the age
of twenty one (21) of sound mind and body, dispose and state the follow-
ing based on the affiant's personal knowledge, understanding and sincere-

38

I   -   60

R   E   Q   U   E   S   T

TO: <u>MAJOR M. TAHUMI, 12 Bldg Major;</u>         Date; <u>January   06, 2020.</u>

Address: <u>        3872 F.M. 350, South        </u>

cc/files

said.  On <u>JULY 09, 2020</u> - affiant could not breath good, nose and throat was clogged
up with thick mucus, snott, and snivels, due to the thick mucus draining, dripping
and causing affiant to sneeze and cough.

-   1   -

AFFIDAVIT OF  MAURICE MITCHELL, Continued...

(IT IS NOTED THAT ON JUNE 11, 2020 Affiant's TDCJ,I-D OFFICIAL COVID-19 screen test results was returned to him on JUNE 14, 2020 stating; "NEGATIVE". Affiant is confined in AD-SEG, 24/7.

Affiant begin to experience bad night sweats, that forced him to  sleep on a large bath drying towel in order to catch the large quanity of sweat.
July 10, 2020 -  Affiant is now experiencing "GOUT" and "Severe Arthritis" symptoms". Pain all over the entire body simultaneously. Sweating profusciously, day and night., Lethargic.
On July 11, 2020 - Affiant informed the sick call nurse that he had been infected with the covid-19 virus, and she stated she would have him pulled out for examination. In order to verify that all affiant has stated concerning his physical conditions, the physical body will not lie.
Due to the intense heat, high body tempatures, a large FEVER BLISTER HAS RUPTURED ON THE LEFT SIDE OF AFFIANT'S mouth. Proof, without doubt of the unusual body tempatures.
July 12, 2020 (1:33, A.M.) at the time of preparing this affidavit, affiant has recovered substantially, ONLY BECAUSE HE, knows what to do in order to preserve his own life.

Your affiant is [63] years old.

Anything further, affiant sayeth not;

Executed on this 12th day of JULY 2020, A.D.

Mr. Maurice Mitchell
TDCJ,I-D No# 00645121

Subscribed and sworn to on the undersigned's personal knowledge, under the pains and penalty of perjury on this  12th day of JULY, 2020.

Mr. Maurice Mitchell

MAURICE MITCHELL
AUTHORIZED BY STATUTE
Title 6 Chap. 132.003 -132.003
Tex.Civ. Prac & R. Cod
UNDER PAINS AND PENALTY
FR PERJRY
Non-Commissioned:
Date:
Signed:
Expiration Date:

- 2 -

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _____ 41

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: **MAURICE MITCHELL**      TDCJ # **648121**

Unit: **POLUNSKY**      Housing Assignment: **12 E, 83 cell**

Unit where incident occurred: **ALLEN B. POLUNSKY Unit**

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **Officer ROGER BURK, C.O. V**      When? **03/30/20**

What was their response? **SHE SAID SHE GAVE YOU MATERIALS, Friday 03/27/20**

What action was taken? **I received I-60 requesting legal materials, WHAT I DID NOT RECEIVE!!**

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

This is an EMERGENCY GRIEVANCE. INDIRECT RETALIATION, as foreseen.

Please be advised, that on FEBRUARY 25, 2020 LEGAL PROCEEDINGS were instituted against

officer: ALICE R. MARIARITY C. O. IV in Polk County Court at law, and a copy of the

COMPLAINT was served upon officer Mariarity by me.

The    Complaint states explicitly, that any retaliation whether directly, or

indirectly, resulting from the utilization of a LEGAL Process, will swiftly cause the fail-

ing PEACE BOND, with the polk county court at law, and the launching of criminal investiga-

tion and criminal charges for violation of the civil rights of a person in custody.

On TUESDAY March 31, 2020 Officer Alice R. Mariarity C.O. IV came on 12 Building

E Block picking up GeneraL Library Books, and went to every cell that had books and picked

these books up, however, she went to cell 82 and obtained his book, then passed grievant

up, cell 83 and went to cell 84 and picked up his book. She left the book in my cell with

"INTENT" to tell library staff, that I STOLE THE BOOK.

ALSO, officer ALICE R. MARIARITY has...................... RECRUITED

Her long time school mate, friend, and possible family member, officer: CRYSTAL M. ASH.

C.O. IV.   Law Library staff. On FEBRUARY 31, 2020 Officer: ROGER BURKS, C.O. IV law

library staff came to grievant's cell, and stated: MS ASH SAYS SHE GAVE YOU LEGAL MATERIALS

ON FRIDAY, and I COME TO PICK THEM UP!!!"

Please be advised, that this is a complete "LIE" and indirect retaliation on

behalf of Alice R. Mariarity. LAW LIBRARY HAS BEEN DENYING ME ACCESS FOR ALMOST FOUR

WEEKS, and NOBODY DELIVERED TO ME ANY LEGAL MATERIALS ON FRIDAY. I am requesting investi-

gation. Please ask this officer the 'Time' she gave me anything, and this is why, WE

HAVE SURVEILLANCE CAMARAS. Please review the camara for FRIDAY MARCH 27, 2020 and you

---

**I-127 Front** (Revised 11-2010)      YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM      (OVER)

Appendix

will SEE Caithou20 dispute 5 oDcontradiction, FileTHAT NE/1ASH NEVER CAME to My CELL06of 106

will SEE _____THAT ME, ASH NEVER CAME TO MY CELL FOR ANY

REASON WHAT_SO_EVER, and did not give me any law materials at all. _____

       I have told Major. MOHAMMOD TAHSINI, that officer: ALICE R. MARIARITY will retal-

iate on three different occasions, and each time, he stated " SHE IS NOT GOING TO RETAL-

IATE AGAINST YOU. !!!" Major, I'VE BEEN HERE 30 YEARS, and this is what the devil does.

Please controle your officers. _____

       Now, Law library staff will come down to tere up my cell, and confiscate my legal

documents on pretext, that I have their fabricated legal work, in order to justify taking

my legal documents. and to DENY ME ACCESS TO THE LAW LIBRARY. On March 31, 2020 officer

ASH sent me an I-60 stating  THAT I WILL RECEIVE NO MORE LEGAL MATERIALS UNTIL THEY GET BACK. SOMETHING

**Action Requested to resolve your Complaint.** THAT I DON'T EVEN HAVE.

    PLEASE CALL ME OUT FOR AN INTERVIEW, ABOUT THIS INDIRECT RETALIATION, AND

STOP YOUR OFFICERS FROM THIS COLLUSION, AND RETALITORY MEASURES.

