**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

David J. Bradley, Clerk of Court

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 16, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-20525    Laddy Valentine, et al v. Bryan Collier, et al
                          USDC No. 4:20-CV-1115

Enclosed is an order entered in this case.

The court has considered the motion of Richard Elvin King, Laddy Curtis Valentine to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Richard Elvin King, Laddy Curtis Valentine may obtain all ex parte documents *filed on behalf of* Richard Elvin King, Laddy Curtis Valentine, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Christina A. Gardner, Deputy Clerk
                                      504-310-7684

Mr. David J. Bradley
Mr. Brandon W. Duke
Mr. Jeff S. Edwards
Mr. Matthew Hamilton Frederick
Mr. Basheer Youssef Ghorayeb
Mr. Robert L. Green
Mr. Kyle Douglas Hawkins
Ms. Corinne Stone Hockman
Mr. John R. Keville
Ms. Denise U. Scofield

# United States Court of Appeals for the Fifth Circuit

No. 20-20525

LADDY CURTIS VALENTINE; RICHARD ELVIN KING,

*Plaintiffs—Appellees,*

*versus*

BRYAN COLLIER; ROBERT HERRERA; TEXAS DEPARTMENT OF CRIMINAL JUSTICE,

*Defendants—Appellants.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-1115

ORDER:

IT IS ORDERED that Appellees' unopposed motion to view and obtain all sealed portions of the record is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT