UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LADDY CURTIS VALENTINE, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-01115 |
| | § | |
| BRYAN COLLIER, *et al*, | § § | |
| Defendants. | § | |

## ORDER

Pending before the Court is a motion to file an amended complaint (Doc. 440.) Because trial has concluded, this Court has issued its Findings of Fact and Conclusions of Law, and the Court's judgment is on appeal, the complaint may no longer be amended. Mr. Mitchell, Mr. Trahan, Mr. Green, Mr. White, and Mr. McClure, III are free to file a separate lawsuit from this litigation. Accordingly, the motion is **DENIED**.

**IT IS SO ORDERED.**

Signed at Houston, Texas on November 17, 2020.

_____

Keith P. Ellison
U.S. District Judge