# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
December 02, 2020
David J. Bradley, Clerk of Court

No. 20-20525

LADDY CURTIS VALENTINE; RICHARD ELVIN KING,

*Plaintiffs—Appellees,*

*versus*

BRYAN COLLIER; ROBERT HERRERA; TEXAS DEPARTMENT OF CRIMINAL JUSTICE,

*Defendants—Appellants.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-1115

ORDER:

IT IS ORDERED that Appellants' unopposed motion to view and obtain sealed documents in the record on appeal is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 02, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-20525    Laddy Valentine, et al v. Bryan Collier, et al
                     USDC No. 4:20-CV-1115

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Angelique B. Tardie, Deputy Clerk
504-310-7715

Mr. David J. Bradley
Mr. Geoffrey Neil Courtney
Mr. Aaron J. Curtis
Mr. Brandon W. Duke
Mr. Brian D. East
Mr. Jeff S. Edwards
Mr. Roberto Finzi
Mr. Matthew Hamilton Frederick
Mr. Basheer Youssef Ghorayeb
Mr. Robert L. Green
Mr. Kyle Douglas Hawkins
Ms. Corinne Stone Hockman
Mr. John R. Keville
Ms. L. Kym Davis Rogers
Ms. Laura L. Rovner
Ms. Denise U. Scofield