United States Courts
Southern District of Texas
FILED
FEB -5 2021
Nathan Ochsner, Clerk of Court

1/31/2021

Hello Judge Ellison,

How are you sir? Fine we your class under 4:14-cv-01698 and 4:20-cv-01115 hope because we may be in some big trouble and it may be to late. Something woke me up out of a hard sleep tonight and at first it didn't make any sense, but I couldn't go back to sleep, so I startted thinking about what woke me up. It was the Nigerians, working on Wallace Pack Unit and how they were getting in and out of Texas, (flying) and the one part of the covid-19 virus, no vaccine can stop (Africa). This a medical unit, your honor, how fast do you think the new covid-19 virus would move across this unit, full of sick and old prisoners, if one Nigerian comes in with the virus and they find it to late? This new virus don't care about masks or (6) feet, it feeds on weak body systems and this unit is full of them. So T.D.C.J. is still playing their we need a class game, to make money, off old men who are only going home to sit in their houses or rest-homes to die and if the new virus hit before someone comes up with good sense, it's over because they are going to lock us down and watch us die. 80% of the staff on Wallace Pack Unit are Nigerians, who are not united states citizen's and only have a green card and we know they are flying back home and then back to the united states, tell T.D.C.J. to tell me I am lying. More staff got the virus on this unit, then inmates and you know that your honor. I have been sitting on this bunk so long I have become a part of it and staff ask me do I ever

1/31/2021

move. The court's have set on the appeal by T.D.C.J. on the out come of the covid-19 trial, that T.D.C.J. lost. We would like to ask the (3) judges who will make their ruling, will you make the same mistake T.D.C.J. made and we count body's until you come up with a plan because the New African covid-19 virus is in the united states and <u>no vaccine</u> is stoping it, I didn't say slowing it down, I said, "stoping it". We may as well kiss parole goodby, life good-by and good sense because a class will be the death of a lot of elderly, disable and mentally ill prisoners, only in Texas, the last state to free it's slaves and a system that believe it is above the law and rank can stand before a federal judge and lie and laugh about it. I am fightting with you, your honor because I believe in Justice for all, but this will never be Justice, until you truly stand on the constitution and use the power, we the people gave you, under it. I believe in that saying, give me liberty or give me death, nothing more, nothing less. I have been on the front line from (2016) up to now, have I ran on you? Have I looked back and said, I made a mistake? My history will tell you I can do my time, I wasn't sentance to death, that's what I am trying to out run, this cage is not giving me a fair fight for my life. Once again, think you for a good fight, but its hard for demon's to see men, when they hear the sound of money. Justice, I wish I knew where it went and how long it will be gone. All you have in a rest-home judge Ellison, is children, why do you think they say, once a man, two times a child? So what do you think you have

1/31/2021

on this unit? "children" in the mind, being abused like hell and you wonder why I filed the (Rico Act) on the director Bryan Collier because he stoped caring about human being's, a long time ago. No one wants me to get in court and tell what my eyes have saw because you will not sleep any more. Don't feel bad your honor, it took us from (1978) to (1986) to get judge Justice to see the demons and he went off and we watched him go off and all that T.D.C. could say back then was, we will do better and the judge kept asking them, did you do this. So every day you believe you have stoped them and justice is working, you learn they have found a way around you. I was asked by the new wardens to not file any more paper to the courtts and let them fix this unit and I wanted to laugh because rank is under minding every thing the wardens do, what was left by warden Herrera. I had a staff member tell me in front of a Lt. she don't give-a-dam about director Bryan Collier's policy and they laughed about it and I learned they are kin. I am wondering how many men who didn't have a death sentence, is about to pay with their life because T.D.C.J. still don't have a plan. The pigs are still living better then us your honor, they have air condition and good food and only a hand full of people come around them. Food is treated better then the people who are going to eat it, Douglas Collins 298978 9-C-33

To: David J. Bradley (clerk)
For: Judge Keith P. Ellison
Civil Action No. 4:14-CV-01698
Civil Action No. 4:20-CV-01115
    Thank You.

Douglas Collins #288928-9-CC33
Pack one Unit
2400 Wallace Pack Rd.
Navasota, Texas
　　　　　　77868

NORTH HOUSTON TX 773
3 FEB 2021 PM 8 L

United States Courts
Southern District of Texas
FILED

FEB - 5 2021

Nathan Ochsner, Clerk of Court

David J. Bradley (cle
Civil Action No. 4:14-cv-016
Civil Action No. 4:20-cv-011
United States District Cou
Southern Distrct of Texa
P.O. Box 61010
Houston, Texas
　　　　　77208

77208-101010