# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LADDY CURTIS VALENTINE and RICHARD ELVIN KING, individually and on behalf of those similarly situated, | ) ) ) ) |
| Plaintiffs, | ) Case No. 4:20-cv-01115 ) |
| v. | ) ) |
| BRYAN COLLIER, in his official capacity, ROBERT HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | ) Hon. Keith P. Ellison ) ) ) ) |
| Defendants. | ) ) |

## MOTION TO WITHDRAW MARK S. WERBNER

Pursuant to Local Rule 83.2, Plaintiff Laddy Curtis Valentine and Richard Elvin King ("Plaintiffs") file this Motion to Withdraw Mark S. Werbner as counsel for Plaintiffs. Mr. Werbner no longer works for Winston and Strawn LLP and is no longer participating in this case as an attorney for Plaintiffs. The attorneys listed on the below signature block will remain as counsel for Plaintiffs. This Moton is not filed for the purpose of delay, and the relief sought will not prejudice any party in this case as the remaining attorneys will continue to represent Plaintiffs. WHEREFORE, Plaintiffs, Laddy Curtis Valentine and Richard Elvin King respectfully requests that the Court grant this Motion and permit Ms. Villasenor to withdraw as counsel and be removed from the distribution list for electronic notices in the above-referenced case.

Dated: February 24, 2021                    Respectfully submitted,

                                            **WINSTON & STRAWN LLP**

                                            By:   /s/ *John R. Keville*
**THE EDWARDS LAW FIRM**                          John R. Keville
                                                  *Attorney-in-Charge*
Jeff Edwards                                      Texas Bar No. 00794085
Texas Bar No. 24014406                            S.D. Tex. ID No. 20922
Scott Medlock                                     jkeville@winston.com
Texas Bar No. 24044783                            Denise Scofield
Michael Singley                                   Texas Bar No. 00784934
Texas Bar No. 00794642                            S.D. Tex. ID No. 1529
David James                                       dscofield@winston.com
Texas Bar No. 24092572                            Michael T. Murphy
S.D. Tex. ID No. 2496580                          Texas Bar No. 24051098
The Haehnel Building                              S.D. Tex. ID No. 621098
1101 East 11th Street                             mtmurphy@winston.com
Austin, Texas 78702                               Brandon W. Duke
Tel. (512) 623-7727                               Texas Bar No. 240994476
Fax (512) 623-7729                                S.D. Tex. ID No. 2857734
                                                  bduke@winston.com
                                                  Benjamin D. Williams
                                                  Texas Bar No. 24072517
                                                  S.D. Tex. ID No. 1447500
                                                  bwilliams@winston.com
                                                  Robert L. Green
                                                  Texas Bar No. 24087625
                                                  S.D. Tex. ID No. 2535614
                                                  RLGreen@winston.com
                                                  Corinne Stone Hockman
                                                  Texas Bar No. 24102541
                                                  S.D. Tex. ID No. 3019917
                                                  CHockman@winston.com
                                                  800 Capital Street, Suite 2400
                                                  Houston, Texas 77002
                                                  Tel. (713) 651-2600
                                                  Fax (713) 651-2700

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on February 24, 2021 by filing it with the Court's CM/ECF system..

                                            */s/ John R. Keville*
                                            John R. Keville