RE Cause # 4:19-CV-01078
4:20-CV-01115



# Texas Department of Criminal Justice

## STEP 2     OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: _____

UGI Recd Date: _____

HQ Recd Date: _____

Date Due: _____

Grievance Code: _____

Investigator ID#: _____

Extension Date: _____

United States Courts
Southern District of Texas
FILED
FEB 24 2021
Nathan Ochsner, Clerk of Court

Offender Name: _____ TDCJ #_____

Unit: _____ Housing Assignment: _____

Unit where incident occurred: _____

Your Honor: Keith P. Ellison

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

---

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I have written you several times, and I am at my last. As you know on 11-27-19 I had my total neck fused, Then 2-5-20 a lower Laminectomy L5-S1. Then was in a Bus wreck 2-26-20, That was Exactly 3 weeks after Back Surgery. I have suffered serious Back & Neck pain since this wreck, The MRI of Back ok. But The MRI of Neck showed Severe Narrowing, and for months I have been Experiencing Numbness & weakness that would last for Hours. I Have Reported This on several occasions on 2-1-21 I Reported it, it was Denied by a Nurse who told me to wait on Hospital Galveston. On 2-11-21 I talked to Hospital Galveston who told me of Severe Narrowing in my Neck, and That I would need Rods & Screws or Plates & Bolts in my Neck. I Have Repeatedly Asked to talk to A. Chan N.P. who could Help my Situation, I Have Not Seen A. Chan N.P. Since 11-30-20. I Recently Seen a Dr Barber on 2-10-21, who Refused to talk about my Problems During a Chronic Care Visit. I Know I Requested Several times to Come Here, Cause the Cells are Nice. But medical will kill you or wish you were dead. I Have Had Staph 6 times Now, and Still Have not been given a Intravenous Antibiotic for Staph in The Blood "Known as MRSA". On 2-17-21 I woke up and was Very unstable Standing At the toilet, and almost fell when I was Showering, At About 9:00 Am I went Numb from my Neck to my Waist, I could not feel my Hands At All. It was Hard to function, At Noon Capt. Hastings Came

I-128 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix G

into F-wing, So I told Him my Problem. He Said and noone's Called Medical and Left. Then I Had a Booking officer Come in and Called medical, He told me they were Coming. Then went and told Everyone in the Dayroom I was Fine, Cause medical Says I Cry wolf All the time. if you Don't Believe me write Gary Butand who you Sent over Here after—

Offender Signature: _____  Date: _____

**Grievance Response:**

He testified at the CoronaVirus Hearing. Sir all the A/C Pack Here are treated Severely terrible. at Around 2:50 Pm a officer Drealu Co Came to Escort me to medical, I Seen a Nurse Sherlesa Cagle who did not want to talk about my Neck and Numbness, She made The Statement "Thats not important" yes it is. Permanent Paralysis is Serious, and once it Happens its Permanent. I Even Had officers Here tell me ill Ruin ike os you, and "Fuck you up". All Because I Ask for medical, Ask Gary Butand or any offender That is assigned to F-wing over Here. Anyway mrs Cagle did Handle another Staph knot That Has Come up on my Chin, This makes The 6Th time ive Had Staph Infections Here. Mrs Cagle also Stated That I was Abusing my Benadryls, it was Prescribed

Signature Authority: _____  Date: _____

Returned because: *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission       CGO Initials: _____
Date UGI Recd:_____
Date CGO Recd:_____
(check one) ___Screened ___Improperly Submitted
Comments:_____
Date Returned to Offender:_____

2nd Submission         CGO Initials: _____
Date UGI Recd:_____
Date CGO Recd:_____
(check one) ___Screened ___Improperly Submitted
Comments:_____
Date Returned to Offender:_____

3rd Submission         CGO Initials: _____
Date UGI Recd:_____
Date CGO Recd:_____
(check one) ___Screened ___Improperly Submitted
Comments:_____
Date Returned to Offender:_____

I-128 Back (Revised 11-2010)                          Appendix G



## Texas Department of Criminal Justice
## STEP 2   OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _____

UGI Recd Date: _____

HQ Recd Date: _____

Date Due: _____

Grievance Code: _____

Investigator ID#: _____

Extension Date: _____

Offender Name: _____ TDCJ # _____

Unit: _____ Housing Assignment: _____

Unit where incident occurred: _____

---

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

---

**Give reason for appeal (Be Specific).**   I am dissatisfied with the response at Step 1 because...

On 1-21-21 by A. Chae, but Mrs Cagle said it was given to me 2-13-21. Now that 3 weeks and 2 days after it was ordered. Sir my Benadryl was given to me 1-25-21, and there are several witnesses to this. Mrs Cagle said I was a "Constant medical complaint or Problem". She Also said She was going to tell Dr A. Chae to Stop my Benadryl that I was Abusing my meds. This is Absurd. I was then told to go back to my Cell, and that I would be fine. Sir I am in a Constant State of Pain & Fear, and don't know who to turn to.

Please Help me

See writ 2254 Filed 2-8-21 by me

I Need Help, we All do

Thank you & GOD Bless

[signature]

---

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

_____
_____
_____
_____
_____

**Offender Signature:** _____ **Date:** _____

**Grievance Response:**




















**Signature Authority:** _____ **Date:** _____

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*


**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

I-128 Back (Revised 11-2010)  Appendix G

David T. Moore 1650865
Estelle ECB unit
264 FM. 3478
Huntsville, TX 77320

NORTH HOUSTON TX 773
22 FEB 2021 PM 2 L

Clerk
U.S. District Court
Southern District of TX
P.O. Box 61010
Houston, TX 77208-1010

RE: 4:14-cv-61676

77208-101010

United States Courts
Southern District of Texas
FILED
FEB 24 2021
Nathan Ochsner, Clerk of Court

Legal mail

