UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
APR 19 2021
NATHAN OCHSNER
CLERK OF COURT

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 26, 2021
Lyle W. Cayce
Clerk

No. 20-20525

LADDY CURTIS VALENTINE; RICHARD ELVIN KING,

*Plaintiffs—Appellees*,

*versus*

BRYAN COLLIER; ROBERT HERRERA; TEXAS DEPARTMENT OF CRIMINAL JUSTICE,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-1115

Before DAVIS, STEWART, and OLDHAM, *Circuit Judges*.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED and RENDERED.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

Certified as a true copy and issued
as the mandate on Apr 19, 2021

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

April 19, 2021

Mr. Nathan Ochsner  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

      No. 20-20525    Valentine v. Collier  
                           USDC No. 4:20-CV-1115

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          *Christina Rachal*

                          By: _____  
                          Christina C. Rachal, Deputy Clerk  
                          504-310-7651