NAACP Prison Chapter 2032
JTVCC- 1181 Paddock Rd.
Smyrna, DE 19977
November 14, 2021

United States Courts
Southern District of Texas
FILED
NOV 19 2021
Nathan Ochsner, Clerk of Court

Clerk of the Court
U.S. District Court - Northern Division
P.O. Box 61010
Houston, TX 77208

RE: Valentine, et. al. v Collier, et al
455 F. Supp. 3d 308 - 2020 U.S. Dist. LEXIS 68694
Civil Action No.: 4:20-cv-1115

Dear Sir or Madam:

    Our organization requesting copy last amended complaint filed in above-entitled. Should their copying fee, advise based on copying front-to-back.

    Your attention to request appreciated.

Sincerely,
Robert Saunders, 052590
Chairman, Legal Redress Committee

Encl. (1)

## Our Mission

*We work to build strong bridges between the inmates and community, and bring forth the voices of inmates. Central to our work is training ourselves, loved ones and supporters in self-advocacy through public protest, networking, coalition building, letter writing and contacting prison officials and holding elected officials accountable.*

## Our Goals

*Help gain compassionate release for prisoners with serious illnesses, and ages inmates.*

*Promote productivity and rehabilitation.*

*Support community and family bonds.*

*End the use of long-term isolation.*

*Develop meaningful mental health, educational and vocational programs.*

*Improve medical care and living conditions for inmates living with HIV/AIDS/HepC & other life threatening conditions.*

*Make rules and regulations governing inmates part of State law.*

*Pre-psychological evaluation of potential correctional officers*

## Comments By Robert Saunders:

Correctional institutions are expected to make communities safer. However, high rates of incarceration and little investment in rehabilitation fuel recidivism and increase problems for the communities hit hardest by incarceration.

If correctional systems are to perform a public safety function, the public must be able to hold institutions at least partly accountable for the impact inmates have on the communities upon returning.

That requires measures of success that can be compared across systems, including recidivism, family reunification and employment after release and knowledge about conditions of confinement that influence those outcomes.

In Ass[...]

Pris[...]



*Present:*

Legal I[...]

"Litigatio[...] single mo[...] change in [...] years"

Malcolm[...]

*"The degree of civilization in a society can be judged by entering its prisons."*

Fyader Destoyersky

## Who Are We

The Legal Redress Committee is dedicated to the principal that inmates are persons with indisputable rights to justice. We strive to provide safeguards to our constitutional and human rights. We believe that conditions of confinement should not add to the alienation and hostility of inmates within prison or after re-entering society.

### Executive Board

Nikkerray Middlebrook, President

Timothy Simon, 1st Vice President

Lawrence Kesselman, 2nd VP

Brady Muhammad, Secretary

Gregory Johnson, Sergeant –At-Arms

Benjamin Crump, Treasurer

Robert Saunders, Chairman

## What We Do

We counsel and assist inmates when they encounter problems they perceive as illegal or unjust.

### Common Complaints:

- Inadequate medical care.
- Living conditions.
- Unjust disciplinary proceedings.
- Arbitrary rule enforcement.
- Visiting difficulties.
- Staff brutality.
- Unfair denial of religious practice.
- Limited access to legal assistance.
- Racial discrimination.
- Mail Tampering.
- Self made rules by staff.

LRC[...]

Volunt[...]
to LRC[...]

- Pro[...]
- Typ[...]
- Res[...]
- Fun[...]

L[...]

officials [...]
gation b[...]
U.S. Ju[...]
state of [...]

[...]
officials [...]
to have [...]
law in 2[...]
ment o[...]
cal con[...]
progra[...]

## )ur Mission

'e work to build strong bridges between the mates and community, and bring forth the rices of inmates. Central to our work is aining ourselves, loved ones and supporters in lf-advocacy through public protest, network-g, coalition building, letter writing and con-cting prison officials and holding elected offi-als accountable.

## Our Goals

Help gain compassionate release for prisoners with serious illnesses, and ages inmates.

Promote productivity and rehabilitation.

Support community and family bonds.

End the use of long-term isolation.

Develop meaningful mental health, educational and vocational programs.

Improve medical care and living conditions for inmates living with HIV/AIDS/HepC & other life threatening conditions.

Make rules and regulations governing inmates part of State law.

Pre-psychological evaluation of potential correctional officers

## Comments By Robert Saunders:

Correctional institutions are expected to make communities safer. However, high rates of incarceration and little investment in rehabilitation fuel recidivism and increase problems for the communities hit hardest by incarceration.

If correctional systems are to perform a public safety function, the public must be able to hold institutions at least partly accountable for the impact inmates have on the communities upon returning.

That requires measures of success that can be compared across systems, including recidivism, family reunification and employment after release and knowledge about conditions of confinement that influence those outcomes.

## In Ass(

Priso)



Present:

Legal I

"Litigatio single mo change in years"

Malcolm

*"The degree of civilization in a society can be judged by entering its prisons."*

Fyader Destoyersky

## Who Are We

The Legal Redress Committee is dedicated to the principal that inmates are persons with indisputable rights to justice. We strive to provide safeguards to our constitutional and human rights. We believe that conditions of confinement should not add to the alienation and hostility of inmates within prison or after re-entering society.

## Executive Board

Nikkerray Middlebrook, President

Timothy Simon, 1st Vice President

Lawrence Kesselman, 2nd VP

Brady Muhammad, Secretary

Gregory Johnson, Sergeant-At-Arms

Benjamin Crump, Treasurer

Robert Saunders, Chairman

## What We Do

We counsel and assist inmates when they encounter problems they perceive as illegal or unjust.

## Common Complaints:

- Inadequate medical care.
- Living conditions.
- Unjust disciplinary proceedings.
- Arbitrary rule enforcement.
- Visiting difficulties.
- Staff brutality.
- Unfair denial of religious practice.
- Limited access to legal assistance.
- Racial discrimination.
- Mail Tampering.
- Self made rules by staff.

LRC

Volun
to LRC

- Pro
- Typ
- Res
- Fun

L

officials
gation
U.S. Ju
state of

officials
to have
law in a
ment of
cal con
progra

I/M Robert Saunders

SBI# 032390  UNIT 032390

JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
15 NOV 2021 PM 4 L

Clerk of the Court
U.S. District Court - Northern District
P. O. Box 61010
Houston, TX
      77208

772081010

United States Courts
Southern District of Texas
FILED

NOV 19 2021

Nathan Ochsner, Clerk of Court