**Offender Signature:** _____ **Date:** APRIL 01, 2020.

**Grievance Response:**




**Signature Authority:** _____ **Date:** _____
**If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.**

**Returned because:**    **\*Resubmit this form when the corrections are made.**

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **2ⁿᵈ Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **3ʳᵈ Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

**I-127 Back** (Revised 11-2010)

**Appendix F**

E-83

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Security Detention Level Review/Placement on Restriction

### I. OFFENDER INFORMATION

Offender Name: _Mitchell, Maurice_  TDCJ Number: _1481/21_ ; Custody _J3/1A_ ; Unit: _JL_

### II. PLACEMENT ON RESTRICTION   (Initial Placement ONLY)

*Instructions:* The highest-ranking security supervisor on duty has the authority to initially place an offender on restriction. The shift supervisor (may be the same individual) shall document the placement in Sections I. and II. of this form; and then notify the unit classification committee (UCC) or the restrictive housing committee (RHC) by providing them this form intact.

As of *(date)* _____, at *(time)* _____, the above-named offender has been placed on restriction, in accordance with SM-01.29, "*Offender Management Restrictions.*" *[NOTE: Place a √ in front of each restriction imposed]:*

___ **Paper gown;**     ___ **Paper mask;**     ___ **Food loaf**
___ **Personal property** (*i.e., container; hard plastic; lock; metal; hotpot; etc.*)
   - List specific property restricted: _____

___ State-Issued property (*i.e., mattress; blanket; sheet; etc.*)
   - List specific property restricted: _____

Reason for placement: _____
_____

Documented by: _____  _____  _____  _____
     *(Print Name)*          *(Rank and Title)*          *(Signature)*          *(Date)*

➔ *The restriction(s) may only continue up to 24 hours without review by the UCC/RHC (or until their earliest following workday).*

### III. UCC / RHC REVIEW

*Instructions:* This section shall be used for both UCC and RHC reviews. If the form is being used for a *subsequent review, the RHC must ensure Section I (Offender Information) is completed and the previous I-203 is available for review.

REVIEW: (√ one) ☐ Initial; ☒ *Subsequent;     Review held on _7/3/2020 4(0)_ by the (√ one) ☐ UCC; ☒ RHC.
                                            *(Date)*      *(Time)*

**Type of Review:** ☐ **Restriction;**   ☐ **7-day;**   ☒ **30-day;**   ☐ **Special Review;**

**RESTRICTIONS:** The UCC/RHC has reviewed the offender's record and has decided to either impose, continue, or discontinue restrictions, as noted below:

- Paper gown?          ☐ YES; ☒ NO     Review/Expiration Date: _____
- Food loaf?           ☐ YES; ☐ NO     Review/Expiration Date: _____
- Personal property?   ☐ YES; ☐ NO     Review/Expiration Date: _____
   - List specific property restricted: _____
- State-Issued property?  ☐ YES; ☒ NO  Review/Expiration Date: _____
   - List specific property restricted: _____

**LEVEL:** ☒ I;   ☐ II; or   ☐ III

Justification for decision(s): _____
_____
_____

_8/30/19 (20.0)_
Committee Members (Print name and rank or title): _____; and _C. Walston DLC_

### IV. OFFENDER NOTIFICATION

*Instructions:* Correctional staff shall notify the offender that the UCC/RHC decision will expire on the date indicated or be reviewed for continuation, request the offender to sign (if the offender refuses, document the refusal), and provide the offender a copy of the completed document.

Notified by: _____  _____  _____
   *(Employee -- print name and sign initials)*   *(Date and Time)*   *(Offender signature and date)*

I-203 (8/2019)          WHITE: offender's unit file          CANARY: offender

REQUESTING
Single Dossage
vntil K.O.P.
Arrives.

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
### SICK CALL REQUEST

**PART A:** (To be completed by offender)          Date: 8-25-20

Offender's Name: M. Mitchell                     TDCJ No.: 648124

Work Assignment: —NA—          Work Hours: —NA—

Wing No: 12 E 13          School Hours: —NA—

Service needed: ☑ Medical ☐ Dental ☐ Mental Health ☐ Other: _____

Reason for Health Services Appointment: Need Re-fill on AMLODIPINE High Blood
Benadryl for itchyng & Sinisex & All
MEDS renewal

How long have you had this problem? Hours: _____ Days: _____

---

*"In accordance with state law, if this visit meets offender annual health care services fee criteria, I understand that my trust fund account may be charged a $13.55 health care services fee. I also understand that I will be provided access to health care services regardless of my ability to pay this fee."*

NOT A Bill
**Signature of Offender**

---

Part B: (To be completed by medical personnel – Do not write below this line

Medical Reply: Renewed  8/26/20

Medical Staff Member's Signature          AUG 27 2020     Date

HSA – 9 (Rev. 8/19)

School

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

NOV 1 0 2020

David J. Bradley, Clerk of Court

LADDY CURTIS VALENTINE §
RICHARD ELVIN KING
°MAURICE MITCHELL §
° DEAN TRAHAN
° LOWELL GREEN §
° ERNEST WHITE, AND:
° ROBERT KERRY McCLURE,III;individually
and on Behalf of those similarly situated;
        [P]laintiff£s°.

VERSUS:                                    Civil Action No# 4;20-CV-01115
                               §
BRYAN COLLIER. in his official capacity, §
ROBERT HERRERA, in his official capacity,
LORIE DAVIS. in her individual capacity. and;
KYLER BE. FRANKLIN. C.O.III: in his individual capacity.
AND: THE TEXAS DEPARTMENT CRIMINAL JUSTICE, I-D.
        [D]efendant(s),

                               §

P L A I N T I F F (S)

FIRST AMENDED CLASS ACTION COMPLAINT

AND APPLICATION FOR TEMPORARY RESTRAINING  O R D E R

AND OTHER INJUNCTIVE RELIEF-IMMEDIATE MEDICAL

R E L E A S E   FOR [I]NFECTED & VULNERABLE INMATE(S).


*  MOTION FOR   L E A V E   TO SO FILE  *


TO THE HONORABLE JUDGE OF SAID COURT:

    Comes Now MAURICE MITCHELL, TDCJ,I-D No# 00648121, LOWELL GREEN
TDCJ.I-D No# 00518622. these [TWO] specific Plaintiffs being UNDER
the three [3] strike rule of Title 28 U.S.C.  § 1915[g], pass the
"BAR" due to the clear, and apparent "THREAT" OF IMMINENT DANGER" pose by the
DEADLY VIRUS OF COVID-19. See; BANOS V. O'GUIN 144 F.3d 883 [5th Cir 1998], CIARPAGLINI V. SAINI
352 F.3d 328,330 [7th-Cir 2009[, HUNT V. UPHOFF 199 F.3d  1220[10th-Cir 1999], and are therefore
eligible to join this class action [WITHOUT] the necessity of paying a filing fee,
along with Class of plaintiff's DEAN TRAHAN, TDCJ,I-D No# 2157829, ERNEST WHITE,
TDCJ. I-D No# 02009027 and ROBERT KERRY McCLURE,III TDCJ,I-D No# 02151961 and the

Civil Action no# 4:20-cv-01115

Mr. Dean Trahan
TDCJ: I.D# 2157829
Conviction: Possession of Control Substance in restricted zone.
Tex. Health & Safety Code § 481.114-115
Cause no# _____
_____ Criminal District Court _____ County.
18years Term: Up for Parole in 2022.
Released To: Address: _____
_____
_____ .

EXHIBIT OF EVIDENCE: [DT-52-2220]

Pages: [44]

Civil Action No# 4:20-cv-01115

Mr. Lowell ___ Green
TDCJ. I-D no# 518622 ___
Conviction: _____
Tex. Penal Code: _____
_____ Criminal District Court of Dallas County, Texas
Over [32] years Served Day-For-Day.
Up for Parole Since 2002 - Life Years.
Release To Dallas County.

EXHIBIT OF EVIDENCE [ L ___ Green [ LC-57-2020]

Pages [ 45 ]

Civil Action No# 4:20-CV-01115

Mr. Ernest White
TDCJ. I-D # 02009027
Conviction: _____ ,
Texas Penal Code: _____ :
Cause no # _____ :
OVER _____ Years Served Day for Day _____ .
Term: _____ Years.
Just Received a three (3) Years set off:

                    EXHIBIT OF EVIDENCE: [EW-34-2020]


Page [1].

(1)

```
PDKAR008AAHNTL          STATE OF TEXAS          02/26/2020
                  BOARD OF PARDONS AND PAROLES      PAGE     1

                  NOTICE OF PAROLE PANEL DECISION

NAME: WHITE,ERNEST
SID NUMBER: 06420726                TDCJ-ID NUMBER: 02009027
TDCJ-ID UNIT OF ASSIGNMENT: POLUNSKY
HOUSING ASSIGNMENT: 12-E-F ROW-2    CELL: 84 ✓
```

SUBJECT: Decision Not to Grant Parole - NEXT REVIEW

　　　After a review of your case, the Board of Pardons and Paroles
decision is not to grant you parole and has set your next parole review
date as 02/2023.

　　　You have been denied parole for the reason(s) listed below:
One or more components indicated in each paragraph listed below may
apply, but only one is required.
1D.　THE RECORD INDICATES THAT THE OFFENDER HAS REPEATEDLY COMMITTED
　　　CRIMINAL EPISODES THAT INDICATE A PREDISPOSITION TO COMMIT
　　　CRIMINAL ACTS UPON RELEASE.
2D.　THE RECORD INDICATES THE INSTANT OFFENSE HAS ELEMENTS OF
　　　BRUTALITY, VIOLENCE, ASSAULTIVE BEHAVIOR, OR CONSCIOUS SELECTION
　　　OF VICTIM'S VULNERABILITY INDICATING A CONSCIOUS DISREGARD FOR THE
　　　LIVES, SAFETY, OR PROPERTY OF OTHERS, SUCH THAT THE OFFENDER POSES
　　　A CONTINUING THREAT TO PUBLIC SAFETY.
11D. OTHER - 11D-INSTITUTIONAL ADJUSTMENT-LC3

　　　The Institutional Division will monitor your treatment plan progress
and will report your progress to the Board of Pardons and Paroles.

　　　Should you have any questions regarding this notice you are to
contact your unit Institutional Parole Office.

Civil Action no.# 4:20-cv-01115

Mr. Robert Kerry MCCLure
TDCJ.I-D #02151961
Conviction: Aggravated Robbery
Texas Penal Code 29.03
240 Criminal District Court Fort Bend County, Texas

OVER three (3) Years Served Day For Day.
Up For Parole December 13, 2022
Release To: 1602 Enclave Parkway #1723
Houston, Texas 77077

EXHIBIT OF EVIDENCE: [RKC-29-2020]

Page [1].



### Texas Department of Criminal Justice

**Lorie Davis**

**Correctional Institutions Division, Director**

DATE:   06/11/2020

TO:   MCCLURE,ROBERT KERRY III          UNIT:          POLUNSKY
        TDCJ #: 02151961                HOUSING:   12FB2 27 B

The result of your COVID-19 testing was negative.

Thank you for your participation in our fight against COVID 19.  Please remain committed to protocols in place to enhance your safety.

Stay Safe,

Lorie Davis
CID Director

---

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

P.O. Box 99
Huntsville, Texas 77342
www.tdcj.texas.gov

*05/15/20 (rev.1)*

Ms. Crystal Ash.                                              lc/files

(11)

        Please be Advised. I have No doubt that you are
attacking [ME] in behalf of your Homegirl <u>Alice Mariarity.</u>
I've reviewed MY Files to SEE if, I requested those
Case citations that You Say You gave ME on FRIDAY
3/27/20 & YES. I Did send in that REQUEST.
HOWEVER, You <u>NEVER</u> braught Them To <u>ME</u>. I've
written Major Tahumi and Ask him to REVIEW the
Surveillance Cumura For FRIDAY 3/27/20 To <u>See</u>
that YOU NEVER came To My Cell at all. 30 years
I've been Her Ms AsH & I've seen You before.
Correct Your RECORDS. You did not Give ME anything.
<u>M. Mitchell</u>   <u>6 4 8 1 21</u>
                                          TL
<u>12 E 83</u>                    —<u>NA</u>—

I - 60

REQUEST

To: Crystal Ash. Lawlibrary   4/2/20

Address: 3872 ~~FM 350 South~~

*Force Moved on 9/11/20 To F. Block* (12)

Major, TAHUMI,

Please be advised. I have informed You, that I have filed a commercial injury process against one of your officers, Officer: ALICE R. MARIARITY, C.O.IV, for her open theft of my personal property, displaying her open Prejudice, and bias towards ME, for no provocation from ME.

I've explained TO YOU MAJOR, that this emotional female WILL RETALIATE, but you tell ME, that SHE WILL NOT.

On MARCH 30, said officer came to E; Block to pick up GENERAL LIBRARY BOOKS, and she stopped to pick up cell 82, passed me up and went to cell 84. I'm in cell [83], and she left me with the library book, without saying a word to me. When I tried to call her back to obtain the book, she told other inmates to TELL ME, THAT I........ SHOULD HAVE SAID SOMETHING WHEN SHE WAS NEAR MY CELL????????? My name is on that library list, just like everybody else cell she stopped by to pick up these books and THEY DID NOT HAVE TO CALL ME. it was her job to go to the cell and retrieve the books. THIS IS RETALIATION AND AN ATTEMPT TO ADVANCE A FALSE DISCIPLINARY CASE AGAINST ME. Seen, I will be falsely accused of THREATENING AN OFFICER ME this female. THEREFORE, I AM GIVING WRITTEN NOTICE TO ALL OF YOU, That this officer will retaliate, either directly, or indirectly. Please restrain your officer. I have a copy riht on my Corporate name MAURICE, and any use of that name in commerce, will result in a fine of ONE MILLION DOLLARS. PLEASE CONSULT YOUR DIRECTOR'S OFFICE ABOUT MY STATUS.              Respectfully;

Maurice Mitchell  Secured Party Creditor MAURICE MITCHELL TDCJ No# 648121  Pelunsky Unit
12 E; 83 Cell                                      -NA-

cc/files
Polunsky Unit Grievance Coordinator;
Mr. MOHAMMED TAHUMI, Unit Major;
Ms. Lorie Davies, Director, TEX, DEPT, CRIM JUST, I-D.

file copy, Originals mailed to
Major Tahumi,
Ms. Norris, and LORIE DAVISE, Director, TDCJ,

APRIL 1, 2020

TO: _____   Date: _____

Address: _____ Appropriate Address. _____

Force Moved on 9/1/20 To F Block

⑬

Major; Tahumi,

Please be advised, that it is so easy for Officer ALICE R. MARIARITY,
to send one of her friends down here and simply LIE ON ME, with the all
time USUAL CASES that inmates get. JACKING OFF ON THE FEMALES. And for
sure, I WILL BE ORDERED TO SUBMIT TO HAND RESTRAINTS AND SUMMURILY MOVED
TO F- Block, WITHOUT A DISCIPLINARY CASE, and subsequently found guilty
based on a lie.

   The enclosed grievance IS NOT AGAINST YOU, but your name is in it
because I spoke to you about this serious matter.

   I am not filing the grievance YET. Please assure me, that you will
take care of this reprisal, and the issue is over. But please be mindful,
THAT I AND MANY OF US, ARE AWARE OF MS. MARIARITY sexual relationship
with many, many of these officers here, because her husband has severe
erectile problems, and therefore let many officers have his wife.

   IF YOU DON'T KNOW ABOUT THIS, NOW YOU DO. We all know about it,
and this lady uses these officers to do her dirty work.

   As soon as I see the need, I WILL BE FILING FOR A PEACE BOND, and
criminal investigation. OVER THIRTY YEARS Sir, I've been in this hell
whole, and I know how staff retaliates. Please investigate, and if you
will call me out. Thanks.

MAURICE MITCHELL              648121              Polunsky Unit

12 E. 83 Cell                                    -NA-

cc/files

I   -   6   0

R   E   Q   U   E   S   T

TO: <u>MAJOR: MOHAMMOD TAHUMI,</u>               Date; <u>APRIL 01, 2020.</u>

Address: <u>              3872 F.M. 350 South</u>



Major Tahumi. I'ed appreciate it if you will call me out so we can discuss this reprisal that officer ALICE R. MARIARITY, C.O. IV is subjecting me to by USING her friends in the law library. Ms. CRYSTAL ASH, in behalf of  MARIARITY, accuses me of having legal materials as follows:

(1). 44 S.W.3d pages 544, (2). 501 S.W.3d pages 447, and (3). 207 S.W.2d

pages 149. I DO NOT HAVE THESE CASES AMONG MY LEGAL WORK, and I have no use for them. I DO NOT BELIEVE THAT THEY CAN SHOW YOU A BOOK REQUEST FROM ME.... ASKING FOR SUCH CASE CITATIONS. Tell them to show it to you, where I EVEN REQUESTED SUCH BOOKS ????? Further, PLEASE see the surveillance camera for FRIDAY MARCH 27, 2020 WHEN MS ASH STATES SHE GAVE ME ANYTHING.

MAURICE MITCHELL                 648121                    TL
     12 E; 83 cell                              -NA-

                                Please send your response. CALL ME OUT

cc/files
WILLIAM BARR,
USA, ATTORNEY GENERAL

MAJOR: Mohammod Tahumi                    April 01, 2020

3872 F.M. 350 South



Major, TAHUMI,

Please be advised. I have informed You, that I have filed a commercial injury process against one of your officers, Officer: ALICE R. MARIARITY, C.O.IV, for her open theft of my personal property, displaying her open Prejudice, and bias towards ME, for no provocation from ME.

I've explained TO YOU MAJOR, that this emotional female WILL RETALIATE, but you tell ME, that SHE WILL NOT.

On MARCH 30, said officer came to E; Block to pick up GENERAL LIBRARY BOOKS, and she stopped to pick up cell 82, passed me up and went to cell 84. I'm in cell [83], and she left me with the library book, without saying a word top me. When I tried to call her back to obtain the book, she told other inmates to TELL ME, THAT I........ SHOULD HAVE SAID SOMETHING WHEN SHE WAS NEAR MY CELL???????? My name is on that library list, just like everybody else cell she stopped by to pick up these books and THEY DID NOT HAVE TO CALL ME. It was her job to go to the cell and retrieve the books. THIS IS RETALIATION AND AN ATTEMPT TO ADVANCE A FALSE DISCIPLINARY CASE AGAINST ME. Soon, I will be falsely accused of THREATENING AN OFFICER ME this female. THEREFORE, I AM GIVING WRITTEN NOTICE TO ALL OF YOU, That this officer will retaliate, either directly, or indirectly. Please restrain your officer. I have a copy ght on my Corporate name MAURICE, and any use of that name in commerce, will esult in a fine of ONE MILLION DOLLARS£ PLEASE CONSULT YOUR DIRECTOR'S OFFICE ABOUT MY STATUS.                    Respectfully;

Maurice Mitchell   Secured Party Creditor MAURICE MITCHELL TDCJ No# 048821   Polunsky Unit
12 E; 83 Cell                                  -UA-

cc/files
Polunsky Unit Grievance Coordinator;
Mr. MOHAMMED TAMUNI, Unit Major;
Ms. Lorie Davies, Director, TEX. DEPT. CRIM JUST, I-D.

TO: _____ MS. LORIE DAVISE Director, TDCJ,I-D _____   Date; _____ APRIL 1, 2020. _____

Address; _____ P. O. Box 99 - Huntsville, Texas 77342-0099 _____

Major Tahumi

As Salaum Alikum. I have Reported

Officer: ALICE MORIARITY, C.O. I To: Captain: JEKORIA CARTER
how this FEMALE keep on Denying ME NECESSITES i.e cloth
Sheets Towels For No Reason on My Part. I havn't done
Anything to This Lady. On: 12-9-19 shakedown SHE
Took my Radio → Headphones, Trying to Hurt me, by leaving
ME Nothing to listen to my RADIO with. Plus she did
not give me Confiscation Papers NOTHING! I've
been ROBBED Major. The Headphones BROKE & I
Fixed Them. They Work Perfectly, & is not Harmful to
Anyone. Headphones Carry D.C. Battery Power, NO Electric
shock. Please ORDER your officer To Stop mistreating ME
& RETURN My Headphones OR Replace them. W/R
MAURICE MITCHELL aka Issa Wali #2481511 IL

12 E 83                    * Maurice Mitchell, Pro-se

                                   CC/Files

I- 60

REQUEST

co/files
Family Members;

TO: Mr. Mohamed Tahumi; Major ASD, te 12-16-19

Address 3872 F.M. 350. Suty

Major; Tahumi, Grievance Coordinator,

My records show that on or about JULY 13, 2020 MONDAY MORNING, a grievance was handed over to OFFICER; STEVEN MORRIS, C.O. V, in that "WE" have been instructed to give [ALL] grievances to the UNIT NECESSITY OFFICER, because the grievance office made an escape/excuse, as a shield to say; "THEY DID NOT RECEIVE THE GRIEVANCE". On said date the grievance was given to officer MORRIS, to turn in, concerning the INFECTION OF THE COVID-19 virie. MORE THAN THIRTY DAYS (30) have passed and the grievance office has not acknowledged receipt of the grievance filed against officer; KYLER B. FRANKLIN C.O. III

At this time I am requesting that the grievance office acknowledges receipt of said grievance and provide me with the grievance number.

Major; Tahumi, please insure compliances.

Thank you. Respectfully; cc/file
Major; TAHUMI,
Grievance Coordinator.

MAURICE MITCHELL          643121                    Polunsky Unit

12 X; 13-Ocell          Please send your response.          -NA-

I       N       F       O

R       E       Q       U       E       S       T

*Fikos*

TU: _____   DATE: September 07, 2020 _____

Address: _____ 3872 F.,. 35D South _____

[7(a)]

cc/files
Grievance office
Christina M. Norris

Third (3rd) Request
No Response Means
You've Thrown it Away!!

I - 60
REQUEST

TO: Grievance office; C. Norris          Date: 9/16/20

Address: 3872 Fm 350 south

117(a)

This grievance you speak of was never received
you can resubmit? date it for now, July!
This is My 3rd Request for you to acknowledge receipt
of my Grievance. On July 13, 2020— I mail (hand Delivered)
Gave a Grievance over to officer: STEVEN MORRES, C.O. III the
Ad-Seg Necessities officer: to bring down to the grievance
office. It is now AUGUST 25, 2020 and you still
have not acknowledged receipt nor processed My
Emergency Grievance whereas, I have been potentionally
& knowingly infected with CORONA-VIRUS, by officer
KYLER, B. FRANKLIN. C.O. III. Please acknowledge
Receipt & send ME the Grievance #.

MAURICE MITCHELL        648921           TL

12 F 28                   —NA—

State briefly the problem on which you desire assistance.

Constipated

Please Prescribe for Bowl
Movement "LACTULOUS"

Laxative

COVID-19
Patient

Name: M. Mitchell    No: 648121    Unit: 72

Living Quarters: 12 E 13    Work Assignment: N/A

**DISPOSITION:** (Inmate will not write in this space)

Rec 9/21/20

Your sick call request (SCR) has been screened by Medical and
has been determined not to be emergent or urgent. Due to
pandemic COVID-19, to limit unit movement and enhance your
safety, all non-emergent/non urgent requests will be
deferred. All medication renewals will continue to be
reviewed. In the meantime, you may resubmit a SCR if your
symptoms worsen.

SEP 05 2020

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

*CC/files*

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ❏ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ❏ *Restoration of Lost overtime (Unit Warden- if approved, it will be forwarded to the State Disciplinary Committee)*

3. ❏ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ❏ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ❏ *Visiting List (Asst. Director of classification, Administration Building)*

6. ❏ *Parole requirements and related information (Unit Parole Counselor)*

7. ❏ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ❏ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

*Not A Bill Chronic Patient*

TO: *M.D. Montgomery Med Dept* DATE: *9/4/20*
(Name and title of official)

ADDRESS: *3872 FM 3.5 South*

**SUBJECT:** State briefly the problem on which you desire assistance.

Case 4:20-cv-01115 Document 40 Filed on 11/20/20 in TXSD Page 70 of 106

US District Court Houston

cause no# 4:20-cv-1115

(18)

Please Be Advised - After Cantracting COVID-19, I've bee Placed on Quaritine and DENIED any and ALL medical Attention, Absolutely NOTHinG has been given to Fight or COMBAT said VIRiS. NOTHinG. I am LEFT to DIE. It has Been Since AuGust 5, 2020* with NO Medication. The VIRiS lingers in My Body Causing incessent Flu Like symtoms. I AM RequestinG "Anti-biotics", Cold Medicatio's "Robatusin" cold medication & Pain Medication. Your Failure to Act shall be "Deliberate Indifference".

Name: M. Mitchell          No: 648121          Unit: TL

Living Quarters: 12 - E : 13 TOP          Work Assignment: -NA-

**DISPOSITION:** (Inmate will not write in this space)

* Correction: JULY 5, 2020 mm.          Rec'i 9/21/20

Provider Review

SEP 04 2020

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL  *cc/U.S.District Judge;*

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.** *Attorney; John R. Keville Houston, Tx*

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles. 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: *Laurie J. Montgomery Med Dept PA, / MD / RN/*
(Name and title of official)

DATE: *9/2/20*

ADDRESS: *3872 F.M. 350 South*

69

· cc/files          Sick Call

· Grievance        REQUEST
  office

· Major: Tahumi

                                   OUT OF Highblod
                                   Pressure Medication
                                   Need Single Dossage
                                   Out of Benadryl Need
                                   Single Dossages

TO: Greivance Office                    Date: 8/26/20

Address: 3872 F M 350 South

What are You people doing? I've sent in
OVER 6 Sick call Request Asking For
Single Dossage until My KOP arrive, to no
Avail. I've Told 5 different Nurses I'm
Out of Medications, including My Benadril
& High Blood Medicine, Nurse Dickens
Says... I'll take care of it, Since 8-12-20
And Still No Medications!! (COVID-19
kills After the Virus is Gone!!! What are
You doing. Deliberate indifference

M. Mitchell          6-18-21                    TL
12 E  13

Duplicate Request

- cc/files
- Grievance office
- Major: Tahumi

# Sick Call REQUEST

(20)

Out OF Highblood Pressure Medication Need Single Dossage Out of Benadryl. Need Single Dossages

TO: Major: Tahumi                    Date: 8/26/20

Address: 3872 F M 350 Surth

What are You people doing.? I've sent in OVER 6 Sick call Request Asking For Single Dossage Until My KOP arrive, to no Avail. I've Told 5 different Nurses I'm Out of Medications, including my Benadril & High Blood Medician, Nurse Dickens Says... I'll take care of it, Since 8-12-20 And Still No Medications!! Covid-19 Kills After the Viris is Gone!!! "What are" You doing, Deliberate Indifference ^

M. Mitchell    648121             IL  Duplicate Request

12E 13

'co/files        Sick Call
'Grievance    REQUEST
office
'Major: Tahumi

Out of Highblood
Pressure Medication
Need Single Dossage
Out of Benadryl. Need
Single Dossage s

TO: Dr Riley.                              Date: 8/26/20

Address: 3872 F.M. 350 South

What are You people doing? I've sent in OVER 6 Sick Call Request Asking For Single Dossage Until My KOP arrive, to no Avail. I've Told 5 different Nurses I'm Out of Medications, including my Benadril & High Blood Medician, Nurse Pickens Says... I'll take care of it, Since 8-12-20 And Still No Medications.!! CoViD-19 Kills After the Virus is Gone.!! What are You doing, <u>Deliberate Indifference</u> TL

M. Mitchell     6 4 81 21

12E 13

Gr. Provider Review
Need Reviewed
AUG 26 2020

22

Why am I not Receiving my Medication?
My High Blood Pressure medication has run out.
Whats going On ??

Referred to MD/MLP for Med Renewal
Norvasc

AUG 2 3 2020

M. Mitchell        648121

12 E 13

Did Not        TL
Start Receiving
          Until 8/30/20        KDP.

Sick call
Request

(23)

'w/files    Sick Call

'Grievance    Request
office

'Major: Tahemi    Received Starting on    Out of High blood
Meds Starting on    Pressure Medication
August 30, 2020    Used single Dosage
K.O.P. Blood pressure    out of Benedryl Used
Pills    Single Dossages

TO: Files: See Above    Date: 8/26/20

Address: 3822 F M 350 South

Nurse Maddison 8/29/20

What are You people doing. I've sent in over 6 Sick call request Asking For Single Dossage until My Refill arrives to be Avail. I've Told 5 different Nurses, I'm Out of Medications, including my Blood & High Blood Medicine, Nurses Pickens says... I'll take care of it, Since 8/12-20 And Still No Medications.!! (Covid-19 k.ll.s After the virus is Gone!! What are You doing. Deliberate Indifference!!

M Mitchell          6/18/21                    TZ
13 E 13

(24)

The Kitchen is NOT sending me DIET TRAYS ??

Did you discontinue my Dental Plan to obtain My Partial Upper & Lower Plates? ? Did you discontinue my Diet ??

we have not cancelled anything! Dental

Computer shows mechanical soft diet

AUG 20 2020

YOU ARE SCHEDULED FOR AN APPOINTMENT TO BE SEEN ONCE THE PANDEMIC HAS SUBSIDED AND DENTAL DEPT. HAS RESUMED NORMAL OPERATIONS

M. Mitchell 648121 Blunsky Unit

12 E 13

THAT HE EXPLAINS THAT SAME IS EXACT COPIES OF THE DOCUMENTS FILED IN THE TRIAL COURT.

THESE EXHIBITS [illegible] THE PAGES, IN SEVERAL PLACES. The number

SICK CALL REQUEST

TO: Dental Department Date: 9/19/20

Address: 3872 F.M. 350 South

# Sick
# CALL

\* Dential \*

JUL 30 2020
Dental
tmview

TO: Medical Department          Date: 7-23-20

Address: 3872 Fm 350 South

My RECORDS reveal, that on November 27, 2019. WE entered into a "Contract" for a Six Month Treatment PLAN whereas, Upon paying the CO-MEDICAL Payment, being Placed ON A SOFT DIET, at the END of ⑥ Months, I would RECIEVE My Upper & LOWER partial Plates, PLEASE!! PLEASE!! I am Aware of COVID-19 & have been Intentionally infected with the Virus, MORE than 25 days have Passed Since Contract, & My Body has KICKED IT's ASS.!!!

YOU ARE SCHEDULED FOR AN
APPOINTMENT TO BE SEEN ONCE
THE PANDEMIC HAS SUBSIDED AND
DENTAL DEPT. HAS RESUMED NORMAL
OPERATIONS

Please make preperation for IMPRESSIONS so that My Teeth will all mine.

MAURICE MITCHELL  648127    TL    * NEED *
                                        TEETH
12 ε 13            — N A —.

Covid-19 infected, Please be Adviced,
My High blood Pressure Medication has
Ran out, Please ReNew, Also, please
Provide Single Dossages UNTIL
KOP arrives.

Severe Night Sweats
Every Night, Tempature
High.

AUG 04 2020

M. Mitchell 64812(

12 E B 12-E-13

Pharmacy notified for single doses. Bennett Ph 7/25/20

JUL 25 2020

PLEASE Fix this 8-3-20

Please Send your Response.

I need My Benadryl's

# Sick Call

cc/files.

You have Given ME NOTHING For this CORONA VIRUS. NOTHING!!

cc/files.

To Medical Dept.    Date: 7-23-20

Address    3872 FM 350 Sath

Major; Yahual,

JUL 23 2020    Security    (27)

It appears that on July 5, 2020 One of your officers infected with the COVID-19 Virus, intentionally and knowingly infested [ME] with the virus. Since then, I have been extremely sick, body achs, pain and straight out suffering, trouble beathing, choughing and sneezing. On Saturday, I INFORMED THE SICK CALL NURSE, and SHE STATED SHE WOULD HAVE THEM PULL ME OUT, TO BE BROUGHT TO THE INFORMARY.

No ONE CAME TO GET ME.

On MONDAY, July 13, 2020 an officer walked my AFFIDAVIT, AND SICK CALL REQUEST DOWN TO THE INFORMARY, and STILL NO ONE HAS COME TO GET ME.

IF I WAS ONE OF THESE KIDS WITHOUT KNOWLEDGE ON HOW TO PROVIDE FOR THEMSELVES I'ED BE DEAD BY NOW !!!!!

I am not a psychic patient, and I do not play any type of games. I am 63 years old Sir, and I'm being denied medical treatment at a most crucial time.

This virus, has caused internal damage to organs, and imitting a bad oder, as is a result of contracting the desease.

PLEASE SEE TO IT THAT I'M TAKEN TO THE INFIRMARY FOR MEDICA-TIONS, and test.   See

Respectfully;

MAURICE MITCHELL

12 E. 83
cc/files

00648121

Polunsky

July 15, 2020.

Ree Book E 13
7-28-20   This is My 3rd Request

cc/files
Major Mohhommed Tahumi, Ad-Seg Major;
Unit Grievance Office.
Office of the Inspector General
Files.
Medical Dept.

Medical Staff                    7-14-20

To: 3872 F.M. 350 South   Date: _____

Address: _____

Requesting the following medical Aids to
Combat infection of COVID-19 Virus, Infected 7-5-20

(a). Antibiotic Pills x 7 days dosages

(b). Laxatives x 3 days dosages                    (28)

(c). Triamcinolone Acetonide Cream, Tub

(d). Vitimines A, B, C, D,

    Please Comply. 63 year Old 'MAN'


MAURICE MITCHELL     648181        TL

12 E   83                    7/15/20.

Stf:
cc/files

# Sick Call
# REQUEST

Dr. Montgomery : DR

TO: Medical staff Dr Ricley   Date: 7/15/20

Address   3870   F.M. 350 South

7-14-20

8:30pm

Items need from

Infirmary To Expel
Virus From Body;

1. Antibiotics X 7 days

2. Laxative X 3 days

3. Enima to Cleanse bowls'

4. Steroids X 7 days

5. Vitamins A B. C



Legal Directory
Vol 1

- Probate Courts Pg 166-167
- District Courts pg 148-149
- Justices of the Peace Courts, Pg 187
- Statewide County Courts At Large page 174-175

COMMON

12EF-836

30

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
### SICK CALL REQUEST

**PART A:** (To be completed by offender)                    Date: 3/25/20

Offender's Name: M. Mitchell                    TDCJ No.: 648121

Work Assignment: NA-                    Work Hours: NA-

Wing No: 12 E 83                    Sch. / H Hours: NA-

Service needed:  ☐ Medical  ☑ Dental  ☐ Mental Health  ☐ Other: Follow Up to Continue

Reason for Health Services Appointment: Agreed Dental Plan.

How long have you had this problem?   Hours: Since November   Days: 6 month Plan

*"In accordance with state law, if this visit meets offender annual health care services fee criteria, I understand that my trust fund account may be charged a $13.55 health care services fee. I also understand that I will be provided access to health care services regardless of my ability to pay this fee."*

YOU ARE BE SCHEDULED FOR AN     Don't 4 Bill/ Already Paid Up.
APPOINTMENT TO                    Signature of Offender
BE SEEN ONCE THE PANDEMIS HAS
SUBSIDED AND DENTAL DEPT. HAS
RESUMED NORMAL OPERATIONS

Part B:  (To     ...not write below this line
Medical Rep...

MAR 27 2020

_____                    _____
Medical Staff Member's Signature                    Date

HSA – 9 (Rev. 8/19)

## DEPARTAMENTO DE JUSTICIA CRIMINAL DE TEXAS
## DIVISION DE SERVICIOS MEDICOS
## PETICION PARA TRATAMIENTO MEDICO

**PARTE A:** (Completado por ofensor)                    Fecha: _____

Nombera de ofensor: _____   Numero de TDCJ.: _____

Trabajo: _____   Horas de trabjo: _____

Ala del edifiio: _____   Horas de escuela: _____

Servicios necesitados:   ☐ Medico   ☐ Dental   ☐ Salud Mental   ☐ Otro:   _____

Razon para tratamiento de servicio de salud:   _____

_____

Cuanto tiempo tiene con este problema?   Horas: _____   Dias: _____

*"De acuerdo con la ley estatal, si esta visita encuentra al delincuente criterios de honorarios de servicios de asistencia médica anuales, entiendo que mi cuenta de fondo fiduciario puede ser cobrada unos honorarios de 13 dólares y 55 centavos. También entiendo que me proporcionarán acceso a servicios de asistencia médica sin tener en cuenta mi capacidad de pagar estos honorarios."*

_____

*Firma del Ofensor*

Parte B:  (Completado por personal medico – No escriba debajo de esta linea.)

Respuesta Medica:   _____

_____

_____        _____

        Firma del Miembro de Empleados Medicos                                    Fecha

**HSA – 9 (Rev. 8/19)**

(3A)

By ORDERS of Major. Muhammad
Tahumi. Officer 'Darryl D. Mister cox'
A new officer: Escorted me
to the 10 Bed Infirmary for
COVID-19 Evaluation. Upon arrival
NO ONE KNEW my reason for bo-
ing here. 3 different nurses
Ask; Why are you here???
You telling them I had (Contract)
the corona virus Officer Very
told to THEE me in front of
the Tell Building Hospital Entrance
by where Nurse: GWENDOLYN
HARVEY CCA'had a Temperature
Blood Pressure Set up where Inmate
Set down in chair for Check up.
He kept saying. "What you
doing here. I've been here for 3? It's
Approximately 10:45 AM

·····COMMON LAW, MANDAMUS, continued·····

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

**PART A:** (To be completed by offender)

Date: _12-15-19_

Offender's Name: _M. Mitchell_     TDCJ No.: _648124_

Work Assignment: _NA_     Work Hours: _NA_

Wing No: _12 E 83_     School Hours: _____

Service needed:  ☐ Medical  ☑ Dental  ☐ Mental Health  ☐ Other:

Reason for Health Services Appointment: _Schedule tooth Cleaning. BEFORE (30) past_ _appointment PER Dentist._

How long have you had this problem?  Hours: _____     Days: _____

_Sick call to SEE Doctor, for SOFT Diet — have not called ME out_

*"In accordance with state law, if this visit meets offender annual health care services fee criteria, I understand that my trust fund account may be charged a $100 health care services fee. I also understand that I will be provided access to health care services regardless of my ability to pay this fee."*

_NOT A Bill - Follow Up_

*Signature of Offender*

Part B:  (To be completed by medical personnel – Do not write below this line)

Medical Reply:  ___ DENTAL SICK CALL SCHED         DEC 1 8 2019

___ DENTAL ROUTINE SCHED

X ___ DENTAL – ON BOOKS

___ DENTAL RESPONSE ONLY

Medical Staff Member's Signature         Date

HSA – 9 (Rev. 2/12)

# DEPARTAMENTO DE JUSTICIA CRIMINAL DE TEXAS
## DIVISION DE SERVICIOS MEDICOS
## PETICION PARA TRATAMIENTO MEDICO

**PARTE A:** (Completado por ofensor)                    Fecha: _____

Nombere de ofensor: _____          Numero de TDCJ.: _____

Trabajo: _____             Horas de trabjo: _____

Ala del edifiio: _____ Horas de escuela: _____

Servicios necesitados:   ☐ Medico  ☐ Dental  ☐ Salud Mental  ☐ Otro:  _____

Razon para tratamiento de servicio de salud: _____
_____

Cuanto tiempo tiene con este problema?   Horas: _____   Dias: _____

---

*"De acuerdo con la ley estatal, si esta visita encuentra al delincuente criterios de honorarios de servicios de asistencia médica anuales, entiendo que mi cuenta de fondo fiduciario puede ser cobrada unos honorarios de 100 dólares. También entiendo que me proporcionarán acceso a servicios de asistencia médica sin tener en cuenta mi capacidad de pagar estos honorarios."*

_____

***Firma del Ofensor***

---

Parte B:  (Completado por personal medico – No escriba debajo de esta linea.)

Respuesta Medica: _____
_____

_____          _____
Firma del Miembro de Empleados Medicos                    Fecha

HSA – 9 (Rev. 2/12)

Please be Advised: This is My 5th Sick call Request and You have ME down here SUFFERING, Runny Noses, Sneezing, and itching, without Relief, I am have Severe Sinis Problems, and alergies and I NEED My Beadryl for Relief. You have told me three Times that I will RECEIVE Single Dosage daily UNTIL My KOP arrives. I Just found out 8-4-20 at 5:15 PM that My Beadryl are not even Showing as Medication for ME. PLEASE Renew My Bena-dryls & Send Single Dosoges. RESPECTFULLY,

MAURICE MITCHELL 648/21 12 E 13 cell

Rec'i Back
8/11/20

SICK
CALL

REVEW
Medication(S)
Benadryls.

TO: Medical Dpt. Dr. Reiley Date: 8-5-20

Address 3872 FM 350 South

**SUBJECT:** *State briefly the problem on which you desire assistance.*

(34)

Please Be Advised

I have observed several inmates from My Block, Escorted to the Dental Department for TREATMENT.

Please call me at for Impressions, and the

Making of My Top & Bottom Teeth: Thanks

Name: M. Mitchell          No: 648121     Unit: TL

Living Quarters: 12 E 13     Work Assignment: NA-

**DISPOSITION:** (Inmate will not write in this space)

YOU ARE SCHEDULED FOR AN
APPOINTMENT TO BE SEEN ONCE
THE PANDEMIC HAS SUBSIDED AND
DENTAL DEPT. HAS RESUMED NORMAL
OPERATIONS



I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden- if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Dental Dept_          DATE: _8-7-20_
(Name and title of official)

ADDRESS: _3872 FM 350 Sath_

WHEREFORE Premises Considered, your claimant, pray the Honorable Judge: TOM BROWN to issue order enclosed. Claimant, pray the court to WITHDRAW it's order of JUNE 09, 2020 as premature or improvident. Claimant pray MANDAMUS issue upon the office of the clerk to ;

(1). ISSUE SERVICE OF PROCESS UPON THE DEBTOR: ALICE R. MORIARITY, C.O. IV at the address provided, and service same upon the Director's office as provided;

(2). That the enclosure be filed, marked, and assigned the same cause number stated herein, and that the clerk be ordered to;

(3). RETURN DATED AND FILED MARKED COPIES OF ALL THE ENCLOSURE, TO THE CLAIMANT, ENCLUDING ALL THE EVIDENCE, UCC-1 AND ALL THE AGREEMENTS, and that if the Judge so desires, that service be made upon the office of the Attorney General for the state of Texas.

See: IN RE RICK D. SMITH 263 S.W.3d 93, 2006 Tex. App.LEXIS 6163 (2006). (writ of 'MANDAMUS' conditionally "Granted". ).

- 5 -

COMMON LAW, MANDAMUS, continued....

Section III (a)(5), continued...

Ironically, the court's clerk received claimant's above named documents on **APRIL 24, 2020** and filed said documents and assigned Civil Action number [CIVIL 033734]. and O R D E R issued from the Honorable; Judge, TOM BROWN, for the Defendants to respond within sixty days, to claimant's PLEADINGS, seek [D]efault Judgment. See; SHERMAN ACQUISITION II LP, V. GARCIA 229 S.W.3d 802; Tex.App.LEXIS 4793.

(b). WITH ALL DUE RESPECT TO THIS HONORABLE JUDGE, the clerk's office and all involved, the SERVICE of the above documents, and the ORDER to respond, and totally out of place, and premature.

(c). Succinctly, the court has 'PLACED THE CART BEFORE THE HORSE', and has rendered claimant's action 'Void' and of no effect, in that the DEFENDANTS have not been served the initial common law claims, Affidavits, Process, and [CAN NOT]even address a Default, without first being properly served by the clerk's office, and the court.

IV.

Rev. Maurice Mitchell [SLT]
Title 22 USC § 500 [S](A) A SOVEREIGN
AMERICAN NATIONAL
Specialize Legal Technician [SLT]
SOUTHERN CAREER INSTITUTE
the [P]aralegal school of Arts & Science '
Valedictorian 1991
ATTORNEY-IN-FACT FOR HIS Corporate Fiction
<u>MAURICE MITCHELL</u>; Ens legis
Registered; Limited Power of Attorney   No #
<u>R: MM-060275-LPAA</u>
Topeka, KANSAS, Dec. 14, 2011
38 ½ F. M. 350 south
Livingston, Texas 77351

<u>SEPTEMBER 21, 2020</u>

United States Courts
Southern District of Texas
FILED
November 10, 2020
David J. Bradley, Clerk of Court

WINSTON & STRAWN. L L.P.
Limited Liability Partnership
A Professional Corporation
Mr. John Keville
Attorney-At-Law
800 Capitol Street, Suite 2400
Houston, Texas 77002

RE: <u>REQUESTING THAT YOU PLEASE CONSIDER FILING THE
ENCLOSED AMENDED COMPLAINT TO YOUR ORIGINAL.</u>

Dear Mr. Keville.
        I am in possession of the original Amended Complaint
and Attached thereto is over (50) pages of Exhibit of Evidence
For the FEDERAL JUDGES consideration towards RELEASING
from prison under the EMERGENCY DECLARATION of Governor:
<u>GREGG ABBOTT.</u> those inmates who are Old, infected susceptible
and Vulnerable inmates. As shown in the AMENDED complaint
TDCJ officials have been trying to 'TAKE MY LIFE for years'.
        Simply because I have an "EDUCATION".
        It's because of the 'EVIDENCE' that I retain the
originals. Please write me back with a Positive stance
that you your colleagues will file this Amended complaint
Modified if you like. and I shall <u>Mail you</u> All the originals.
awaiting Your reply.       Respectfully; Maurice Mitchell Ens
                                               Rev. Maurice Mitchell

cc/files
skf;